NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Kristen Monsell, Miyoko Sakashita, and Julie Teel Simmonds
Center for Biological Diversity
1212 Broadway Suite 800
Oakland, CA 94612
Phone: (510) 844-7137

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Center for Biological Diversity and Wishtoyo Foundation

Plaintiff(s),

v.

Debra Haaland, Bureau of Safety and Environmental Enforcement, and Bruce Hesson,

Defendant(s).

CASE NUMBER: 2:24-cv-05459

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs Center for Biological Diversity and Wishtoyo Foundation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | None |

June 27, 2024
Date

s/ Kristen Monsell
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**