Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Case No. 2:24-cv-05459-FMO-MAA |
| Plaintiffs, | **PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS** |
| v. | |
| DEBRA HAALAND, *et al.* | |
| Defendants. | |

I, Kristen Monsell, hereby declare that on the 3rd day of July, 2024, I caused to be served a copy of the Summons, Complaint, Civil Cover Sheet, Notice of Interested Parties, Notice of Judge Assignment, Notice of Opportunity to Consent to Magistrate Judge, Notice of ADR Option, and Judge Fernando M. Olguinin's Initial Standing Order in the above-captioned case, certified mail return receipt requested, to the following parties and entities at the following addresses:

Proof of Service
Case No. 2:24-cv-05459-FMO-MAA

1

1  Debra Haaland
   Secretary of the Interior
2  U.S. Department of the Interior
   1849 C Street, NW
3  Washington, DC 20240

4
   Bureau of Safety and Environmental Enforcement
5  1849 C Street, NW
   Washington, DC 20240
6

7  Bruce Hesson
   Pacific Regional Director
8  Bureau of Safety and Environmental Enforcement
   760 Paseo Camarillo
9  Camarillo, CA 93010

10
   U.S. Attorney General
11 U.S. Department of Justice
   950 Pennsylvania Avenue, NW
12 Washington, DC 20530

13 Civil Process Clerk
   United States Attorney's Office
14 Central District of California
   300 North Los Angeles Street, Suite 7516
15 Los Angeles, California 90012

16

17    Delivery confirmation shows that the U.S. Attorney's Office received the above-

18 listed documents on July 8, 2024. Delivery confirmation also shows that Secretary

19 Haaland, the Bureau of Safety and Environmental Enforcement, Pacific Regional

20 Director Bruce Hesson, and the U.S. Attorney General also received the above-listed

21 documents on July 8, 2024. Receipts are attached as Exhibit A, and delivery

22 confirmations are attached as Exhibit B.

23

24

| | |
|---|---|
| Dated: July 16, 2024 | /s/ *Kristen Monsell* <br> Kristen Monsell (CA Bar No. 304793) <br> Email: kmonsell@biologicaldiversity.org <br> Center for Biological Diversity <br> 1212 Broadway, Suite 800 <br> Oakland, CA 94612 <br> Phone: (510) 844-7137 <br> Facsimile: (510) 844-7150 <br><br> *Attorney for Plaintiffs* |

# EXHIBIT A



```
                PIEDMONT
         630 NE KILLINGSWORTH ST
          PORTLAND, OR 97211-3857
               (800)275-8777
07/03/2024                          04:27 PM
---------------------------------------------
Product              Qty       Unit      Price
                               Price
---------------------------------------------
Priority Mail®        1                  $9.85
Flat Rate Env
    Camarillo, CA 93010
    Flat Rate
    Expected Delivery Date
        Mon 07/08/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70162070000003626514
    e-Return Receipt                     $2.32
Total                                   $16.57

Priority Mail®        1                  $9.85
Flat Rate Env
    Washington, DC 20240
    Flat Rate
    Expected Delivery Date
        Sat 07/06/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70162070000003626552
    e-Return Receipt                     $2.32
Total                                   $16.57

Priority Mail®        1                  $9.85
Flat Rate Env
    Washington, DC 20240
    Flat Rate
    Expected Delivery Date
        Sat 07/06/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70162070000003626545
    e-Return Receipt                     $2.32
Total                                   $16.57

Priority Mail®        1                  $9.85
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
        Sat 07/06/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70223330000069969898
    e-Return Receipt                     $2.32
Total                                   $16.57

Priority Mail®        1                  $9.85
Flat Rate Env
    Los Angeles, CA 90012
    Flat Rate
    Expected Delivery Date
        Mon 07/08/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70162070000003626521
    e-Return Receipt                     $2.32
Total                                   $16.57
---------------------------------------------
Grand Total:                            $82.85
```



Certified Mail Receipt — Sent To: Bruce Hesson, Pacific Regional Director, Bureau of Safety & Enviro. Enforcement, 760 Paseo Camarillo, Camarillo, CA 93010. Postmarked Piedmont Station 07/03/2024.

Certified Mail Receipt — Sent To: Bureau of Safety & Enviro. Enforcement, 1849 C Street NW, Washington, DC 20240. Postmarked Piedmont Station 07/03/2024.



Certified Mail Receipt — Sent To: Debra Haaland, Secretary of Interior, 1849 C Street NW, Washington, DC 20240. Postmarked Piedmont Station 07/03/2024.

```
             UNITED STATES
             POSTAL SERVICE.

                    PIEDMONT
             630 NE KILLINGSWORTH ST
             PORTLAND, OR 97211-3857
                   (800)275-8777
07/03/2024                          04:27 PM
---------------------------------------------
Product            Qty    Unit       Price
                          Price
---------------------------------------------
Priority Mail®      1                $9.85
Flat Rate Env
    Camarillo, CA 93010
    Flat Rate
    Expected Delivery Date
       Mon 07/08/2024
    Insurance                        $0.00
       Up to $100.00 included
    Certified Mail®                  $4.40
       Tracking #:
          70162070000003626514
    e-Return Receipt                 $2.32
Total                               $16.57

Priority Mail®      1                $9.85
Flat Rate Env
    Washington, DC 20240
    Flat Rate
    Expected Delivery Date
       Sat 07/06/2024
    Insurance                        $0.00
       Up to $100.00 included
    Certified Mail®                  $4.40
       Tracking #:
          70162070000003626552
    e-Return Receipt                 $2.32
Total                               $16.57

Priority Mail®      1                $9.85
Flat Rate Env
    Washington, DC 20240
    Flat Rate
    Expected Delivery Date
       Sat 07/06/2024
    Insurance                        $0.00
       Up to $100.00 included
    Certified Mail®                  $4.40
       Tracking #:
          70162070000003626545
    e-Return Receipt                 $2.32
Total                               $16.57

Priority Mail®      1                $9.85
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
       Sat 07/06/2024
    Insurance                        $0.00
       Up to $100.00 included
    Certified Mail®                  $4.40
       Tracking #:
          70223330000069969898
    e-Return Receipt                 $2.32
Total                               $16.57

Priority Mail®      1                $9.85
Flat Rate Env
    Los Angeles, CA 90012
    Flat Rate
    Expected Delivery Date
       Mon 07/08/2024
    Insurance                        $0.00
       Up to $100.00 included
    Certified Mail®                  $4.40
       Tracking #:
          70162070000003626521
    e-Return Receipt                 $2.32
Total                               $16.57

Grand Total:                        $82.85
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530   OFFICIAL USE

| Certified Mail Fee | $4.40 | |
| --- | --- | --- |
| $ | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $2.32 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $9.85 | |
| Total Postage and Fees | | |
| $16.57 | | |

Postmark Here — PIEDMONT STATION 0011 JUL 2024 07/03/2024 97211-USPS

Sent To: Merrick B. Garland, US AG
Street and Apt. No., or PO Box No.: U.S. Dept. of Justice, 950
City, State, ZIP+4®: Pennsylvania Ave, NW, Washington DC

Tracking: 7022 3330 0000 6996 9898

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Los Angeles, CA 90012   OFFICIAL USE

| Certified Mail Fee | $4.40 | |
| --- | --- | --- |
| $ | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $2.32 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $9.85 | |
| Total Postage and Fees | | |
| $16.57 | | |

Postmark Here — PIEDMONT STATION 0011 JUL 2024 07/03/2024 97211-USPS

Sent To: Civil Process Clerk, US Attorney
Street and Apt. No., or PO Box No.: 's Office, Central District CA
City, State, ZIP+4®: Los Angeles, CA 90012

Tracking: 7016 2070 0000 0362 6521

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# EXHIBIT B

UNITED STATES POSTAL SERVICE

July 8, 2024

Dear Kristen Monsell:

The following is in response to your request for proof of delivery on your item with the tracking number: **7016 2070 0000 0362 6521**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | July 8, 2024, 1:26 pm |
| Location: | LOS ANGELES, CA 90012 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

July 8, 2024

Dear Kristen Monsell:

The following is in response to your request for proof of delivery on your item with the tracking number: **7016 2070 0000 0362 6545**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 8, 2024, 12:21 pm |
| Location: | WASHINGTON, DC 20204 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

July 8, 2024

Dear Kristen Monsell:

The following is in response to your request for proof of delivery on your item with the tracking number: **7016 2070 0000 0362 6552**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 8, 2024, 12:21 pm |
| **Location:** | WASHINGTON, DC 20204 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

July 8, 2024

Dear Kristen Monsell:

The following is in response to your request for proof of delivery on your item with the tracking number: **7016 2070 0000 0362 6514**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 8, 2024, 12:37 pm |
| **Location:** | CAMARILLO, CA 93010 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

July 8, 2024

Dear Kristen Monsell:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 3330 0000 6996 9898**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2024, 5:03 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[address image]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004