TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 598-7863
Email:  daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT, BRUCE HESSON, Pacific Regional Director, Bureau of Safety and Environmental Enforcement,<br><br>*Federal Defendants*. | Case No. 2:24-cv-05459-FMO-MAA<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR FEDERAL DEFENDANTS** |

1  Under Local Rule 83-2.1.4, the undersigned counsel, Daniel C. Luecke, hereby enters his appearance as counsel in this case for Federal Defendants. Mr. Luecke is an active member of the California Bar. Mr. Luecke is registered for Electronic Case Filing with this Court. The following is Mr. Luecke's contact information:

> Daniel C. Luecke
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611, Ben Franklin Station
> Washington, D.C. 20044
> Tel | (202) 598-7863; Fax | (202) 305-0506
> E-mail: daniel.luecke@usdoj.gov

Respectfully submitted this 6th day of September 2024.

> TODD KIM
> Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division
>
> */s/ Daniel C. Luecke*
> DANIEL C. LUECKE
> Trial Attorney (CA Bar 326695)
> Natural Resources Section
> P.O. Box 7611, Ben Franklin Station
> Washington, D.C. 20044
> (202) 598-7863 | (202) 305-0506 (fax)
> daniel.luecke@usdoj.gov
>
> *Counsel for Federal Defendants*