Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBRA HAALAND, et al., <br><br> *Defendants*. | No. 2:24−cv−05459−FMO−MAA <br><br> **[PROPOSED] ORDER APPROVING JOINT FEDERAL RULE OF CIVIL PROCEDURE RULE 26(f) REPORT** <br><br> Date: October 17, 2024 <br> Time: 10:00 AM <br> Courtroom: 6D <br> Judge: Hon. Fernando M. Olguin |

# [PROPOSED] ORDER

The JOINT RULE 26(f) REPORT is approved as the Case Management Order for this case and all parties shall comply with its provisions. The schedule below shall govern the deadlines in this case.

| Deadline | Action |
|---|---|
| November 15, 2024 | Defendants send the administrative record to Plaintiffs for Plaintiffs review |
| November 22, 2024 | Deadline for Plaintiffs to confer with Defendants regarding the contents of the administrative record |
| November 29, 2024 | Defendants lodge the administrative record with the Court |
| January 10, 2025 | Plaintiffs' motion to supplement or complete the administrative record (The filing of such motion shall vacate the summary judgment briefing schedule) |
| January 17, 2025 | Plaintiffs' motion for summary judgment |
| February 28, 2025 | Defendants' combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment |
| March 28, 2025 | Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment |
| April 25, 2025 | Defendants' reply in support of their cross-motion for summary judgment |
| May 8, 2025 | Hearing on motions for summary judgment |

The Parties are excused from the requirements of filing separate statements of uncontroverted or undisputed material facts under L.R. 56-1 and L.R. 56-2, and instead shall provide factual background sections with citations to the administrative record in their memoranda in support of the motions for summary judgment.

If any issues remain outstanding following the Court's summary judgment ruling, the Parties will meet and confer within 14 days of that ruling to develop a proposal for resolving any remaining issues. *See* L.R. 26-1(b).

IT IS SO ORDERED.

DATED: _____                    _____
                                     The Honorable Fernando M. Olguin