LATHAM & WATKINS LLP
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450
Email: daniel.brunton@lw.com

Janice M. Schneider
(*Pro Hac Vice Pending*)
Devin M. O'Connor
(*Pro Hac Vice Pending*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
Email: devin.o'connor@lw.com

*Attorneys for Proposed Intervenor-Defendant Sable Offshore Corp.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of the U.S. Department of the Interior; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; BRUCE HESSON, Pacific Regional Director, Bureau of Safety and Environmental Enforcement,<br><br>Defendants. | CASE NO. 2:24-cv-05459-FMO-MAA<br><br>**SABLE OFFSHORE CORP.'S NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br><u>Hearing</u><br>Date: November 14, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Fernando M. Olguin<br>Courtroom: 6D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 14 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin in Courtroom 6D of the United States District Court, Central District, Western Division of California, located at 350 W 1st Street, Suite 4311, Los Angeles, CA 90012-4565, Proposed Intervenor-Defendant Sable Offshore Corp. ("Sable") pursuant to Federal Rule of Civil Procedure 24, will and hereby does respectfully move the Court for an order granting Sable's intervention as a defendant.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 9, 2024. The Federal Defendants take no position on Sable's intervention. The Plaintiffs have not yet provided a position.

This motion is made on the basis that as the owner of the challenged offshore oil and gas leases, Sable is entitled to intervention as of right under Federal Rule of Civil Procedure 24(a)(2). Sable's motion is timely. Sable has significant, legally protectable interests at stake in this action, and a decision in Plaintiffs' favor could significantly impair Sable's interests given that Plaintiffs seek vacatur of the federal agency's decision to authorize extensions to resume operations on Sable's oil and gas leases. Finally, Sable's unique, private interests in the federal approval are not adequately represented by the Federal Defendants in this action. Alternatively, the Court should grant Sable permissive intervention under Federal Rule of Civil Procedure 24(b). In accordance with Federal Rule of Civil Procedure 24(c), Sable has lodged a [Proposed] Answer of Intervenor-Defendant concurrently with this motion.

This motion is made pursuant to this Notice of Motion and Motion to Intervene, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Steven P. Rusch, the Certificate of Interested Parties filed pursuant to Local Rule 7.1-1, the pleadings and records on file herein, and upon all other arguments and evidence that may be presented to this Court.

| | |
|---|---|
| Dated:  October 16, 2024 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By: /s/ *Daniel P. Brunton* |
| | Daniel P. Brunton (Bar No. 218615)<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Tel.: (858) 523-5400<br>Fax: (858) 523-5450<br>Email: daniel.brunton@lw.com |
| | Janice M. Schneider<br>(*Pro Hac Vice Pending*)<br>Devin M. O'Connor<br>(*Pro Hac Vice Pending*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Tel.: (202) 637-2200<br>Fax: (202) 637-2201<br>Email: janice.schneider@lw.com<br>Email: devin.o'connor@lw.com |
| | *Attorneys for Proposed Intervenor-Defendant Sable Offshore Corp.* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

3

CASE NO. 2:24-cv-05459-FMO-MAA
SABLE'S NOTICE OF MOTION AND
MOTION TO INTERVENE