```
LATHAM & WATKINS LLP
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450
Email: daniel.brunton@lw.com

Janice M. Schneider
(Pro Hac Vice Pending)
Devin M. O'Connor
(Pro Hac Vice Pending)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
Email: devin.o'connor@lw.com
```

*Attorneys for Proposed Intervenor-Defendant Sable Offshore Corp.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of the U.S. Department of the Interior; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; BRUCE HESSON, Pacific Regional Director, Bureau of Safety and Environmental Enforcement.<br><br>Defendants. | CASE NO. 2:24-cv-05459-FMO-MAA<br><br>**DECLARATION OF STEVEN P. RUSCH IN SUPPORT OF SABLE OFFSHORE CORP.'S NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>Hearing<br>Date: November 14, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Fernando M. Olguin<br>Courtroom: 6D |

Pursuant to 28 U.S.C. § 1746(2), I, Steven P. Rusch, hereby declare:

1. I am employed by Sable Offshore Corp. ("Sable" or the "Company"), as Vice President, Regulatory & Environmental Affairs. I have over 44 years of experience in the oil and gas industry. Before my current position with Sable, I was the Vice President, Environment, Health and Safety (EHS) and Government Affairs at Freeport-McMoRan Oil & Gas, a Senior Staff Engineer at ExxonMobil Corporation and the Principal at Rusch Consulting. I have a Bachelor's Degree in Civil Engineering from the University of California at Berkeley and have been licensed by the State of California as a Professional Engineer.

2. Sable is a publicly traded oil and gas company focused on responsibly developing the Santa Ynez Unit in federal waters offshore California.

3. I have been involved in Sable's acquisition, maintenance, and development of the Santa Ynez Unit, which is the subject of this action. The Santa Ynez Unit comprises 16 leases issued by the federal government between 1968 and 1982, including three offshore oil platforms located five to nine miles offshore in federal waters north of Santa Barbara, California, as well as related pipelines and 112 wells. These assets were previously owned by Exxon Mobil Corporation ("Exxon") and Mobil Pacific Pipeline Company ("MPPC," and together with Exxon, "EM").

4. Between 1981 and 2014, the Santa Ynez Unit produced over 671 millions of barrels of oil. In 2014, the Santa Ynez Unit averaged production of about 29,000 barrels of oil per day.

5. Oil and gas produced from various platforms, including those within the Santa Ynez Unit, were pumped onshore to the Las Flores facility and then eventually entered two onshore pipelines operated by Plains All American Pipeline, L.P. ("Plains"). One of the Plains pipelines experienced a leak, and, as a result, oil and gas production in the Santa Ynez Unit was shut down in June 2015

until repairs could be completed. EM continued to maintain the facilities until November 2022 when EM purchased the Plains pipelines, and ultimately sold the Santa Ynez Unit and related pipeline assets to Sable.

6. Because the onshore pipelines remain active but off-line, the offshore facilities in the Santa Ynez Unit are not currently producing oil and gas; however, all equipment is in a near operation-ready state, with ongoing function and pressure testing, inspections, upgrading and maintenance.

7. On November 14, 2023, the Bureau of Safety Environmental Enforcement ("BSEE") authorized an extension to resume operations for the 16 offshore oil and gas leases comprising the Santa Ynez Unit, which Plaintiffs challenge as unlawful in this suit and seek to vacate.

A. **Sable Has Significant Protectable Interests Related to the Subject of this Action**

8. On November 1, 2022, Sable entered into a purchase and sale agreement with EM under which Sable agreed to acquire from EM the leases and other assets constituting the Santa Ynez Unit in federal waters offshore California and the associated onshore processing and pipeline assets (the "Purchase Agreement"). On February 14, 2024, the Company consummated the Purchase Agreement and Exxon assigned the 16 leases to Sable. On May 15, 2024, Sable and EM completed the asset handover, which involved Sable hiring 48 former EM field employees and an additional 24 employees. On May 21, 2024, the Bureau of Ocean Energy Management approved all 16 lease assignments and Sable has since been the leaseholder of the 16 leases.

9. To date Sable has obligated close to $1 billion associated with the purchase, repair, maintenance and upgrades of the assets.

10. Since acquisition of the assets, Sable has been diligently investing in and upgrading the facilities, as appropriate, to facilitate a restart of production. Contrary to Plaintiffs' allegation, the offshore assets are well

maintained and in good operational order.

11. Although not within federal jurisdiction or at issue in this lawsuit, Sable has also worked diligently to repair and upgrade the onshore pipelines. In 2020, Plains All American Pipeline, L.P. entered into a Consent Decree with the Federal and State Governments with respect to the onshore pipelines, providing a path forward for potential restart of the same. The Consent Decree resolved all regulatory claims related to pipeline leak incident and Plains was required to pay various civil penalties and compensation related to the incident. As part of the acquisition of the assets Sable became a party to and agreed to assume compliance with the requirements of the Consent Decree.

B. **A Decision in Plaintiffs' Favor Would Impair Sable's Ability to Protect Its Interests**

12. Since the close of the Purchase Agreement, in addition to the extensive investments Sable has made to the physical infrastructure, Sable's geoscience and reservoir engineering management team also has been evaluating reservoir development opportunities.

13. Sable has identified over one hundred additional infill development and step-out opportunities across the leasehold. Sable estimates that over 1 billion barrels of oil are still recoverable from the Santa Ynez Unit, which represents nearly $10 billion in net contingent resources overall.

14. As the project developer, owner of the offshore and onshore assets, and lessee of the Outer Continental Shelf leases at issue in this lawsuit, Sable seeks to protect its substantial financial investments and obligations of $1 billion already made as well as its significant investment of time and resources to comply with all necessary requirements to responsibly and safely restart production. Sable also has insight into future obligations, expenditures, and activities necessary to develop and operate the assets in the Santa Ynez Unit. As such, Sable is uniquely positioned to address the harm, including operational

delays and ramifications, that would occur if Plaintiffs' requested relief is granted in this case.

15. As a result of its substantial investments in the Santa Ynez Unit and the related federal leases that it currently holds, Sable has a significant legally protectable interest in preserving and defending the November 14, 2023 extension that Plaintiffs have challenged in this case. Sable's substantial interests will be impaired if Plaintiffs were to prevail in this lawsuit and Sable were not permitted to intervene.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2024.

_____
Steven P. Rusch