UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of the U.S. Department of the Interior; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; BRUCE HESSON, Pacific Regional Director, Bureau of Safety and Environmental Enforcement,<br><br>Defendants. | CASE NO. 2:24-cv-05459-FMO-MAA<br><br>**[PROPOSED] ORDER GRANTING SABLE OFFSHORE CORP.'S MOTION TO INTERVENE**<br><br>Date: November 14, 2024<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

1  Having considered Sable Offshore Corp.'s Motion to Intervene as a
2  defendant pursuant to Federal Rule of Civil Procedure 24(a)(2), and the responses
3  filed, if any, the Motion to Intervene is **GRANTED.**
4  **IT IS HEREBY ORDERED THAT**:
5  Sable Offshore Corp. is granted intervention as of right for all purposes in
6  this action.  Sable Offshore Corp.' Answer shall be deemed filed as of the date of
7  this Order.
8  **IT IS SO ORDERED.**

Dated: _____    _____
                                  Hon. Fernando M. Olguin
                                  United States District Judge