| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>**Daniel P. Brunton**<br>**LATHAM & WATKINS LLP**<br>**12670 High Bluff Drive**<br>**San Diego, CA 92130**<br>**Tel.: (858) 523-5400**<br><br>ATTORNEY(S) FOR: Sable Offshore Corp. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiff(s),<br>v.<br>DEBRA HAALAND, SECRETARY OF U.S. DEPARTMENT OF INTERIOR, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-05459-FMO-MAA<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Proposed Intervenor-Defendant Sable Offshore Corp.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) Center for Biological Diversity | 1) Party - Plaintiff |
| 2) Wishtoyo Foundation | 2) Party - Plaintiff |
| 3) Debra Haaland, Secretary of U.S. Department of Interior | 3) Party - Defendant |
| 4) Bureau of Safety and Environmental Enforcement | 4) Party - Defendant |
| 5) Bruce Hesson, Pacific Regional Director, Bureau of Safety and Environmental Enforcement | 5) Party - Defendant |
| 6) Sable Offshore Corp. | 6) Proposed Intervenor-Defendant. Sable Offshore Corp. is a publicly traded company with no parent corporation and no publicly held corporation owning 10% or more of its stock. |
| 7) Pacific Offshore Pipeline Company | 7) Pacific Offshore Pipeline Company is 100% owned by Sable Offshore Corp. |
| 8) Pacific Pipeline Company | 8) Pacific Pipeline Company is 100% owned by Sable Offshore Corp. |

October 16, 2024
Date

*/s/ Daniel Brunton*
Signature

Attorney of record for (or name of party appearing in pro per):

Proposed Intervenor-Defendant Sable Offshore Corp.

# ATTACHMENT

## CV-30 CERTIFICATION AND NOTICE OF INTERESTED PARTIES
**(Local Rule 7.1-1)**

*Center for Biological Diversity, et al. v. Debra Haaland, Secretary of U.S. Department of Interior, et al.*
Case No. 2:24-cv-05459-FMO-MAA

| PARTY | CONNECTION/INTEREST |
|---|---|
| 9) Exxon Mobil Corporation | 9) Exxon Mobil Corporation is Sable Offshore Corp.'s lender and has a reversionary interest in the offshore leases and assets |
| 10) Indemnity National Insurance Company | 10) Indemnity National Insurance Company is surety for certain bonds for Sable Offshore Corp. and Pacific Offshore Pipeline Company |
| 11) Mobil Pacific Pipeline Company | 11) Mobil Pacific Pipeline Company, as a seller, has a reversionary interest in certain assets |

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S):

LATHAM & WATKINS LLP
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450
Email: daniel.brunton@lw.com

Janice M. Schneider
(*Pro Hac Vice Pending*)
Devin M. O'Connor
(*Pro Hac Vice Pending*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
Email: devin.o'connor@lw.com

*Attorneys for Proposed Intervenor-Defendant Sable Offshore Corp.*