Name and address:
Daniel P. Brunton (SBN 218615)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Email: daniel.brunton@lw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DEBRA HAALAND, SECRETARY OF U.S. DEPARTMENT OF INTERIOR, et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-05459-FMO-MAA<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |
|---|---|

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Schneider, Janice M.
Applicant's Name (Last Name, First Name & Middle Initial)     check here if federal government attorney ☐

Latham & Watkins LLP
Firm/Agency Name

555 Eleventh Street, NW, Suite 1000        (202) 637-2200            (202) 637-2201
                                            Telephone Number          Fax Number
Street Address

Washington, D.C. 20004-1304                janice.schneider@lw.com
City, State, Zip Code                       E-mail Address

**I have been retained to represent the following parties:**

Sable Offshore Corp.        ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Intervenor-Defendant
                            ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:
Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Maryland | 12/17/1992 | Yes |
| District of Columbia Court of Appeals | 9/14/2001 | Yes |
| U.S. District Court, District of Columbia | 4/7/2003 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court.  Submission of this Application will constitute your registration (or re-registration) to use that system.  If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  October 16, 2024

Janice M. Schneider
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Brunton, Daniel P.
_Designee's Name (Last Name, First Name & Middle Initial)_

Latham & Watkins LLP
_Firm/Agency Name_

12670 High Bluff Drive
_Street Address_

San Diego, CA 92130
_City, State, Zip Code_

(858) 523-5400
_Telephone Number_

(858) 523-5450
_Fax Number_

daniel.brunton@lw.com
_Email Address_

218615
_Designee's California State Bar Number_

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  October 16, 2024

Daniel P. Brunton
_Designee's Name (please type or print)_

_Designee's Signature_

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

| Name of Court | Date of Admission | Active Member in good Standing |
|---|---|---|
| U.S. District Court, District of Maryland | September 15, 2003 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | July 24, 2003 | Yes |
| U.S. Court of Appeals 8th Circuit | September 4, 2003 | Yes |
| U.S. Court of Appeals 9th Circuit | January 19, 2006 | Yes |
| U.S. Court of Appeals 5th Circuit | January 25, 2023 | Yes |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Janice M Schneider*

*was duly qualified and admitted on September 14, 2001 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 18, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the seventeenth day of December, 1992,

## *Janice M. Schneider*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the eighteenth day of November, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this nineteenth day of September, 2024.

*Gregory Hilton*
Clerk of the Supreme Court of Maryland