Name and address:
Daniel P. Brunton
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Email: daniel.brunton@lw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiff(s)<br>v.<br><br>DEBRA HAALAND, SECRETARY OF U.S. DEPARTMENT OF INTERIOR, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-05459-FMO-MAA<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schneider, Janice M.
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 637-2200    (202) 637-2201
*Telephone Number*    *Fax Number*
janice.schneider@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sable Offshore Corp.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Intervenor-Defendant

**and designating as Local Counsel**

Brunton, Daniel P.
*Designee's Name (Last Name, First Name & Middle Initial*
218615    (858) 523-5400    (858)523-5450
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
daniel.brunton@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge