Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBRA HAALAND, et al., <br><br> *Defendants*. | No. 2:24-cv-05459-FMO-MAA <br><br> **[PROPOSED] ORDER ON INTERVENTION** <br><br> Date: November 14, 2024 <br> Time: 10:00 AM <br> Courtroom: 6D <br> Judge: Hon. Fernando M. Olguin |

Sable Offshore Corp. ("Sable") has moved to intervene as a defendant in this matter pursuant to Federal Rule of Civil Procedure 24 (Dkt. No. 18). In considering such a motion, this Court can impose conditions to promote the fair and efficient conduct of this case. *See Stringfellow v. Concerned Neighbors in Action*, 480 U.S. 370, 383 n.2 (1987) (Brennan, J., concurring). To that end, it hereby ORDERED that Sable's motion is GRANTED, subject to the following

conditions:

 (1) Sable shall abide by the deadlines the Court previously established for this case (Dkt. No 17); and

 (2) Sable is limited to 12 pages for its portion of the parties' Joint Summary Judgment Brief and 5 pages for any supplemental memorandum to the Joint Summary Judgment Brief (*see id.*).

IT IS SO ORDERED.

Dated: _____, 2024   _____
                FERNANDO M. OLGUIN
                United States District Judge