Name and address:

Benjamin J. Hanelin (SBN 237595)
LATHAM & WATKINS LLP 355 S.
Grand Ave., Suite 100 Los Angeles,
CA 90071-1560 Email:
benjamin.hanelin@lw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DEBRA HAALAND, SECRETARY OF U.S. DEPARTMENT OF INTERIOR, et al.<br><br>Defendant(s), | **CASE NUMBER**<br><br>2:24-cv-05459-FMO-MAA<br><br>---<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

O'Connor, Devin M.
_____

*Applicant's Name (Last Name, First Name & Middle Initial)*                          *check here if federal government attorney* ☐

Latham & Watkins LLP
_____

*Firm/Agency Name*

| | | |
|---|---|---|
| 555 Eleventh Street, NW, Suite 1000 | (202) 637-2200 | (202) 637-2201 |
| | *Telephone Number* | *Fax Number* |

*Street Address*

| | |
|---|---|
| Washington, D.C. 20004-1304 | devin.o'connor@lw.com |
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

Sable Offshore Corp.                          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ Other: Intervenor-Defendant
_____      ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ Other: _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York Supreme Court | 1/24/2013 | Yes |
| District of Columbia Court of Appeals | 8/5/2013 | Yes |
| U.S. District Court, District of Columbia | 10/6/2014 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  October 18, 2024

Devin M. O'Connor
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Hanelin, Benjamin J.
_____

*Designee's Name (Last Name, First Name & Middle Initial)*

Latham & Watkins LLP
_____

*Firm/Agency Name*

355 S. Grand Ave., Suite 100                          (213) 485-1234              (213) 891-8763
_____                      _____            _____

                                                     *Telephone Number*          *Fax Number*
_____

*Street Address*                                     benjamin.hanelin@lw.com
                                                     _____

Los Angeles, CA 90071-1560                           *Email Address*

*City, State, Zip Code*                              237595
                                                     _____

                                                     *Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  October 18, 2024                              Benjamin J. Hanelin
       _____                       _____

                                                     *Designee's Name (please type or print)*

                                                     *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in good Standing |
|---|---|---|
| U.S. District Court, District of Colorado | August 3, 2015 | Yes |
| U.S. Court of Appeals D.C. Circuit | April 16, 2018 | Yes |
| U.S. Court of Appeals 9th Circuit | January 16, 2015 | Yes |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Devin Maura O'Connor

was duly qualified and admitted on August 5, 2013 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on September 18, 2024.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, *Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Devin Maura O'Connor

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **January 24, 2013,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on September 18, 2024.*

*Clerk of the Court*

*CertID-00191825*



*State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350*

*Robert D. Mayberger
Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778*

*Anthony A. Moore
Director of Attorney
Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022