TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:    (202) 598-7863
Email:    daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT, BRUCE HESSON, Pacific Regional Director, Bureau of Safety and Environmental Enforcement,<br><br>    *Federal Defendants*. | Case No. 2:24-cv-05459-FMO-MAA<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE RECORD** |

1   Federal Defendants hereby give notice that they lodged with the Court, on
2   November 8, 2024, two flash drives each containing the administrative record for
3   the above captioned case. The administrative record was sent to the Court via
4   overnight FedEx carrier service. Federal Defendants are also sending a flash drive
5   containing the administrative record to counsel for Plaintiffs.
6   The documents have been recorded in PDF format in a single file on the
7   flash drives. To the extent a user alters the file, the altered file will no longer
8   reflect the information used by the agency to make the decision challenged in this
9   case and will be extra-record evidence. The file on the flash drives has been
10  consecutively Bates stamped. Also included on the drives is an index to the
11  administrative record and certification of the record, and both of these documents
12  are also attached to this notice.

14  Respectfully submitted this 8th day of November 2024.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney (CA Bar 326695)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 598-7863 | (202) 305-0506 (fax)
daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*