TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:        daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT, BRUCE HESSON, Pacific Regional Director, Bureau of Safety and Environmental Enforcement,<br><br>*Federal Defendants*. | Case No. 2:24-cv-05459-FMO-MAA<br><br>**ADMINISTRATIVE RECORD INDEX** |

| Tab | Description | Date | Bates Range |
|---|---|---|---|
| 1 | Development and Production Plan Santa Ynez Unit Development | 10/1982 | AR000001-000492 |
| 2 | Santa Ynez Unit Development and Production Plan Update | 06/1985 | AR000493-000545 |
| 3 | Letter from Thomas W. Dunaway, Mineral Management Service, to Donald E. Cornett, Exxon Company, U.S.A. Re. Santa Ynez Unit Development and Production Plan | 09/20/1985 | AR000546-000617 |
| 4 | Development and Production Plan (Cumulative Updates) Santa Ynez Unit Development | 09/1987 | AR000618-001043 |
| 5 | Consent Decree lodged in *United States of America v. Plains All American Pipeline, L.P.*, No. 20-cv-02415 | 03/13/2020 | AR001044-001146 |
| 6 | Bureau of Ocean Energy Management Pacific OCS Region Field & Reservoir Reserve Estimates as of December 2021 | 06/10/2022 | AR001147-001162 |
| 7 | Letter from Kristen Monsell, Center for Biological Diversity, to Deb Haaland, Secretary U.S. Department of the Interior (including retrievable references) Re. Extensions of ExxonMobil's Oil and Gas Leases on the Pacific Outer Continental Shelf | 02/08/2023 | AR001163-016989 |
| 8 | Letter from Chris Parsons, Exxon Mobil Corporation, to Bobby Kurtz, Bureau of Safety and Environmental Enforcement Re. Quarterly Update – December 31, 2022 One Year Lease Extension Santa Ynez Unit Contract No. 14-08-0001-8979 | 02/19/2023 | AR016990-016994 |
| 9 | Letter from Chima Ojukwu, Bureau of Ocean Energy Management, to Gregory Patrinely, Flame Acquisition Corp. Re. Qualified Company Approval | 04/24/2023 | AR016995-016996 |
| 10 | Bureau of Ocean Energy Management Pacific OCS Region Field & Reservoir Reserve Estimates as of December 2022 | 06/30/2023 | AR016997-017012 |
| 11 | Letter from Chris Parsons, Exxon Mobil Corporation, to Bobby Kurtz, Bureau of Safety and Environmental Enforcement Re. Quarterly Update – March 31, 2023 Lease Extension Santa Ynez Unit Contract No. 14-08-0001-8979 | 07/17/2023 | AR017013-017016 |
| 12 | Letter from Chris Parsons, Exxon Mobil Corporation, to Bobby Kurtz, Bureau of Safety and Environmental Enforcement Re. Quarterly Update – June 30, 2023 Lease Extension Santa Ynez Unit Contract No. 14-08-0001-8979 | 09/15/2023 | AR017017-017024 |
| 13 | Letter from Lauren McConn, Exxon Mobil Corporation to Bobby Kurtz, Bureau of Safety and Environmental Enforcement Re. Request for Extension to Resume Operations Santa Ynez Unit Contract No. 14-08-0001-8979 | 10/19/2023 | AR017025-017029 |
| 14 | Letter from Dylan Boyer, Exxon Mobil Corporation, to Bobby Kurtz, Bureau of Safety and Environmental Enforcement Re. Quarterly Update – September 30, 2023 Lease Extension Santa Ynez Unit Contract No. 14-08-0001-8979 | 10/20/2023 | AR017030-017034 |
| 15 | Categorical Exclusion Review Re. Request for Extension under 30 CFR 250.180(e) Submitted by Exxon Mobil Corporation for the Santa Ynez Unit | 11/08/2023 | AR17035-017040 |
| 16 | Letter from Bobby Kurtz, Bureau of Safety and Environmental Enforcement, to Lauren McConn, Exxon Mobil Corporation Approving Exxon Mobil's October 19, 2023 Extension Request | 11/14/2023 | AR017041-017045 |