

FILED
CLERK, U.S. DISTRICT COURT

November 12, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar )    ORDER OF THE CHIEF JUDGE
)
of )          24-175
)
)
Judge MICHELLE WILLIAMS COURT )
_____ )

      Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Michelle Williams Court,

      IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fernando M. Olguin to the calendar of Judge Michelle Williams Court:

| | |
|---|---|
| 2:21-cv-06369-FMO-KSx | Frankie Lee Dominguez v. County of Los Angeles et al |
| 2:22-cv-00619-FMO-JC | Jesse Washington v. A. Lakowski et al |
| 2:22-cv-03288-FMO-MRWx | Brad Burnett v. Duna USA Inc. et al |
| 2:23-cv-05567-FMO-JPRx | World Tech Toys, Inc. v. CVS Pharmacy, Inc. et al |
| 2:23-cv-08495-FMO-MARx | Thomas Spiegel v. Federal Insurance Company et al |
| 2:23-cv-09441-FMO-SKx | Scott Thompson et al v. The Walt Disney Company |
| 2:24-cv-01056-FMO-AJRx | Thomas Jenkins v. City of Los Angeles et al |
| 2:24-cv-01130-FMO-ASx | Colette Chen v. Amazon.com, Inc. et al |
| 2:24-cv-05459-FMO-MAAx | Center For Biological Diversity et al v. Debra Haaland et al |
| 2:24-cv-06916-FMO-MAAx | Nancy Lynn Koenig v. Costco Wholesale Corporation |
| 2:24-cv-08144-FMO-PVCx | Ebony Morrison v. Sovena USA, Inc. |
| 2:24-cv-08788-FMO-ASx | Xiangyu Song v. David M. Radel |

In the Matter of the
Creation of Calendar for
District Judge Michelle Williams Court                                                        2

---

| 5:24-cv-01551-FMO-SPx | Leonel Lopez et al v. Ford Motor Company et al |
| 8:24-cv-01828-FMO-DFMx | Robert Mena v. McKeown Incorporated et al |

On all documents subsequently filed in the case, please substitute the Judge initials "MWC" after the case number in place of the initials of the prior Judge.

DATED:  November 12, 2024

_____
Chief Judge Dolly M. Gee