UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:24-cv-05459 MWC (MAAx)                                      Date: December 3, 2024

Title     Center for Biological Diversity *et al.* v. Debra Haaland *et al.*

Present: The Honorable:     Michelle Williams Court, United States District Judge

| T. Jackson | No Reporter |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER GRANTING MOTION TO INTERVENE (DKT. 18)**

  Before the Court is a motion to intervene filed by Proposed Intervenor-Defendant Sable Offshore Corp. ("Sable").  Dkt. # 18 ("*Mot.*").  The Court finds the matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  Having considered the moving and opposing papers, the Court **GRANTS** the motion.

  Sable moves to intervene as a matter of right.  Rule 24(a) of the Federal Rules of Civil Procedure provides that:

> On timely motion, the court must permit anyone to intervene who . . . claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Fed. R. Civ. P. 24(a)(2).  Defendants Debra Haaland (Secretary of the United States Department of the Interior), Bureau of Safety and Environmental Enforcement, and Bruce Hesson (Pacific Regional Director, Bureau of Safety and Environmental Enforcement) ("Defendants") in this action take no position on Sable's intervention.  *See Mot.* 2:9–11.  Plaintiffs Center for Biological Diversity and Wishtoyo Foundation ("Plaintiffs") do not contest that Sable meets the requirements of Rule 24(a) that the motion be timely, that the movants have a protectable interest in the subject of the action,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:24-cv-05459 MWC (MAAx) | Date: December 3, 2024 |
| Title  Center for Biological Diversity *et al.* v. Debra Haaland *et al.* | |

and that the movants are not adequately represented by existing parties.  *See* Dkt. # 23 ("*Non-Opp.*").  In their notice of non-opposition, Plaintiffs only ask that the Court place two conditions on Sable's participation in the action:  (1) that the Court require Sable to abide by the deadlines in the Court's scheduling order; and (2) that the Court limit Sable to 12 pages in its portion of the parties' joint summary judgment brief and 5 pages for any supplemental memorandum to the joint summary judgment brief.  *Id.* 1:22–2:4.  Sable, in its reply, agrees to the first proposed condition but opposes the second proposed condition.  Dkt. # 29.

"Restrictions on participation may . . . be placed on an intervenor of right . . . ."  *Stringfellow v. Concerned Neighbors in Action*, 480 U.S. 370, 383 (1987).  "The district court should tailor the restrictions to promote 'efficient conduct of proceedings,' and the expeditious resolution of the case."  *Envtl. Def. Ctr. v. Bureau of Ocean Energy Mgmt.*, CV 16-8418 PSG (FFMx), 2017 WL 11714731, at *1 (C.D. Cal. Mar. 10, 2017) (quoting *Stringfellow*, 480 U.S. at 383 n.2).

Although there is overlap between Sable and the Defendants' interests, the Court recognizes that Sable's property, contractual, and overall financial interests will likely differ at times from Defendants' governmental and public interests.  *See Mot.* 13:28–14:10.  Therefore, at this stage of litigation, the Court declines Plaintiffs' request to impose special page limits on Sable.  Sable will proceed in this case the same way as any other separately represented party.  If necessary, the Court may impose additional restrictions on the parties as the case moves forward.  Moreover, as already agreed to by the parties, Sable must abide by the current case schedule. The hearing set for December 13, 2024, at 1:30 p.m. is VACATED.

**IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | TJ |