UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>*Federal Defendants*,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant*. | Case No. 2:24-cv-05459-MWC-MAA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY REMAND** |

    Before the Court at Docket 37 is Federal Defendants' Motion for Voluntary Remand. Federal Defendants have indicated that the Bureau of Safety and Environmental Enforcement intends to reconsider and conduct additional analysis in support of the challenged 2023 decision approving a lease extension for the Santa Ynez Unit. *See* Declaration of Bruce H. Hesson, Docket No. 37-1. Good cause being shown, the motion is GRANTED.

    IT IS ORDERED that the challenged lease extension decision is remanded to Federal Defendants without vacatur for further administrative proceedings and this case is STAYED pending completion of those proceedings.

1 | Dated this _____, 2024.

 

                                                                       _____
                                                                       HON. MICHELLE WILLIAMS
                                                                       United States District Judge