Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | **DECLARATION OF KRISTEN MONSELL IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT** |
| v. | |
| DEBRA HAALAND, et al., | |
| *Defendants*, | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant*. | |

I, Kristen Monsell, hereby declare as follows:

1.  I am counsel for Plaintiffs Center for Biological Diversity and Wishtoyo Foundation in this case. I submit this declaration in support of Plaintiffs' Motion

for Leave to File First Supplemental and Amended Complaint. If called as a witness, I could and would competently testify to the matters set forth herein.

2.   Attached as Exhibit 1 is a true and correct copy of the permits Federal Defendants the Bureau of Safety and Environmental Enforcement, et al. (collectively, BSEE) issued to Sable Offshore Corp. on September 25, 2024. I obtained a copy of both permits on BSEE's website here:

https://www.bsee.gov/stats-facts/ocs-regions/pacific/pacific-region-completed-applications-for-permit-to-modify-apm.

3.   Attached as Exhibit 2 is a true and correct copy of the letter Plaintiff Center for Biological Diversity received from BSEE regarding its response to a Freedom of Information Act request for the records documenting and supporting BSEE's issuance of the permits referenced in paragraph 2 above.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 3rd day of January 2025,

/s/ *Kristen Monsell*
Kristen Monsell

# EXHIBIT 1

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 4 of 21    Page
ID #:398

OMB Control Number 1014-0026

## Application for Permit to Modify (APM)

| | | | | |
|---|---|---|---|---|
| **Lease** P00182 | **Area** SM | **Block** 6683 | **Well Name** HE023 | **ST** 00 **BP** 00 **Type** Development |

**Application Status** Approved          **Operator** 03726 Sable Offshore Corp

**Pay.gov**
**Amount:** $145.00

**Agency**
**Tracking ID:** EWL-APM-253736

**Pay.gov**
**Tracking ID:** 27HOJCVF

## General Information

| | | |
|---|---|---|
| **API** 043112075100 | **Approval Dt** 25-SEP-2024 | **Approved By** Carl Lakner |
| **Submitted Dt** 19-SEP-2024 | **Well Status** Completed | **Water Depth** 1075 |
| **Surface Lease** P00182 | **Area** SM | **Block** 6683 |

**Approval Comments**

Conditions of Approval:
1) All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.
2) A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.
3) All pressure containing equipment must be tested to the approved permitted pressure and recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in the approved permit, the equipment in use must be tested at a minimum to the new observed pressure. The appropriate District must be immediately notified of this pressure change and a RPM submitted to document the change.
4) WARS Due BY Wednesdays

**Correction Narrative**

**Permit Primary Type** Enhance Production

**Permit Subtype(s)**
Other Enhance Production

[X] Proposed or  [ ] Completed Work

**Operation Description**
Use electricline to add 181' MD of perforations, 51' MD in the MC 10 and 130' MD in the MC 20.

**Procedural Narrative**
See attachment.

**Subsurface Safety Valve**
   **Type Installed**  SCSSV
   **Feet below Mudline** 639
   **Maximum Anticipated Surface Pressure (psi)** 2336
   **Shut-In Tubing Pressure (psi)**
   **Maximum Anticipated Wellhead Pressure (psi)**
   **Shut-In Wellhead Pressure (psi)** 1420

## Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|---|---|---|---|---|

**Blowout Preventers**

| Preventer | Size | Working Pressure | --- Test Pressure ---  Low | High |
|---|---|---|---|---|
| Wireline Luber | | 10000 | | 5000 |

---

**BSEE FORM BSEE-0124**          25-SEP-2024 11:20:22 AM          **Page:  1  of  7**

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 5 of 21    Page
ID #:399

OMB Control Number 1014-0026

## Application for Permit to Modify (APM)

| | | | | | |
|---|---|---|---|---|---|
| **Lease** P00182 | **Area** SM | **Block** 6683 | **Well Name** HE023 | **ST** 00 | **BP** 00 | **Type** Development |

**Application Status** Approved      **Operator** 03726 Sable Offshore Corp

**Date Commencing Work (mm/dd/yyyy)** 01-OCT-2024

**Estimated duration of the operation (days)** 9

### Verbal Approval Information

| Official | Date (mm/dd/yyyy) |
|---|---|

### Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| A | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | YES | H2S Plan Approved. |
| B | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | YES | Hold SYU Lease. |
| C | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | N/A | |
| D | If sands are to be commingled for this completion, has approval been obtained? | N/A | |
| E | Will the completed interval be within 500 feet of a block line? If yes, then comment. | NO | |
| F | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | N/A | |
| G | Will you ensure well-control fluids, equipment, and operations be designed, utilized, maintained, and/or tested as necessary to control the well in foreseeable conditions and circumstances, including subfreezing conditions? | YES | |
| H | Will digital BOP testing be used for this operation? If "yes", state which version in the comment box? | N/A | |

**U.S. Department of the Interior**                                                                      OMB Control Number 1014-0026
Bureau of Safety and Environmental    Case 2:24-cv-05459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 6 of 21    Page
Enforcement (BSEE)                                                                          ID #:400

## Application for Permit to Modify (APM)

| Lease P00182 | **Area** SM | **Block** 6683 | **Well Name** HE023 | **ST** 00 | **BP** 00 | **Type** Development |
|---|---|---|---|---|---|---|

**Application Status** Approved        **Operator** 03726 Sable Offshore Corp

## Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| I | Is this APM being submitted to remediate sustained casing pressure (SCP)? If "yes," please specify annulus in the comment box. If you have been given a departure/denial for SCP, include in the attachments. | NO | |
| J | Are you pulling tubulars and/or casing with a crane? If "YES" have documentation on how you will verify the load is free per API RP 2D. This documentation must be maintained by the lessee at the lessee's field office. | N/A | |
| K | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number comments for this question). | N/A | |
| L | Will you be using multiple size work string/ tubing/coil tubing/snubbing/wireline? If yes, attach a list of all sizes to be used including the size, weight, and grade. | N/A | |
| M | For both surface and subsea operations, are you utilizing a dynamically positioned vessel and/or non-bottom supported vessel at any time during this operation? | NO | |

## ATTACHMENTS

| File Type | File Description |
|---|---|
| pdf | Well HE23 CER |
| pdf | HE23 BSEE APM |

## CONTACTS

| | |
|---|---|
| **Name** | Ben Martin |
| **Company** | Sable Offshore Corp |
| **Phone Number** | 713-859-7391 |
| **E-mail Address** | bmartin@sableoffshore.com |
| **Contact Description** | Director of Completions, Sable Offshore Corp. |

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026

Case 2:24-cv-05459-MWC-MAA     Document 38-3     Filed 01/03/25     Page 7 of 21     Page
ID #:401

## Application for Permit to Modify (APM)

CERTIFICATION: I certify that information submitted is complete and accurate to the best of my knowledge.  I understand that making a false statement may subject me to cr

Name and Title                                    Date

_Brian Hansen, Regulatory Advisor_                _19-SEP-2024_

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 11/4 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC 20240.

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA     Document 38-3     Filed 01/03/25     Page 8 of 21     Page ID #:402

## Application for Permit to Modify (APM)

**Lease** P00182     **Area** SM     **Block** 6683     **Well Name** HE023     **ST** 00     **BP** 00     **Type** Development

**Application Status** Approved          **Operator** 03726 Sable Offshore Corp

### Variances Requested for this Permit

**U.S. Department of the Interior**
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 9 of 21    Page ID #:403

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE023    **ST** 00    **BP** 00    **Type** Development
**Application Status** Approved            **Operator** 03726 Sable Offshore Corp

### Existing Variances

No previously approved variances exist for this permit

**U.S. Department of the Interior**
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 10 of 21    Page
ID #:404

**Application for Permit to Modify (APM)**

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE023    **ST** 00    **BP** 00    **Type** Development
**Application Status** Approved             **Operator** 03726 Sable Offshore Corp

### Reviews

| | |
|---|---|
| Review: | APM - District Production Engineering Review |
| Sent: | 20-SEP-24 |
| Review Started: | 25-SEP-24 |
| Review Finished: | 25-SEP-24 |
| Info Adequate: | Y |
| Review Remarks: | |
| Review: | Determination of NEPA Adequacy |
| Sent: | 20-SEP-24 |
| Review Started: | 20-SEP-24 |
| Review Finished: | 20-SEP-24 |
| Info Adequate: | Y |
| Review Remarks: | |

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026

Case 2:24-cv-06469-MWC-MAA    Document 38-3    Filed 01/03/25    Page 11 of 21    Page ID #:405

## Application for Permit to Modify (APM)

| | | | | | |
|---|---|---|---|---|---|
| **Lease** P00182 | **Area** SM | **Block** 6683 | **Well Name** HE028 | **ST** 00 **BP** 00 | **Type** Development |
| **Application Status** Approved | | **Operator** 03726 Sable Offshore Corp | | | |

| Pay.gov | Agency | Pay.gov |
|---|---|---|
| **Amount:** $145.00 | **Tracking ID:** EWL-APM-253740 | **Tracking ID:** 27HR3FNL |

## General Information

| | | |
|---|---|---|
| **API** 043112076200 | **Approval Dt** 25-SEP-2024 | **Approved By** Carl Lakner |
| **Submitted Dt** 19-SEP-2024 | **Well Status** Completed | **Water Depth** 1075 |
| **Surface Lease** P00182 | **Area** SM | **Block** 6683 |

**Approval Comments**

Conditions of Approval:

1) All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.

2) A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.

3) All pressure containing equipment must be tested to the approved permitted pressure and recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in the approved permit, the equipment in use must be tested at a minimum to the new observed pressure. The appropriate District must be immediately notified of this pressure change and a RPM submitted to document the change.

4)WARS Due BY Wednesdays

**Correction Narrative**

| |
|---|
| **Permit Primary Type** Enhance Production |
| **Permit Subtype(s)** |
| Other Enhance Production |

[X] Proposed or  [ ] Completed Work

**Operation Description**
Use electricline to add 115' MD of perforations in the MC 10.

**Procedural Narrative**
See attachment

**Subsurface Safety Valve**

   **Type Installed**  SCSSV

   **Feet below Mudline** 575

   **Maximum Anticipated Surface Pressure (psi)** 2320

   **Shut-In Tubing Pressure (psi)**

   **Maximum Anticipated Wellhead Pressure (psi)**

   **Shut-In Wellhead Pressure (psi)** 1881

## Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|---|---|---|---|---|

**U.S. Department of the Interior**
OMB Control Number 1014-0026
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-06150-MWC-MAA    Document 38-3    Filed 01/03/25    Page 12 of 21    Page
ID #:406

## Application for Permit to Modify (APM)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Lease** P00182 | **Area** SM | **Block** 6683 | **Well Name** HE028 | **ST** 00 | **BP** 00 | **Type** Development |
| **Application Status** Approved | | **Operator** 03726 Sable Offshore Corp | | | | |

**Blowout Preventers**

| Preventer | Size | Working Pressure | --- Test Pressure --- | |
|---|---|---|---|---|
| | | | Low | High |
| Wireline Luber | | 10000 | | 5000 |

**Date Commencing Work (mm/dd/yyyy)** 10-OCT-2024

**Estimated duration of the operation (days)** 6

**Verbal Approval Information**

| Official | Date (mm/dd/yyyy) |
|---|---|

## Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| A | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | YES | H2S Plan is approved. |
| B | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | YES | Hold SYU Leases. |
| C | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | N/A | |
| D | If sands are to be commingled for this completion, has approval been obtained? | N/A | |
| E | Will the completed interval be within 500 feet of a block line? If yes, then comment. | NO | |
| F | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | N/A | |
| G | Will you ensure well-control fluids, equipment, and operations be designed, utilized, maintained, and/or tested as necessary to control the well in foreseeable conditions and circumstances, including subfreezing conditions? | YES | |
| H | Will digital BOP testing be used for this operation? If "yes", state which version in the comment box? | N/A | |

## Application for Permit to Modify (APM)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Lease** P00182 | **Area** SM | **Block** 6683 | **Well Name** HE028 | **ST** 00 | **BP** 00 | **Type** Development |
| **Application Status** Approved | | | **Operator** 03726 Sable Offshore Corp | | | |

## Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| I | Is this APM being submitted to remediate sustained casing pressure (SCP)? If "yes," please specify annulus in the comment box. If you have been given a departure/denial for SCP, include in the attachments. | NO | |
| J | Are you pulling tubulars and/or casing with a crane? If "YES" have documentation on how you will verify the load is free per API RP 2D. This documentation must be maintained by the lessee at the lessee's field office. | N/A | |
| K | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number comments for this question). | N/A | |
| L | Will you be using multiple size work string/ tubing/coil tubing/snubbing/wireline? If yes, attach a list of all sizes to be used including the size, weight, and grade. | N/A | |
| M | For both surface and subsea operations, are you utilizing a dynamically positioned vessel and/or non-bottom supported vessel at any time during this operation? | NO | |

### ATTACHMENTS

| File Type | File Description |
|---|---|
| pdf | Well HE-28 CER |
| pdf | HE28 BSEE APM |

### CONTACTS

| | |
|---|---|
| **Name** | Ben Martin |
| **Company** | Sable Offshore Corp |
| **Phone Number** | 713-859-7391 |
| **E-mail Address** | bmartin@sableoffshore.com |
| **Contact Description** | Director of Completions, Sable Offshore Corp. |

**U.S. Department of the Interior**
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026

Case 24-cv-00459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 14 of 21    Page ID #:408

## Application for Permit to Modify (APM)

CERTIFICATION: I certify that information submitted is complete and accurate to the best of my knowledge. I understand that making a false statement may subject me to cr

Name and Title                                                    Date

Brian Hansen, Regulatory Advisor                    19-SEP-2024

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 11/4 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC 20240.

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 15 of 21    Page
ID #:409

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE028    **ST** 00    **BP** 00    **Type** Development

**Application Status** Approved    **Operator** 03726 Sable Offshore Corp

### Variances Requested for this Permit

**U.S. Department of the Interior**
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 38-3    Filed 01/03/25    Page 16 of 21    Page ID #:410

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE028    **ST** 00    **BP** 00    **Type** Development

**Application Status** Approved        **Operator** 03726 Sable Offshore Corp

### Existing Variances

No previously approved variances exist for this permit

**U.S. Department of the Interior**
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-06450-MWC-MAA     Document 38-3     Filed 01/03/25     Page 17 of 21     Page ID #:411

**Application for Permit to Modify (APM)**

**Lease** P00182     **Area** SM     **Block** 6683     **Well Name** HE028     **ST** 00     **BP** 00     **Type** Development
**Application Status** Approved          **Operator** 03726 Sable Offshore Corp

### Reviews

| | |
|---|---|
| Review: | APM - District Production Engineering Review |
| Sent: | 20-SEP-24 |
| Review Started: | 25-SEP-24 |
| Review Finished: | 25-SEP-24 |
| Info Adequate: | Y |
| Review Remarks: | |

| | |
|---|---|
| Review: | Determination of NEPA Adequacy |
| Sent: | 20-SEP-24 |
| Review Started: | 20-SEP-24 |
| Review Finished: | 20-SEP-24 |
| Info Adequate: | Y |
| Review Remarks: | |

# EXHIBIT 2



# United States Department of the Interior

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Pacific OCS Region
760 Paseo Camarillo, Suite 102
Camarillo, CA  93010-6064

December 10, 2024

Ann K. Brown
Center for Biological Diversity
P.O. Box 11374
Portland, OR  97211
(Sent via email to: foia@biologicaldiversity.org)

Re: FOIA Request #DOI-2025-000724

Dear Ms. Brown:

This constitutes our final production in response to your FOIA request dated October 16, 2024.

## Description of Request

On October 16, 2024, the Bureau of Safety and Environmental Enforcement (BSEE) received your Freedom of Information Act (FOIA) request for the following:

> *"The Center requests from the Bureau of Safety and Environmental Enforcement ("BSEE") Pacific Region from June 1, 2024 to the date that BSEE conducts this search: the records documenting and supporting BSEE's September 25, 2024, approval of two Applications for Permit to Modify to Sable Offshore Corp. (Operator 03726) for Well HE023 and Well HE28 for Lease P00182 on the Pacific Outer Continental Shelf, including but not limited to, the agency's "Determination of NEPA Adequacy" and "District Production Engineering Review"."*

## Production

Today, in response to your request, the BSEE is providing via email the cover letter and 49 pages of full disclosure documents we have determined to be releasable; portions of this material are exempt from release under the following exemptions:

Exemption 4 of the FOIA (5 U.S.C. 552 (b) (4), which protects trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential.

Exemption 9 of the FOIA (5 U.S.C. 552 (b)(9)), which pertains to geological and geophysical information concerning wells.

Mr. Gurney Small, Attorney-Advisor with the Office of the Solicitor was consulted in reaching this decision.

**Appeal Rights—43 C.F.R. §§ 2.57, .58, .59**

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90 workdays from the date of this final response. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday. Your appeal must be made in writing. You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must include an explanation of why you believe this response is in error. You must also include with your appeal copies of all correspondence between you and BSEE concerning your FOIA request, including your original FOIA request and this response. Failure to include with your appeal all correspondence between you and BSEE will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal. Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information
Department of the Interior Office of the Solicitor
1849 C Street, N.W. MS-6556 MIB
Washington, DC 20240
Attn: FOIA/Privacy Act Appeals
Office Telephone: (202) 208-5339 Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

**Conclusion**

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
email: ogis@nara.gov

Web: https://ogis.archives.gov
Telephone: (202) 741-5770
Fax: (202) 741-5769
Toll-free: (877) 684-6448

    Please note that using OGIS services does not affect the timing of filing an appeal with
the Department's FOIA & Privacy Act Appeals Officer.

    This completes our response to your request. If you have any questions, I can be
contacted at (805) 384-6344, or you can send an email to rochelle.williams@bsee.gov.

    Sincerely,



Rochelle K. Williams
FOIA Specialist