|     |     |
| --- | --- |
| 1 | |
| 2 | |
| 3 | |
| 4 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| --- | --- |
| *Plaintiffs*, | |
| v. | |
| DEBRA HAALAND, et al., | |
| *Defendants*, | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant.* | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

Before the Court is Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint under Federal Rules of Civil Procedure 15(a)(2) and 15(d). Good cause appearing, IT IS ORDERED that the Motion is GRANTED.

1  Dated: _____, 2025.

4  HON. MICHELLE WILLIAMS COURT
   UNITED STATES DISTRICT JUDGE