LATHAM & WATKINS LLP
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450

Benjamin J. Hanelin (Bar No. 237595)
Email: benjamin.hanelin@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider (*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor (*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>Defendants,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant*. | CASE NO. 2:24-cv-05459-MWC-MAA<br><br>**DECLARATION OF STEVEN P. RUSCH IN SUPPORT OF SABLE OFFSHORE CORP.'S RESPONSE TO FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND**<br><br><u>Hearing</u><br>Date: January 31, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Michelle Williams Court<br>Courtroom: 6A |

# DECLARATION OF STEVEN P. RUSCH

Pursuant to 28 U.S.C. § 1746(2), I, Steven P. Rusch, hereby declare:

1. I am employed by Intervenor-Defendant Sable Offshore Corp. ("Sable" or the "Company"), as Vice President, Regulatory & Environmental Affairs. I have over 44 years of experience in the oil and gas industry. Before my current position with Sable, I was the Vice President, Environment, Health and Safety ("EHS") and Government Affairs at Freeport-McMoRan Oil & Gas, a Senior Staff Engineer at ExxonMobil Corporation and the Principal at Rusch Consulting. I have a Bachelor's Degree in Civil Engineering from the University of California at Berkeley and have been licensed by the State of California as a Professional Engineer.

2. Sable is a publicly traded oil and gas company focused on responsibly developing the Santa Ynez Unit ("SYU") in federal waters offshore California.

3. I have been involved in Sable's acquisition, maintenance, and development of the SYU, which is the subject of this action. These assets were previously owned by Exxon Mobil Corporation ("Exxon") and Mobil Pacific Pipeline Company ("MPPC," and together with Exxon, "EM").

## A.  Extensive Environmental Reviews Were Performed Prior to Development of the Santa Ynez Unit

4. The 16 leases for the SYU that are the subject of the Bureau of Safety and Environmental Enforcement's ("BSEE") 2023 Extension decision challenged in this action are for an initial term of five years and as "long thereafter as oil or gas" is or may be "produced from the leased area in paying quantities, or drilling or well reworking operations, as approved by" the Department of the Interior. *E.g.*, Lease OCS-P00180 (Feb. 6, 1968). As an example of one of Sable's SYU leases, a true and correct copy of Lease OCS-P00180 dated February

6, 1968 is attached hereto as **Exhibit A**.

5. The 16 leases contained within the SYU are subject to an active unitization agreement ("Unit Agreement") approved by the federal government in 1970. A true and correct copy of the Unit Agreement and the amendments thereto are attached hereto as **Exhibit B**. The Unit Agreement modifies and amends the lease terms, including to extend the term of the leases as provided for the life of the Unit Agreement. *Id.* § 12. Specifically, the Santa Ynez Unit Agreement (and its associated leases) continue in force and effect "so long as Unitized Substances are or can be produced and, *should production cease, so long thereafter as diligent operations are in progress for the restoration of production* or discovery of new production . . . ." *Id.* § 13 (emphasis added).

6. In May 1974, the United States Geological Survey published a final environmental impact statement analyzing a proposed plan of development for the SYU for the Hondo field. *See* 39 Fed. Reg. 16,910 (May 10, 1974). In August 1974, the Acting Secretary of the Interior approved the proposed plan of development for the SYU for the Hondo field. In 1975, the United States Geological Survey prepared another environmental impact statement comprehensively analyzing development and production of oil and gas in the Santa Barbara Channel Outer Continental Shelf, including development and production in the SYU. *See* 40 Fed. Reg. 25,241 (June 13, 1975); 41 Fed. Reg. 10,116 (Mar. 9, 1976).

7. In June 1984, the United States Minerals Management Service (the predecessor agency to BSEE), the California State Lands Commission, and Santa Barbara County released a final environmental impact report/final environmental impact statement further studying oil and gas development and production at the SYU ("1984 EIS"). *See* 49 Fed. Reg. 30,144 (July 26, 1984). The 1984 EIS analyzed alternatives to the proposed project, cumulative

development and impacts, impacts of the project across environmental resources including air quality, climate, geology, surface and groundwater, terrestrial and marine biology, system safety and reliability, and also included detailed mitigation measures.

8. Activities on the SYU have since been the subject of various environmental reviews, as needed. For example, in 2021 the Bureau of Ocean Energy Management ("BOEM") prepared an Environmental Assessment and Finding of No Significant Impact for Exxon's proposed repairs at the SYU to install Impressed Current Cathodic Protection Anode Sleds.[1]

**B. The Shutdown Is Subject to a Preservation Plan Approved by BSEE**

9. Following the onshore 2015 Plains All American Pipeline ("Plains") leak, Exxon sought and obtained yearly extensions of time from BSEE to resume operations. Each year, BSEE authorized extensions to resume operations on the 16 offshore oil and gas leases in the SYU to maintain the status quo, with the most recent authorization issued by BSEE on November 14, 2023 ("2023 Extension").

10. The Plains pipeline that experience the leak in 2015 was previously known as Pipeline 901 and is now known as Pipeline 324. It is located onshore and runs from the Las Flores Pump Station to the Gaviota Pump Station in Santa Barbara County. No SYU offshore facilities were involved in the Plains pipeline incident (other than to be shut-in as a result).

11. Following the onshore Plains pipeline leak in 2015, which interrupted service and necessitated the shutdown of the SYU facilities, the SYU facilities became subject to an environmentally protective preservation plan that was approved by BSEE. The preservation plan was specifically designed to ensure

---

[1] https://www.boem.gov/regions/pacific-ocs-region/Santa-Ynez-Unit-Anode-Sled-Project

"the integrity management of facilities in a safe and environmentally responsible manner for the duration of the outage." *See* January 21, 2016 letter from Exxon to BSEE setting forth certain SYU Preservation Plan requirements (the "Preservation Plan"). The Preservation Plan required that: (a) idle equipment be drained, flushed, and purged; (b) gas pipelines be depressurized and flushed with nitrogen; (c) all wells (with the exception of one active water injection well) be sealed with at least 3 barriers in-place from the hydrocarbon zones to surface; (d) the Hondo platform be staffed and inspected daily; (e) the Harmony and Heritage platforms be inspected weekly; (f) the offshore emulsion pipeline network be pigged and flushed with inhibited seawater; and (e) an offshore pipeline preservation plan be implemented, including pigging, application of biocide, and pressure testing, as appropriate. These actions have been taken and the SYU is in compliance with the Preservation Plan, which BSEE confirmed is being adhered to in its 2023 decision.

12. Pursuant to the Preservation Plan, the Hondo platform is staffed and inspected daily, and the Harmony and Heritage platforms were inspected weekly until they were re-staffed in April and subsequent daily inspections began. The Preservation Plan requires quarterly updates by Sable to BSEE. The lease extensions also required separate quarterly updates to BSEE while such extensions were in effect (until October 2024 when leaseholding activities were completed, as explained below). True and correct copies of the January 21, 2016 letter (without technical attachments) from Exxon to BSEE regarding SYU Preservation Plan requirements and BSEE's February 12, 2016 approval of the Preservation Plan are attached hereto as **Exhibit C**. The technical details of the Preservation Plan have been updated over time in coordination with and as approved by BSEE. BSEE's November 2023 Categorical Exclusion Review states that BSEE will oversee adherence to "the ongoing preservation plan for safe and environmentally protective maintenance and oversight of the facilities

while idled."

13. Additionally, BSEE and the U.S. Coast Guard conduct routine inspections and drills related to maintaining the SYU facilities in safe and good working order.

14. The California Coastal Commission reviewed BSEE's determination on the initial extension to resume operation and agreed that there would be "no effects" on coastal resources. A true and correct copy of the California Coastal Commission's No Effects Determination dated November 15, 2016 is attached hereto as **Exhibit D**.

C. **Vacatur Could Cause Significant Prejudice to Sable, Which Has Relied on the Extension of Time to Resume Operations on the Leases**

15. On February 14, 2024, the Company consummated the Purchase Agreement and Exxon assigned the 16 leases to Sable. On May 15, 2024, Sable and EM completed the asset handover, which involved Sable hiring 48 former EM field employees and an additional 24 employees. On May 21, 2024, the BOEM approved all 16 lease assignments and Sable has since been the leaseholder of the 16 leases. Sable relied on the 2023 Extension and the status of the leases when it consummated the purchase of the SYU assets and continued to work towards restarting operations. Since acquisition of the SYU assets, Sable has been diligently investing in and upgrading the facilities, as appropriate, to facilitate a restart of production. Contrary to Plaintiffs' allegations in their Complaint, the offshore assets are well maintained and in good operational order.

16. To date, Sable has obligated close to $1 billion associated with the purchase, repair, maintenance and upgrades of the SYU assets. Sable's offshore investments in the SYU facilities include overhauling gas compressors, continuing offshore pipeline integrity surveys, completing hydrotests of offshore

emulsion pipelines, completing safety device testing campaign, and finishing all vessel and piping circuit integrity inspections. Sable and its now subsidiary Pacific Pipeline Company recently onboarded and trained approximately 400 contractors and 100 employees to facilitate restart of the SYU assets. Sable has worked closely with BSEE and the U.S. Coast Guard to ensure its activities offshore are safe and responsible.

17. Since the close of the Purchase Agreement, in addition to the extensive investments Sable has made to the physical infrastructure, Sable's geoscience and reservoir engineering management team also has been evaluating reservoir development opportunities. Sable estimates that over 1 billion barrels of oil are still recoverable from the Santa Ynez Unit, which represents nearly $10 billion in net contingent resources overall.

18. Under the Purchase Agreement, if Sable does not successfully restart the offshore facilities prior to 2026, Exxon has the right to take over the SYU assets and rights at no cost.

**D.     Sable Has Completed Additional Leaseholding Activities**

19. In addition to the protections contained in the Unit Agreement, as of October 9, 2024 and December 9, 2024, Sable also completed well reworking operations at Well HE-23 and Well HE-28, respectively.

20. On October 22, 2024, BSEE confirmed via email that based on the well rework at Well HE-23, "the SYU leases are no longer held by the approved lease extension, issued under 30 CFR 250.180(e) . . . [which] was effective through December 13, 2024." A true and correct copy of Nathan Sinkula's (BSEE) email to Lakeisha Douglas (BOEM) on October 22, 2024 is attached hereto in **Exhibit E**. On January 7, 2025, BSEE confirmed via email that based on the well rework at Well HE-28, "[i]n absence of additional leaseholding activities or approved lease extensions, the SYU leases will expire on December 9,

2025." A true and correct copy of Nathan Sinkula's (BSEE) email to Lakeisha Douglas (BOEM) on January 7, 2025 is attached hereto in **Exhibit E**.

### E. Additional Administrative Record Documents

21. As explained in Federal Defendants' Motion (Dkt. 37 at 8 n.2), Federal Defendants inadvertently left out of the administrative record filed with the Court the correct version of the Categorical Exclusion Review supporting the 2023 Extension. A true and correct copy of the correct Categorical Exclusion Review conducted by BSEE on November 9, 2023 is attached hereto as **Exhibit F**.

22. Federal Defendants also did not include the Preservation Plan (discussed above), which is explicitly referenced in the Categorical Exclusion Review, and should be included in the administrative record.

23. Sable has identified over 45 other documents that should have been included in the administrative record for BSEE's 2023 Extension decision.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2025.

_____
Steven P. Rusch