# EXHIBIT D

STATE OF CALIFORNIA – NATURAL RESOURCES AGENCY                                                                                    EDMUND G. BROWN, GOVERNOR

**CALIFORNIA COASTAL COMMISSION**
45 FREMONT, SUITE 2000
SAN FRANCISCO, CA 94105-2219
VOICE (415) 904-5200
FAX (415) 904-5400
TDD (415) 597-5885



November 15, 2016

Drew Mayerson
Regional Supervisor
Office of Production and Development
Bureau of Safety and Environmental Enforcement
Pacific OCS Region
760 Paseo Camarillo, Suite 102
Camarillo, CA 93010-6064

Re:   **NE-0014-16,** No Effects Determination, ExxonMobil, One year addition to previously approved Lease Suspension, Santa Ynez Unit, Santa Barbara Channel

Dear Mr. Mayerson:

The Coastal Commission staff has received the above-referenced "no effects" determination for the request by ExxonMobil Corp. to be granted permission for additional time to resume oil and gas operations at the Santa Ynez Unit. On December 10, 2015, we authorized a similar request for the previous one-year period (NE-0010-15), which terminates on December 14, 2016. The need for the time extension remains the same - the operations ceased after the U.S. Dept. of Transportation's Office of Pipeline Safety ordered corrections to onshore pipelines Line 901 and 903 in March, 2015, following the Plains All American pipeline spill on Line 901. The pipelines remain unavailable and completion of remedial action plans may extend for at least an additional year. We **agree** with your assessment that this suspension of active oil and gas operations would have no effect on any coastal zone resources, and we therefore **concur** with your "no effects" determination. Please contact Mark Delaplaine at (415) 904-5289 if you have any questions.

Sincerely,

*[signature: Mark D.]*

(for) JOHN AINSWORTH
Acting Executive Director

cc:   Ventura District Office
      ExxonMobil Corp. (Robert Weitzel, Cole Ramsey)
      Santa Barbara County Energy Division (Kevin Drude)