# EXHIBIT E

| | |
|---|---|
| **From:** | Kurtz, Bobby M <Bobby.Kurtz@bsee.gov> |
| **Sent:** | Tuesday, October 22, 2024 11:12 AM |
| **To:** | Laperouse, Stephen |
| **Cc:** | Hesson, Bruce H |
| **Subject:** | Fw: Santa Ynez Unit Leases Database Update |

**CAUTION:** External Sender

Hi Stephen,

Please be advised that BSEE Pacific sent the message below to BOEM Pacific, acknowledging the current status of the 16 Santa Ynez Unit leases.

If you have any questions, please call Nathan Sinkula (805-384-6366) or myself.

Thanks,

**Bobby Kurtz**
*Regional Supervisor*
*Office of Production and Development*
*Pacific OCS Region*
*Bureau of Safety and Environmental Enforcement*
Office: (805)384-6359
Cell:    (805)504-6815

---

**From:** Sinkula, Nathan E <Nathan.Sinkula@bsee.gov>
**Sent:** Tuesday, October 22, 2024 11:09 AM
**To:** Douglas, Lakeisha N <Lakeisha.Douglas@boem.gov>
**Cc:** Kurtz, Bobby M <Bobby.Kurtz@bsee.gov>; Hesson, Bruce H <Bruce.Hesson@bsee.gov>; Ojukwu, Chima <Chima.Ojukwu@boem.gov>
**Subject:** Santa Ynez Unit Leases Database Update

Hi Keisha,

Please update BOEM's lease data in TIMS for the 16 Santa Ynez Unit (SYU) leases to reflect the following:

1

Exhibit E
123

Sable Offshore Corp. completed leaseholding activities, approved by BSEE Pacific. The end of operations date for downhole well-reworking operations on Platform Heritage well HE-23 was reported as October 9, 2024. The appropriate lease operations status code for the 16 SYU leases should be "43" (Unit Lease Held by Workover Operations).

In the absence of additional leaseholding activities or approved lease extensions, the SYU leases will expire on October 9, 2025.

As such, the SYU leases are no longer held by the approved lease extension, issued under 30 CFR 250.180(e). The current approved lease extension was effective through December 13, 2024.

Please give me a call if you have any questions.

Thanks very much,

Nathan Sinkula

*Supervisory Engineer*
*Resource Development Section*
*Office of Production and Development*
*Pacific Outer Continental Shelf Region*
*Bureau of Safety and Environmental Enforcement*
*w: 805-384-6366*
*c:  805-603-7918*

| | |
|---|---|
| **From:** | Kurtz, Bobby M <Bobby.Kurtz@bsee.gov> |
| **Sent:** | Tuesday, January 7, 2025 1:46 PM |
| **To:** | Laperouse, Stephen |
| **Cc:** | Hesson, Bruce H |
| **Subject:** | Fw: Santa Ynez Unit Leases Database Update |

**CAUTION:** External Sender

Hi Stephen,

Please be advised that BSEE Pacific sent the message below to BOEM Pacific, acknowledging the current status of the 16 Santa Ynez Unit leases.

If you have any questions, please call Nathan Sinkula (805-384-6366) or myself.

Thanks,


**Bobby Kurtz**
*Regional Supervisor*
*Office of Production and Development*
*Pacific OCS Region*
*Bureau of Safety and Environmental Enforcement*
Office: (805)384-6359
Cell:   (805)504-6815

---

**From:** Sinkula, Nathan E <Nathan.Sinkula@bsee.gov>
**Sent:** Tuesday, January 7, 2025 1:43 PM
**To:** Douglas, Lakeisha N <Lakeisha.Douglas@boem.gov>
**Cc:** Kurtz, Bobby M <Bobby.Kurtz@bsee.gov>; Ojukwu, Chima <Chima.Ojukwu@boem.gov>; Hesson, Bruce H <Bruce.Hesson@bsee.gov>
**Subject:** Santa Ynez Unit Leases Database Update

Hi Keisha,

Please update BOEM's lease data in TIMS for the 16 Santa Ynez Unit (SYU) leases to reflect the following:

Sable Offshore Corp. completed leaseholding activities, approved by BSEE Pacific.  The end of operations date for downhole well-reworking operations on Platform Heritage well HE-28 was reported as December 9, 2024.  The appropriate lease operations status code for the 16 SYU leases should be "43" (Unit Lease Held by Workover Operations).

In the absence of additional leaseholding activities or approved lease extensions, the SYU leases will expire on December 9, 2025.

Please give me a call if you have any questions.

Thank you,

Nathan Sinkula

*Supervisory Engineer*
*Resource Development Section*
*Office of Production and Development*
*Pacific Outer Continental Shelf Region*
*Bureau of Safety and Environmental Enforcement*
*w: 805-384-6366*
*c:  805-603-7918*