1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | |
| v. | |
| DEBRA HAALAND, et al., | |
| *Defendants*, | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant.* | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR VOLUNTARY REMAND**

Before the Court is Federal Defendants' Motion for Voluntary Remand. Having considered the briefs in support of, and in opposition to, the Motion and for good cause shown, the Court DENIES the Motion.

IT IS SO ORDERED.

Dated: _____, 2025.

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE