# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE** |

1       Before the Court is Federal Defendants', Plaintiffs', and Intervenor-Defendant's Stipulation to Continue Hearing Date. Having considered the Stipulation and supporting Declaration, and for good cause shown, the Court GRANTS the Stipulation.

      The hearing date for Federal Defendants' Motion for Voluntary Remand, Dkt. 37, is hereby continued until 28 days after the date of resolution of Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint, Dkt. 38. Remaining briefing shall be due in accordance with the continued date.

      IT IS SO ORDERED.

Dated: _____, 2025.

                                            _____
                                            HON. MICHELLE WILLIAMS COURT
                                            UNITED STATES DISTRICT JUDGE