LATHAM & WATKINS LLP
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450

Benjamin J. Hanelin (Bar No. 237595)
Email: benjamin.hanelin@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider (*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor (*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant
Sable Offshore Corp.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBRA HAALAND, et al., <br><br> *Defendants*, <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant*. | CASE NO. 2:24-cv-05459-FMO-MAA <br><br> **DECLARATION OF DANIEL P. BRUNTON IN SUPPORT OF SABLE OFFSHORE CORP.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT** <br><br> Hearing <br> Date: February 7, 2025 <br> Time: 1:30 p.m. <br> Judge: Hon. Michelle Williams Court <br> Courtroom: 6A |

## **DECLARATION OF DANIEL P. BRUNTON**

Pursuant to 28 U.S.C. § 1746(2), I, Daniel P. Brunton, hereby declare:

1. I am an attorney licensed to practice law in the State of California, a member of this court, and am Counsel at Latham & Watkins LLP, counsel of record for Intervenor-Defendant Sable Offshore Corp. ("Sable") in the above captioned action. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify thereto.

2. A true and correct copy of the "Categorical Exclusion Review for Sable Offshore Well HE-23 – Reperforations" and "Sable Offshore Well HE-28 – Reperforations" are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

3. A true and correct copy of the applications for permit to modify ("APMs") for Well HE-23 and HE-28 are attached hereto as **Exhibit C** and **Exhibit D**, respectively.

4. The Bureau of Safety and Environmental Enforcement's ("BSEE") approvals of Sable's APMs have been publicly available on the internet since at least October 12, 2024, when I reviewed them on the following website: https://www.bsee.gov/stats-facts/ocs-regions/pacific/pacific-region-completed-applications-for-permit-to-modify-apm.

Dated: January 17, 2025            /s/ *Daniel P. Brunton*
                                                    Daniel P. Brunton