# EXHIBIT C

Exhibit C
11

**U.S. Department of the Interior**
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE023    **ST** 00    **BP** 00    **Type** Development
**Application Status** Approved    **Operator** 03726 Sable Offshore Corp

**Pay.gov Amount:** $145.00    **Agency Tracking ID:** EWL-APM-253736    **Pay.gov Tracking ID:** 27HQJCVF

**General Information**
**API** 043112075100    **Approval Dt** 25-SEP-2024    **Approved By** Carl Lakner
**Submitted Dt** 19-SEP-2024    **Well Status** Completed    **Water Depth** 1075
**Surface Lease** P00182    **Area** SM    **Block** 6683

**Approval Comments**
Conditions of Approval:
1) All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.
2) A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.
3) All pressure containing equipment must be tested to the approved permitted pressure and recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in the approved permit, the equipment in use must be tested at a minimum to the new observed pressure. The appropriate District must be immediately notified of this pressure change and a RPM submitted to document the change.
4) WARS Due BY Wednesdays

**Correction Narrative**

**Permit Primary Type** Enhance Production
**Permit Subtype(s)**
Other Enhance Production

[X] Proposed or [ ] Completed Work

**Operation Description**
Use electricline to add 181' MD of perforations, 51' MD in the MC 10 and 130' MD in the MC 20.

**Procedural Narrative**
See attachment.

**Subsurface Safety Valve**
  **Type Installed**  SCSSV
  **Feet below Mudline**  639
  **Maximum Anticipated Surface Pressure (psi)**  2336
  **Shut-In Tubing Pressure (psi)**
  **Maximum Anticipated Wellhead Pressure (psi)**
  **Shut-In Wellhead Pressure (psi)**  1420

**Rig Information**

| Name | Id | Type | ABS Date | Coast Guard Date |
|---|---|---|---|---|

**Blowout Preventers**

| Preventer | Size | Working Pressure | Test Pressure Low | Test Pressure High |
|---|---|---|---|---|
| Wireline Luber | | 10000 | | 5000 |

U.S. Department of the Interior  
Bureau of Safety and Environmental Enforcement (BSEE)

OMB Control Number 1014-0026

## Application for Permit to Modify (APM)

**Lease** P00182   **Area** SM   **Block** 6683   **Well Name** HE023   **ST** 00   **BP** 00   **Type** Development  
**Application Status** Approved          **Operator** 03726 Sable Offshore Corp

**Date Commencing Work (mm/dd/yyyy)** 01-OCT-2024

**Estimated duration of the operation (days)** 9

**Verbal Approval Information**
| Official | Date (mm/dd/yyyy) |
|---|---|

**Questions**

| Number | Question | Response | Response Text |
|---|---|---|---|
| A | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | YES | H2S Plan Approved. |
| B | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | YES | Hold SYU Lease. |
| C | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | N/A | |
| D | If sands are to be commingled for this completion, has approval been obtained? | N/A | |
| E | Will the completed interval be within 500 feet of a block line? If yes, then comment. | NO | |
| F | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | N/A | |
| G | Will you ensure well-control fluids, equipment, and operations be designed, utilized, maintained, and/or tested as necessary to control the well in foreseeable conditions and circumstances, including subfreezing conditions? | YES | |
| H | Will digital BOP testing be used for this operation? If "yes", state which version in the comment box? | N/A | |

U.S. Department of the Interior                                                                         OMB Control Number 1014-0026
Bureau of Safety and Environmental
Enforcement (BSEE)

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE023    **ST** 00    **BP** 00    **Type** Development
**Application Status** Approved    **Operator** 03726 Sable Offshore Corp

### Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| I | Is this APM being submitted to remediate sustained casing pressure (SCP)? If "yes," please specify annulus in the comment box. If you have been given a departure/denial for SCP, include in the attachments. | NO | |
| J | Are you pulling tubulars and/or casing with a crane? If "YES" have documentation on how you will verify the load is free per API RP 2D. This documentation must be maintained by the lessee at the lessee's field office. | N/A | |
| K | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number comments for this question). | N/A | |
| L | Will you be using multiple size work string/ tubing/coil tubing/snubbing/wireline? If yes, attach a list of all sizes to be used including the size, weight, and grade. | N/A | |
| M | For both surface and subsea operations, are you utilizing a dynamically positioned vessel and/or non-bottom supported vessel at any time during this operation? | NO | |

### ATTACHMENTS

| File Type | File Description |
|---|---|
| pdf | Well HE23 CER |
| pdf | HE23 BSEE APM |

### CONTACTS

**Name** Ben Martin
**Company** Sable Offshore Corp
**Phone Number** 713-859-7391
**E-mail Address** bmartin@sableoffshore.com
**Contact Description** Director of Completions, Sable Offshore Corp.

BSEE FORM BSEE-0124          25-SEP-2024 11:20:22 AM          Page:   3   of   7

Exhibit C
14

U.S. Department of the Interior
Bureau of Safety and Environmental Enforcement (BSEE)

OMB Control Number 1014-0026

## Application for Permit to Modify (APM)

---

CERTIFICATION: I certify that information submitted is complete and accurate to the best of my knowledge.  I understand that making a false statement may subject me to cr

| Name and Title | Date |
|---|---|
| Brian Hansen, Regulatory Advisor | 19-SEP-2024 |

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 11/4 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC 20240.

**U.S. Department of the Interior**
Bureau of Safety and Environmental Enforcement (BSEE)

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE023    **ST** 00    **BP** 00    **Type** Development
**Application Status** Approved          **Operator** 03726 Sable Offshore Corp

**Variances Requested for this Permit**

**U.S. Department of the Interior**
Bureau of Safety and Environmental Enforcement (BSEE)

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE023    **ST** 00    **BP** 00    **Type** Development
**Application Status** Approved    **Operator** 03726 Sable Offshore Corp

### Existing Variances

No previously approved variances exist for this permit

**U.S. Department of the Interior**
Bureau of Safety and Environmental Enforcement (BSEE)

## Application for Permit to Modify (APM)

**Lease** P00182    **Area** SM    **Block** 6683    **Well Name** HE023    **ST** 00    **BP** 00    **Type** Development
**Application Status** Approved        **Operator** 03726 Sable Offshore Corp

**Reviews**

| | |
|---|---|
| Review: | APM - District Production Engineering Review |
| Sent: | 20-SEP-24 |
| Review Started: | 25-SEP-24 |
| Review Finished: | 25-SEP-24 |
| Info Adequate: | Y |
| Review Remarks: | |
| Review: | Determination of NEPA Adequacy |
| Sent: | 20-SEP-24 |
| Review Started: | 20-SEP-24 |
| Review Finished: | 20-SEP-24 |
| Info Adequate: | Y |
| Review Remarks: | |