UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>    *Defendants*,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>    *Intervenor-Defendant*. | CASE NO. 2:24-cv-05459-MWC-MAA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT** |

1

1  Having considered Plaintiffs' Motion for Leave to file First Supplemental
2  and Amended Complaint (Dkt. 38), Sable Offshore Corp.'s Opposition to such
3  Motion, and any argument thereto, the Plaintiffs' Motion for Leave to file First
4  Supplemental and Amended Complaint is **DENIED**.  Plaintiffs are denied
5  amendment for all purposes in this action.
6  **IT IS SO ORDERED.**

Dated: _____    _____
Judge Michelle Williams Court
United States District Court