LISA L. RUSSELL, Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:       daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| *Plaintiffs*, | Case No. 2:24-cv-05459-MWC-MAA |
| v. | |
| WALTER CRUICKSHANK, in his official capacity as Acting Secretary of the Interior,[1] et al., | **REQUEST FOR LEAVE TO APPEAR AT HEARING REMOTELY** |
| *Federal Defendants* | |
| and | |
| SABLE OFFSHORE CORP., | Honorable Michelle Williams Court |
| *Intervenor-Defendant.* | United States District Judge |

---

[1] Under Federal Rule of Civil Procedure 25(d), Mr. Cruickshanks is automatically substituted for Debra Haaland, formerly Secretary of the Interior.

Federal Defendants respectfully request leave for counsel to appear remotely at the hearing on Plaintiffs' pending Motion for Leave to File First Supplemental and Amended Complaint, which is noticed for February 7, 2025, at 1:30 p.m. ECF No. 38 at i. In support of this request, Federal Defendants state as follows:

Federal Defendants have taken no position on Plaintiffs' motion, ECF No. 41 at 1, and do not intend to offer argument at the hearing, Decl. of Daniel C. Luecke in Support of Application to Appear Remotely ¶ 3, ECF No. 45-1. Counsel for Federal Defendants is located in Washington, D.C. *Id.* at ¶ 5. Consequently, because it would conserve significant resources without negatively impacting the proceedings, there is good cause to grant Federal Defendants' request for leave to appear at the hearing remotely.

Counsel for Federal Defendants corresponded with counsel for Plaintiffs and Intervenor-Defendant regarding this request on January 27, 2025. *Id.* at ¶ 6. None of the other parties oppose this request. *Id.*

For these reasons, Federal Defendants respectfully request that the Court grant this request.

Dated: January 30, 2025

LISA L. RUSSELL,
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney (CA Bar 326695)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 598-7863 | (202) 305-0506 (fax)

daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*