UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> WALTER CRUICKSHANK, in his official capacity as Acting Secretary of the Interior,[1] et al., <br><br> *Federal Defendants* <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO APPEAR AT HEARING REMOTELY** <br><br><br> Honorable Michelle Williams Court <br> United States District Judge |

---

[1] Under Federal Rule of Civil Procedure 25(d), Mr. Cruickshanks is automatically substituted for Debra Haaland, formerly Secretary of the Interior.

      Before the Court is Federal Defendants' Request For Leave to Appear at Hearing Remotely. Having considered the request, and for good cause shown, the Court GRANTS the request.

      Counsel for Federal Defendants is permitted to appear remotely at the hearing on Plaintiffs' pending Motion for Leave to File First Supplemental and Amended Complaint. Further instructions shall be issued closer to the date of the hearing.

      IT IS SO ORDERED.

Dated: _____, 2025.

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE