# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WALTER CRUICKSHANK, in his official capacity as Acting Secretary of the Interior,[1] et al.,<br><br>    *Federal Defendants*<br><br>    and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**ORDER RE REQUEST FOR LEAVE TO APPEAR AT HEARING REMOTELY**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

---

[1] Under Federal Rule of Civil Procedure 25(d), Mr. Cruickshanks is automatically substituted for Debra Haaland, formerly Secretary of the Interior.

Before the Court is Federal Defendants' Request for Leave to Appear at Hearing Remotely. Dkt. # 45. On January 29, 2025, the Court granted Plaintiff's motion for leave to file first supplemental and amended complaint. Dkt. # 46. Thus, the motion's hearing was taken off calendar, and this request to appear remotely is **MOOT**.

IT IS SO ORDERED.

Dated: January 30, 2025.

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE