Name and address:

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA  94612
miyoko@biologicaldiversity.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| Center for Biological Diversity et al., | | |
| v. | PLAINTIFF(S) | 2:24-cv-05459-MWC-MAA |
| Haaland et al., | | **NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION** |
| | DEFENDANT(S) | |

## INSTRUCTIONS

_Attorneys with pending cases:_

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in <u>each</u> of your pending cases.  Doing so will satisfy your notice obligation under Local Rule 83-2.4.  <u>In addition</u>, if you are registered to use the Court's electronic filing system, you must log in to your PACER account and update your information online.  _See_ Local Rule 5-4.8.1.  For instructions, visit www.cacd.uscourts.gov/e-filing/updating-your-contact-information.

_Attorneys with no pending cases:_

If you are registered to use the Court's electronic filing system, but have no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your PACER account and update your information online (see www.cacd.uscourts.gov/e-filing/updating-your-contact-information).  Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are _not_ registered to use the Court's electronic filing system, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and email it to "email_update@cacd.uscourts.gov" with the subject line "Attention: Attorney Admission Clerk."  Doing so satisfies your notice obligation under Local Rule 83-2.4.

_Please note:_

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation.  If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

## SECTION I - IDENTIFYING INFORMATION

Name: Miyoko Sakashita

Current email address of record:  miyoko@biologicaldiversity.org

Check one:    ☑ Member of the Central District Bar; CA Bar No: 239639          ☐ Admitted _pro hac vice_

Counsel of record for (if filing in a pending case):    Plaintiffs Center for Biological Diversity and Wishtoyo Foundation

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO            ☐ USAO (specify):   ☐ Civil Division    ☐ Criminal Division

☐ Los Angeles          ☐ Santa Ana          ☐ Riverside

**SECTION II - UPDATED INFORMATION**

☐ I need to update the email address associated with my records.  My new primary email address is:

_____

*Note:  if you need to update the secondary email address(es) associated with your account, you must log in and makes those changes yourself.*

☑ I need to update other business or contact information.  Please replace my current contact information with the following new information:

Attorney's name changed to: _____

Name of new firm or government agency: _____

New address:  2100 Franklin St., Suite 375;  Oakland, CA  94612 _____

New telephone number: _____     New fax number: _____

New email address *(for non-e-filers)*: _____

**SECTION III - APPLICATION TO CLOSED CASES**

If you are registered to use the Court's e-filing system, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in PACER.  If you are <u>not</u> registered, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

☐ Update my information in all cases (including closed cases) in which I am listed as counsel of record.

☐ Update my information in only the following cases *(include case name and number; attach additional pages if necessary)*:

_____

_____

_____

_____

**SECTION IV - REGISTERING TO USE THE COURT'S E-FILING SYSTEM**

If you have not yet registered to use the Court's e-filing system, you may do so at www.pacer.gov.  Click "Manage My Account" in the upper right corner of the screen, log in using your individual upgraded PACER account, and select the "Maintenance" tab.  Select "Attorney Admissions/E-File Registration," choose "U.S. District Courts" and the Central District of California from the dropdown menus, click on the "E-File Registration Only" button, and follow the instructions.  Your request will be submitted to the Central District.  If approved, you will be notified that your e-filing privileges have been activated.

**SECTION V  - SIGNATURE**

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date:  February 5, 2025 _____          Signature:  s/ Miyoko Sakashita _____