LISA L. RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:   daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM,[1] et al.,<br><br>*Federal Defendants*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant*. | Case No. 2:24-cv-05459-MWC-MAA<br><br>**JOINT STATUS REPORT**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

---

[1] Under Federal Rule of Civil Procedure 25(d), Mr. Burgum is automatically substituted for Debra Haaland, formerly Secretary of the Interior.

1       Federal Defendants, Plaintiffs, and Intervenor-Defendant ("Parties"),
2 consistent with the Court's Order, ECF No. 42, have conferred on this matter and
3 provide the following status report:
4       Due to the recent change in administration on January 20, 2025, there is new
5 Department of the Interior leadership. Those new agency officials are currently in
6 the process of onboarding and familiarizing themselves with the issues presented in
7 this case. Because that process is still ongoing, Federal Defendants are not
8 prepared at this time to propose additional briefing deadlines regarding voluntary
9 remand.
10       To provide new leadership with sufficient time to familiarize themselves
11 with these issues and determine how they wish to proceed, the government
12 respectfully requests that the Court provide Federal Defendants 15 additional days
13 to determine whether to continue pursuing a voluntary remand or take some other
14 course of action. This will promote the efficient and orderly disposition of this
15 case, including by ensuring that any further briefing on voluntary remand before
16 this Court will reflect the views of current agency leadership. Plaintiffs and
17 Intervenor-Defendant do not oppose providing Federal Defendants an addition 15
18 days to determine their course of action regarding voluntary remand.
19       The Parties therefore propose filing another joint status report addressing
20 potential briefing deadlines regarding voluntary remand in 15 days, on February
21 21, 2025.

Dated: February 6, 2025        LISA L. RUSSELL
                                            Deputy Assistant Attorney General
                                            U.S. Department of Justice
                                            Environment and Natural Resources Division

/s/ *Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney (CA Bar 326695)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 598-7863 | (202) 305-0506 (fax)
daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

/s/ *Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiffs*

LATHAM & WATKINS LLP
/s/ *Janice M. Schneider*
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450
Benjamin Hanelin (Bar No. 237595)
Email: benjamin.hanelin@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560

Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider
(Pro Hac Vice)
Email: janice.schneider@lw.com
Devin M. O'Connor
(Pro Hac Vice)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*