LISA L. RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:        daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**STIPULATION TO EXTEND FEDERAL DEFENDANTS' RESPONSE DEADLINE FOR FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

Federal Defendants, Plaintiffs, and Intervenor-Defendant ("Parties"), having conferred on this matter, respectfully move under Federal Rule of Civil Procedure 6(b) to extend Federal Defendants' deadline to respond to Plaintiffs' First Supplemental and Amended Complaint by 14 days. Under Federal Rule of Civil Procedure 15(a), Federal Defendants' response deadline is currently February 13, 2025. The new response deadline would be February 27, 2025. In support, the Parties state as follows:

As explained in the Parties' Joint Status Report, ECF No. 51, new agency officials at the Department of the Interior are currently in the process of onboarding and familiarizing themselves with the issues presented in this case. Given the change in Administration, Federal Defendants need to give the appropriate officials adequate time to review Plaintiffs' new allegations and draft an appropriate response. There is therefore good cause for the requested extension.

For these reasons, the Parties respectfully request that the Court grant the requested extension.

Dated: February 11, 2025

LISA L. RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney (CA Bar 326695)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 598-7863 | (202) 305-0506 (fax)
daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

1

/s/ *Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste 375
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiffs*


LATHAM & WATKINS LLP
/s/ *Janice M. Schneider*
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450
Benjamin Hanelin (Bar No. 237595)
Email: benjamin.hanelin@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider
(Pro Hac Vice)
Email: janice.schneider@lw.com
Devin M. O'Connor
(Pro Hac Vice)
Email: devin.o'connor@lw.com

2

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*

**CERTIFICATION OF CONCURRENCE**

In accordance with Local Rule 5-4.3.4, I hereby attest that I conferred with the signatories to this stipulation, who expressed their concurrence.

/s/ *Daniel C. Luecke*
Counsel for Federal Defendants