1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, WISHTOYO FOUNDATION, | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND FEDERAL DEFENDANTS' RESPONSE DEADLINE FOR FIRST SUPPLEMENTAL AND AMENDED COMPLAINT** |
| DOUG BURGUM, et al., | |
| *Federal Defendants* | |
| and | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant.* | Honorable Michelle Williams Court United States District Judge |

     Before the Court is the Parties' Stipulation to Extend Federal Defendants' Response Deadline for First Supplemental and Amended Complaint. Having considered the request, and for good cause shown, the Court GRANTS the stipulation.

     Federal Defendants deadline to respond to Plaintiffs' First Supplemental and Amended Complaint is extended by 14 days from February 13, 2025, to February 27, 2025.

     IT IS SO ORDERED.

Dated: _____, 2025.

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE