<pre>
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT CALIFORNIA
12                          WESTERN DIVISION
13
     CENTER FOR BIOLOGICAL           )
14   DIVERSITY, WISHTOYO             )
     FOUNDATION,                     )
15                                   )  Case No. 2:24-cv-05459-MWC-
                  Plaintiffs,        )  MAA
16                                   )
17         v.                        )
                                     )  ORDER GRANTING
18   DOUG BURGUM, et al.,            )  STIPULATION TO EXTEND
                                     )  FEDERAL DEFENDANTS'
19            Federal Defendants     )  RESPONSE DEADLINE FOR
                                     )  FIRST SUPPLEMENTAL
20         and                       )  AND AMENDED
                                     )  COMPLAINT
21   SABLE OFFSHORE CORP.,           )
22                                   )
              Intervenor-Defendant.  )
23                                   )
                                     )  Honorable Michelle Williams
24                                   )  Court
25                                   )  United States District Judge
26
27
</pre>

Before the Court is the Parties' Stipulation to Extend Federal Defendants' Response Deadline for First Supplemental and Amended Complaint. Having considered the request, and for good cause shown, the Court **GRANTS** the stipulation.

Federal Defendants deadline to respond to Plaintiffs' First Supplemental and Amended Complaint is extended by 14 days from February 13, 2025, to **February 27, 2025**.

IT IS SO ORDERED.

Dated: February 12, 2025.

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

1