LISA L. RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:         daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**JOINT STATUS REPORT**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

Federal Defendants, Plaintiffs, and Intervenor-Defendant ("Parties"), consistent with the Court's Order, Dkt. 52, have conferred on this matter and provide the following status report:

On December 20, 2024, Federal Defendants moved for voluntary remand of Plaintiffs' two Administrative Procedure Act ("APA") claims in this case. Dkt. 37. On January 3, 2025, Plaintiffs moved to amend and supplement their original complaint to add two new claims under the National Environmental Policy Act ("NEPA") and the APA. Dkt. 38.

On January 17, 2025, the Court took the hearing for Federal Defendants' motion for voluntary remand, previously noticed for January 31, 2025, off the calendar. Dkt. 42. The Court also ordered the Parties to file a joint status report 7 days after resolution of the Plaintiffs' motion for leave to file first supplemental and amended complaint to "advise the Court on proposed motion to remand briefing deadlines." *Id.* The Court granted the Plaintiffs' motion on January 29, 2025, and the order was entered on ECF the following day. Dkt. 46. On February 7, 2025, the Parties filed a joint status report and requested that the Federal Defendants be provided "15 additional days to determine whether to continue pursuing a voluntary remand or take some other course of action." Dkt. 51. The Court granted the Parties' request. Dkt. 52.

Having conferred on this matter, the Parties propose the following deadlines for further briefing on voluntary remand:

Federal Defendants shall file their reply in support of their December 20, 2024, motion for voluntary remand by **March 7, 2025**.

A hearing on Federal Defendants' motion for voluntary remand shall be noticed for **March 21, 2025**, or such later date as the Court deems appropriate.

1

Dated: February 21, 2025

LISA L. RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney (CA Bar 326695)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 598-7863 | (202) 305-0506 (fax)
daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiffs*

LATHAM & WATKINS LLP
*/s/ Janice M. Schneider*
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130

Tel.: (858) 523-5400
Fax: (858) 523-5450
Benjamin Hanelin (Bar No. 237595)
Email: benjamin.hanelin@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider
(Pro Hac Vice)
Email: janice.schneider@lw.com
Devin M. O'Connor
(Pro Hac Vice)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*