UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV24-05459-MWC-MAA | Date | March 21, 2025 |
| Title | Center For Biological Diversity, et al. v. Debra Haaland, et al. | | |

Present: The Honorable   MICHELLE W. COURT, United States District Judge

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kristen Monsell | Daniel Luecke |
| | Intervenor Defendant: |
| | Daniel Brunton |
| | Janice Schneider |

**Proceedings:   FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND (DKT. 37)**

The motion hearing is held. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

00:40

**Initials of Preparer**   TJ