ADAM R.F. GUSTAFSON
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:       daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION, | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | |
| v. | **NOTICE OF LODGING OF SUPPLEMENTAL ADMINISTRATIVE RECORD** |
| DOUG BURGUM, et al., | |
| *Federal Defendants*, | |
| and | |
| SABLE OFFSHORE CORP. | |
| *Intervenor-Defendant*. | |

1  Federal Defendants hereby give notice that they lodged with the Court, on
2  April 25, 2025, two flash drives each containing the Supplemental Administrative
3  Record for the above captioned case. The Record was sent to the Court via
4  overnight FedEx carrier service. Federal Defendants are also providing the Record
5  to Plaintiffs and Intervenor-Defendants to be downloaded via a link.
6  The documents have been recorded in PDF format on the USB thumb drives.
7  To the extent a user alters the files, the altered files will no longer reflect the
8  information used by the agency to make the decision challenged in this case and
9  will be extra-record evidence. The files on the USB thumb drives have been
10 consecutively Bates stamped. Also included on the drives is an index to the
11 Supplemental Administrative Record and certification of the Record, and both of
12 these documents are also attached to this notice.

14 Respectfully submitted this 25th day of April 2025.

16 ADAM R.F. GUSTAFSON
   Assistant Attorney General
17 U.S. Department of Justice
18 Environment and Natural Resources Division

   /s/ Daniel C. Luecke
20 DANIEL C. LUECKE
   Trial Attorney (CA Bar 326695)
21 Natural Resources Section
22 P.O. Box 7611, Ben Franklin Station
   Washington, D.C. 20044
23 (202) 598-7863 | (202) 305-0506 (fax)
24 daniel.luecke@usdoj.gov

   *Counsel for Federal Defendants*

1