# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>DOUG BURGUM, et al.,<br><br>   *Defendants,*<br><br>  and<br><br>SABLE OFFSHORE CORP.,<br><br>   *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**[PROPOSED] ORDER** |

  Upon consideration of the Parties' Joint Stipulation to Amend the Scheduling Order, it is hereby ORDERED that the following schedule shall govern this case:

| | |
|---|---|
| Plaintiffs' motion for summary judgment | May 2, 2025 |

1

| | |
|---|---|
| Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | May 30, 2025 |
| Intervenor-Defendant's combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | May 30, 2025 |
| Plaintiffs' combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment | June 13, 2025 |
| Deadline to Complete Settlement Conference with Settlement Officer Timothy V.P. Gallagher | June 20, 2025 |
| Federal Defendants' reply in support of their cross-motion for summary judgment | June 27, 2025 |
| Intervenor-Defendant's reply in support of its cross-motion for summary judgment | June 27, 2025 |
| Hearing on cross-motions for summary judgment | July 11, 2025 |

The requirements of Local Rule 56-1 to 56-4 regarding the filing of a separate "Statement of Uncontroverted Facts" and responses thereto shall not apply to this administrative record review case.

**IT IS SO ORDERED.**

Dated: _____

Judge Michelle Williams Court
United States District Court