**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | **DECLARATION OF MATI WAIYA** |
| v. | |
| DOUG BURGUM, et al., | |
| *Defendants*, | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant.* | |

I, Mati Waiya, hereby declare as follows,

1. I have personal knowledge of the statements in this declaration and, if called as a witness, I could and would competently testify to these matters under oath. Statements expressing an opinion reflect my own personal view and judgment on the matter.

1

2.  I am a Chumash Ceremonial Elder from the Chumash Mishkanaka Clan, also known as the Turtle Clan. I am also the elected Chairman of the Coastal Band of the Chumash Nation.

3.  I founded the Wishtoyo Foundation in 1997 with two main goals: (1) to preserve and protect Chumash culture, the culture of all first nations peoples, and natural resources essential for everyone, and (2) to educate and instill in youth environmental values, awareness, and stewardship. I have served as the Executive Director of Wishtoyo since founding it. My responsibilities include directing the organization's activities and operations.

4.  Wishtoyo is a nonprofit corporation organized under the laws of California with over 200 sustaining members. Our headquarters and primary meeting places are the Wishotyo Chumash Village in Malibu and our Saticoy office in Ventura.

5.  Wishtoyo's mission is to protect and preserve Chumash culture, the culture of all indigenous peoples, and the natural resources upon which all people depend.

6.  Wishtoyo has a long record of working to protect and restore the Santa Barbara Channel, Pacific Ocean, and our beaches and shores. For example, we have brought numerous federal Clean Water Act cases in Los Angeles and Ventura counties to protect the ocean, its marine life, and its cultural resources from pollution. We have advocated in state and federal forums for adequate protections to prevent future oil spills along the Gaviota Coast, Santa Barbara Channel, and inland and coastal waters. We were involved in the Marine Life Protection Act initiative in several ways, including helping establish Marine Protected Areas in the Santa Barbara Channel, Malibu area, and throughout the South Coast Region; publishing a white paper on the importance of implementing tribal co-management

components to protect ecological and cultural values; and running the Chumash Tribal Marine Protected Area education program for K-12 students. Wishtoyo also provides a program to certify participants under the California Naturalist Program with a focus on indigenous traditional knowledge and marine science, and we host annual coastal cleanup days at various locations. In one of the organization's most important annual events, we partner with other groups and community members to organize an ocean voyage to Limu, which is Chumash homeland and part of the Channel Islands, using a traditional Chumash planked canoe called a tomol.

7. The Pacific and marine animals are an integral part of Chumash culture. Numerous Chumash ceremonial practices rely on the presence of native wildlife, including dolphins, whales, sea lions, sea turtles, sea otters, pelicans, and black abalone. Dolphins are particularly revered in Chumash culture, considered to be our brothers and sisters through our oral traditions and teachings.

8. The decisions to extend oil and gas leases and to issue permits to restart and enhance production in the Santa Ynez Unit has direct, severe implications for Wishtoyo's interests—putting sensitive ecosystems, marine animals, and the Chumash people's cultural resources at great risk of harm from air pollution, water pollution, oil leaks and spills. The 2015 Refugio oil spill is a tragic example of this fact, showing just how devastating a major oil spill can be to our coastal environment and Chumash people. The spill, which dumped more than 450,000 gallons of oil into the ocean, killed hundreds of marine animals, including dozens and dozens of dolphins. We mourned the loss of each one—feeling their death like the passing of our spiritual relatives. Additionally, given the contaminated ocean, beaches, and shorelines, we could not gather coastal resources for food, cultural practices, or ceremonies for an extended time. The spill also

prevented us from holding our annual tomol voyage across the Santa Barbara Channel to Limu and the tomol village visits up and down the coast.

9. Wishtoyo works to ensure a traumatic event like the 2015 Refugio disaster is never repeated, but the lease extensions and permits at issue in this case make it much more likely another oil spill will occur—causing long-lasting, catastrophic impacts. Offshore drilling from these old, decaying oil rigs increases the risk of spills with each passing day. The fact there was no environmental or cultural review of the impacts makes these matters worse still.

10. Restarting oil drilling in the Santa Ynez Unit will harm the landscape of the Pacific Ocean and Santa Barbara Channel and disrupt the cultural systems and understandings essential for Chumash lifeways. The longer this oil drilling remains in the ocean and the longer drilling continues, the longer we will have our views of the Santa Barbara Channel ruined by these drilling platforms, lights, and ships. Our health and wellbeing will continue to be at risk when taking a tomol out for our annual tomol voyage, which starts at 3:00 am, unable to experience the ocean waters without fear of being hit by vessels connected to drilling operations. We will not be able to connect with our ancestors while watching dolphins and whales from the beach, because we will see oil production operations and know the death associated with them. The lease extensions and drilling permits for the Santa Ynez Unit therefore harm the natural and cultural resources on which we rely, and those on which I rely as a Chumash ceremonial elder.

11. Wishtoyo's interests would be protected by the relief requested in this lawsuit because the Court could require the federal government to carefully consider the impacts of its decision on Chumash tribes, bands, and clans that have a long history of interaction with the marine waters of the Pacific Ocean and the Santa Barbara Channel, from Point Conception to Malibu and out to and around

4

the Channel Islands, and we rely on these waters and their natural resources to support and maintain Chumash traditional practices, ways of life, and ancestral connections. Chumash people and Wishtoyo have a strong cultural interest in the protection of these coastal resources. We use the Pacific Ocean, Santa Barbara Channel, Channel Islands, and surrounding beaches and shorelines for ceremonial and educational purposes, to connect with and celebrate our ancestors and cultural heritage, and to gather natural cultural resources.

12. My interests would also be protected because I personally rely on the Pacific Ocean, Santa Barbara Channel, and Channel Islands to maintain my traditional practices and lifeways. I gather and will continue to gather shells, pelican bones, and other marine life for cultural practices. I participate and will continue to participate in the annual tomol voyage to Limu, and I find great pride and pleasure in knowing our Chumash brothers and sisters can navigate traditional tomols across the Santa Barbara Channel and visit our native homelands. I also enjoy and will always enjoy viewing dolphins and other marine species living in the Santa Barbara Channel, because they remind me of my ancestors and connect me to my Chumash culture. Knowing the remains of ancient villages and resting places of our Chumash ancestors are not at risk of water and air pollution and harm from oil spills and leaks would bring me peace.

13. Taking action to stop the harms to the Pacific Ocean and the Santa Barbara Channel caused by these federal lease extensions, permits, and lack of environmental review will help Wishtoyo's mission of defending the Pacific Ocean, its marine species, and cultural resources for the benefit of coastal communities and Chumash culture. We have to prevent the damage caused by these actions to make sure oil and gas drilling at the Santa Ynez Unit does not

harm my cultural and ceremonial practices as well as my enjoyment of the Pacific Ocean and healthy marine animals and ecosystems.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2025

_____
Mati Waiya