**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | **DECLARATION OF TEVIN SCHMITT** |
| v. | |
| DOUG BURGUM, et al., | |
| *Defendants*, | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant.* | |

I, Tevin Schmitt, hereby declare as follows,

    1.    I have personal knowledge of the statements in this declaration and, if called as a witness, I could and would competently testify to these matters under oath. Statements expressing an opinion reflect my own personal view and judgment on the matter.

1

2. I have been a member of the Wishtoyo Foundation since the summer of 2014, after I took an environmental law and policy course taught by Wishtoyo's previous senior counsel, Jason Weiner, at California State University Channel Islands ("CSU Channel Islands"). I became a member of the Wishtoyo Foundation because I whole-heartedly believe in the organization's mission, the visionary passion of Mati Waiya, Wishtoyo's dedication to protecting cultural keystone species and their habitats, and the centering of traditional ecological knowledge in their environmental advocacy. Wishtoyo's mission is to protect and preserve Chumash culture, the culture of all indigenous peoples, and the natural resources upon which all people depend.

3. I am also the Watershed Scientist for the Wishtoyo Chumash Foundation. I have held this position since January 2019. As Watershed Scientist, my responsibilities include managing the organization's watershed monitoring program, our paid internship program, providing expert support for our environmental litigation, managing our lab space for wet chemistry at CSU Channel Islands, managing our environmental justice advocacy campaigns, and providing assistance for our cultural and environmental education programs.

4. I graduated from CSU Channel Islands with a Bachelor of Science in environmental science and resource management in 2016. This program included a rigorous senior capstone project that includes two semesters of courses, data collection and analysis, presentation at a research conference on campus, and a final thesis. For this academic undertaking, I studied invertebrate population ecology of the sandy beaches of Southern California. My capstone included data collection of 31 sandy beaches from Zuma Beach in LA County to Gaviota State Beach in Santa Barbara County. My data collection and thesis included the analysis of invertebrate infauna populations of El Capitan and Refugio State Beaches. I was

collecting data for my capstone project at the time of the 2015 oil spill at Refugio State Beach. I was at El Capitan State Beach, about 3 miles down coast from the spill location, when oil started to wash up on the beach. I will never forget the immense pain and anger I felt watching the ecosystems I am most passionate about covered with crude oil. The memory of the smell, while I witnessed the beach turn black with oil, still haunts me.

5. During this time, I was also invited to take part in the California State University system's interdisciplinary research course and symposium, culminating in the publication of my research and a presentation of my research at a conference. Shortly following the 2015 oil spill, I continued to work as a research assistant in Dr. Sean Anderson's Pacific Institute for Restoration Ecology (PIRatE) lab for the summer. I collected hundreds of berried pacific mole crab (*Emerita analoga*) specimens to conduct ecotoxicology research connected to the oil spill. My research found that the oil from the 2015 spill caused significant developmental impacts and delays for pacific mole crab larval development. This species is the primary food source for migratory shorebirds that rely on the California coast for food along their migration to arctic breeding habitats.

6. Since my time at CSU Channel Islands, I have been an avid birder. I am a member of the Ventura Audubon Society and regularly volunteer for their events and lead educational hikes to teach the public about local ecology and bird identification. One of my favorite hobbies is going to beaches, wetlands, nature preserves, parks, and forests to watch, photograph, and appreciate birds. I feel a deep connection with all wildlife, but birds are incredibly fascinating to me. I am enthralled by the evolution of flight, the mastery of terrestrial and marine ecological niches, and their song. It is estimated that the 2015 oil spill killed at least 558 birds. This is just from the direct oiling of sea birds and does not include

the indirect and long-lasting ecological impacts of an oil spill. Impacts to reproduction success of invertebrates like the pacific mole crab and hundreds of marine fish species undoubtedly caused severe impacts to the entire food web of the near shore and coastal environments of southern California.

7. I am planning on continuing to lead field trips for the Ventura Audubon Society and will likely be leading a hike this upcoming fall at Emma Wood State Beach, Ormond Beach/Wetlands, or the Santa Clara River Estuary/McGrath State Beach. All of these beaches were impacted by the 2015 oil spill, and I am concerned that the restart of oil transportation and the operations of the Santa Ynez Unit may cause another spill that will impact these areas. As Watershed Scientist for the Wishtoyo Foundation, I collect water quality data nearly monthly from the Santa Clara River Estuary and train our interns on bird identification, estuarine ecology, and sandy beach ecology. Any future threats to the Santa Clara River estuary would have a significant impact on my enjoyment of this sensitive habitat, and my ability to perform my duties as Watershed Scientist. I also host Wishtoyo's efforts in supporting the Snapshot Calcoast program, a statewide initiative to collect biodiversity data along California's coastline. Wishtoyo hosts one to two "bio blitzes" to support this program in the early summer of every year at locations like the Wishtoyo Chumash Village/Nicholas Canyon Beach, Santa Clara River Estuary, Goleta Beach, or Coal Oil Point. These "bio blitzes" involve volunteers, members, and Wishtoyo staff using the iNaturalist application to collect biodiversity data at various beaches and coastal ecosystems in the Chumash homelands. These events are fun for all ages and individuals with an interest in biological diversity and natural cultural resources. All of the beaches where Wishtoyo has hosted bio blitzes for Snapshot Calcoast experienced oiling from the 2015 spill, and I am concerned that the heightened risk of a future spill if

restart moves forward with proper review threatens these sensitive and ecologically significant beaches.

8. I live on a property in the mountains above Carpinteria, CA with a view of the ocean and Santa Barbara Channel. My partner and I regularly take walks with our dog at Carpinteria Bluffs to observe birds and the harbor seal rookery at this park. We will continue to use these publicly available trails for wildlife and scenery viewing, and the increased risk of an oil spill from the restart of the Santa Ynez Unit operations threatens our continued enjoyment of this public resource.

9. I am concerned that the Bureau of Safety and environmental Enforcement (BSEE) avoided necessary environmental review with the use of arbitrary categorical exclusions, rubber stamping the lease extensions and permits for decrepit oil and gas facilities that threaten our coastal and marine environments. In my opinion, actions like this betray public trust in federal agencies and threaten public safety. One of my responsibilities as Wishtoyo's Watershed Scientist is to understand the risks of restarting oil extraction and operations of the Santa Ynez Unit. I am appalled that there were no environmental review or mitigation measures considered for the sensitive environmental and cultural resources of the region, including the newly designated Chumash Heritage National Marine Sanctuary and the marine protected areas around the Channel Islands. I believe that it is BSEE's responsibility to conduct a full analysis on potential impacts of the restart of oil production from three aging oil rigs that use old offshore and onshore pipeline systems, and other facilities associated with the Santa Ynez Unit. This analysis of impacts should also include the increased risk of an oil spill and related environmental impacts. I believe that these approvals increase the probability of

another oil spill, either along the Gaviota Coast, or within one of the coastal watersheds that support sensitive species and their habitats.

10. BSEE's actions will extend the life of the increasingly aged and decrepit oil infrastructure in incredibly sensitive marine and coastal habitats. The prolonged oil development and drilling in the Santa Ynez Unit increases greenhouse gas emissions, causes adverse impacts to the unique landscape of the Santa Barbara coast, and threatens sensitive coastal wetlands, salt marshes, near shore marine environments, and sandy beaches of southern California. The restart of oil production and transportation through the offshore and onshore pipelines connected to the Santa Ynez Unit threatens our communities, my enjoyment of our beaches, my bird watching hobbies, volunteer events, and my psychological wellbeing.

11. A decision that supports the plaintiffs in this case would help protect my interests, passions, volunteer efforts, my ability to conduct my responsibilities as Watershed Scientist, and hobbies. Relief from the court would ensure that agencies properly review and mitigate impacts from future projects and secure the public's right to provide input on these agency actions.

12. Taking action to mitigate or halt the harms to southern California's sensitive coastline and Pacific Ocean caused by the lack of proper environmental review will reduce the impacts that the operations of the Santa Ynez Unit have on my personal and professional interests and passions.

I declare under penalty of perjury that the foregoing is true and correct.

1  Executed on May 1, 2025

_____
Tevin Schmitt

7