| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Daniel P. Brunton (Bar No. 218615) |
| 2 | Email: daniel.brunton@lw.com |
| | 12670 High Bluff Drive |
| 3 | San Diego, CA 92130 |
| | Tel.: (858) 523-5400 |
| 4 | Fax: (858) 523-5450 |
| 5 | Michael G. Romey (Bar No. 137993) |
| | Email: michael.romey@lw.com |
| 6 | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071-1560 |
| 7 | Tel.: (213) 485-1234 |
| | Fax: (213) 891-8763 |
| 8 | |
| 9 | Janice M. Schneider (*Pro Hac Vice*) |
| | Email: janice.schneider@lw.com |
| 10 | Devin M. O'Connor (*Pro Hac Vice*) |
| | Email: devin.o'connor@lw.com |
| 11 | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004-1304 |
| 12 | Tel.: (202) 637-2200 |
| | Fax: (202) 637-2201 |
| 13 | *Attorneys for Intervenor-Defendant Sable Offshore Corp.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CASE NO. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | **NOTICE OF DESIGNATION OF NEW LOCAL COUNSEL** |
| v. | Judge: Hon. Michelle Williams Court |
| DOUG BURGUM, et al., | Courtroom: 6A |
| *Defendants*, | |
| and | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant*. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

CASE NO. 2:24-cv-05459-MWC-MAA
NOTICE OF DESIGNATION OF
NEW LOCAL COUNSEL

Intervenor-Defendant Sable Offshore Corp. hereby provides notice that Michael G. Romey will henceforth serve as designated local counsel for the *pro hac vice* applications for Janice M. Schneider and Devin M. O'Connor, substituting for Benjamin J. Hanelin. Mr. Romey is a member in good standing of the Bar of this Court and maintains an office within this District.

Dated: May 20, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Michael G. Romey*
Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450

Janice M. Schneider
(*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor
(*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*