ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:       daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION, | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | |
| v. | **FEDERAL DEFENDANTS' NOTICE OF RECENT DEVELOPMENTS** |
| DOUG BURGUM, et al., | |
| *Federal Defendants* | |
| and | Honorable Michelle Williams Court |
| SABLE OFFSHORE CORP., | United States District Judge |
| *Intervenor-Defendant.* | |

In an abundance of caution, Federal Defendants respectfully submit this notice to inform the Court of certain statements in prior filings that, based on recent events, may no longer be accurate.

On May 19, 2025, the undersigned counsel learned that Sable had restarted production at the Santa Ynez Unit. At this time, the Bureau of Safety and Environmental Enforcement ("BSEE") has not received notice from the California State Fire Marshal Office's Pipeline Division that Sable is approved to operate the onshore pipeline segments 901/903.[1] Federal Defendants understand that Sable is now producing to onshore storage tanks at the Las Flores Canyon facility, but it is not currently producing to pipeline segments 901/903.

This is relevant because, on December 20, 2024, Federal Defendants filed the Declaration of Bruce Hesson, which stated that, "before returning to production, . . . the California State Fire Marshal[] Office's Pipeline Division must inform BSEE that Sable is approved to operate the onshore pipeline segments 901/903, which have been inoperable since 2015." ECF No. 37-1 at ¶ 14. Consistent with that declaration, Federal Defendants represented in their motion for voluntary remand that "Sable still needs approval from the California State Fire Marshal[] Office's Pipeline Division to operate the onshore pipeline or else establish some other means of transporting any oil and gas produced at the Unit." ECF No. 37 at 16. Finally, Federal Defendants' reply in support of the motion for voluntary remand stated that there were "several hurdles for Sable to overcome before it can resume production of oil and gas at the Santa Ynez Unit," including obtaining "final approval of Sable's startup plan" from the Office of the State Fire

---

[1] Sable's press release associated with the restart can be found here: https://sableoffshore.com/news/news-details/2025/Sable-Offshore-Corp--Reports-Restart-of-Oil-Production-at-the-Santa-Ynez-Unit-and-Anticipated-Oil-Sales-from-the-Las-Flores-Pipeline-System-in-July-2025/default.aspx.

1

Marshal ("OSFM"). ECF No. 60 at 6.

Federal Defendants will continue to gather information and will update the Court.

Respectfully submitted this 23rd day of May, 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment and Natural Resources Division

        */s/ Daniel C. Luecke*
        DANIEL C. LUECKE
        Trial Attorney (CA Bar 326695)
        Natural Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C. 20044
        (202) 598-7863 | (202) 305-0506 (fax)
        daniel.luecke@usdoj.gov

        *Counsel for Federal Defendants*