LATHAM & WATKINS LLP
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider (*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor (*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant*. | CASE NO. 2:24-cv-05459-MWC-MAA <br><br> **SABLE OFFSHORE CORP.'S RESPONSE TO FEDERAL DEFENDANTS' NOTICE OF RECENT DEVELOPMENTS** <br><br> Judge: Hon. Michelle Williams Court <br> Courtroom: 6A |

Sable Offshore Corp. ("Sable") has reviewed the Notice of Recent Developments filed by Federal Defendants on May 23, 2025. It appears that the Parties had a misunderstanding regarding the scope of the Office of State Fire Marshal ("OSFM") approval under the Plains Consent Decree. The Consent Decree requires OSFM approval of restart for pipeline segments Lines 324 and 325 (formerly known as Lines 901 and 903) prior to returning Lines 324 and 325 to service. Sable is following that requirement. (A copy of the Consent Decree, including a map showing the location of Lines 901 and 903 – which are onshore – is in Appendix A of the Consent Decree, available at: https://www.epa.gov/sites/default/files/2020-03/documents/plainsallamericanpipelinelp.pdf.) The pipelines from the Santa Ynez Unit Platforms to the Las Flores Canyon onshore processing facilities, including the storage tanks, which are operationally required to be filled before using Lines 324 and 325, are not covered by this Consent Decree requirement for OSFM approval. As a result, statements made during briefing on the Federal Defendants' Motion for Voluntary Remand, including those outlined in Federal Defendant's filing and by Ms. Schneider for Sable at the hearing on March 21, 2025 regarding the steps necessary for production from the Santa Ynez Unit inadvertently failed to take this nuance into account. On April 16, 2025, after the hearing on the Federal Defendants' Motion for Voluntary Remand, BSEE provided a pre-production letter to Sable stating that all safety systems on Platform Harmony have been successfully tested, as required by 30 C.F.R. § 250.800, allowing Sable to return the facility to production.

| | |
|---|---|
| Dated:  May 23, 2025 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By: /s/ *Daniel P. Brunton* |
| | Daniel P. Brunton (Bar No. 218615)<br>Email: daniel.brunton@lw.com<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Tel.: (858) 523-5400<br>Fax: (858) 523-5450 |
| | Michael G. Romey (Bar No. 137993)<br>Email: michael.romey@lw.com<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>Tel.: (213) 485-1234<br>Fax: (213) 891-8763 |
| | Janice M. Schneider<br>(*Pro Hac Vice*)<br>Email: janice.schneider@lw.com<br>Devin M. O'Connor<br>(*Pro Hac Vice*)<br>Email: devin.o'connor@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Tel.: (202) 637-2200<br>Fax: (202) 637-2201 |
| | *Attorneys for Intervenor-Defendant Sable Offshore Corp.* |