Center for Biological Diversity, et. al.

v.

Doug Burgum, et. al.

Case No. 2:24-cv-05459-MWC-MAA

# Exhibit 1

Sable Offshore Corporation End of
Operations Reports

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 75-2    Filed 05/30/25    Page 2 of 41    Page
ID #:1031

OMB Control Number 1014-0026

# End Of Operations Report

## General Information/Bottom Location

| Type of Operation | API Well No. | Operator | Operator Name and Address |
|---|---|---|---|
| Workover | 043112075100 | 03726 | Sable Offshore Corp |

| Accept Date | Well Name | ST No. | BP No. | |
|---|---|---|---|---|
| 10/22/2024 | HE023 | 00 | 00 | |

## Bottom Location

| Lease | Area | Block | Latitude | Longitude |
|---|---|---|---|---|
| P00182 | SM | 6683 | 30 CFR 250.197 | 30 CFR 250.197 |

## Well Status Information

| Well Status | Well Status Date | KOP (MD) ST/BP (ft.) | Total Depth (surveyed) (ft.) | |
|---|---|---|---|---|
| Borehole Completed | 10/17/1996 | | MD 30 CFR 250.197 | TVD 30 CFR 250.197 |

**Operational Narrative**

See attached HE23 Daily Activity Summary

## SUBSEA COMPLETION

| Subsea Completion | Protection Provided | Buoy Installed | Tree Height Above Mudline(ft.) |
|---|---|---|---|
| NO | NO | NO | |

## HYDROCARBON BEARING INTERVALS

| Interval Name | Top MD (ft.) | Bottom MD (ft.) | Type of Hydrocarbon |
|---|---|---|---|
| 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR |
| 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR |
| 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR |

## LIST OF SIGNIFICANT MARKERS PENETRATED

| Interval Name | Reason Marker Not Penetrated | Top MD (ft.) |
|---|---|---|
| 30 CFR 250.197 | | 30 CFR 250.197 |
| 30 CFR 250.197 | | 30 CFR 250.197 |
| 30 CFR 250.197 | | 30 CFR 250.197 |
| 30 CFR 250.197 | | 30 CFR 250.197 |
| 30 CFR 250.197 | | 30 CFR 250.197 |

## ABANDONMENT HISTORY OF WELL

| Type of Obstruction | Protection Provided | Buoy Installed | Obstruction Height Above Mudline(ft.) |
|---|---|---|---|
| NA | NO | NO | |

## PERMANENT ABANDONMENT (Casing Cut)

| Casing Size(in.) | Casing Cut Date | Casing Cut Method | Casing Cut Depth(ft.) | AML/BML |
|---|---|---|---|---|

BSEE FORM BSEE-0125 (October 2014) – Supersedes all previous versions of this form which may not be used.

Electronically generated on

10/22/2024    **Page** 1 of 4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA   Document 75-2   Filed 05/30/25   Page 3 of 41   Page
ID #:1032

OMB Control Number 1014-0026

# End Of Operations Report

| Well Plug Installation Information | | | | | |
|---|---|---|---|---|---|
| Well Plug Type Code/Desc | Top MD | Bottom MD | Installed Date | Test Date | Remarks |

### Previously Reported Plug Installation Information
No records found.

### Newly Reported Plug Installation Information

## Attachments

| File Type | File Description | Status |
|---|---|---|
| pdf | As-built Wellbore Schematic | Attached |
| pdf | HE23 Daily Activity Summary | Attached |
| pdf | HE23 Perforating Record | Attached |

## Contacts Information

| Name | Ben Martin | |
|---|---|---|
| Phone Number | 713-859-7391 | E-mail Address | bmartin@sableoffshore.com |

## COMPLETION LIST

| Type | Number | Reservoir Name | Producing Sand(s) | Completion Status |
|---|---|---|---|---|
| S | 3 | 30 CFR 250.197 | 30 CFR 250.197 | OIL SHUT IN |

| Completion Date | Isolation Date | H2S Present | H2S Concentration (PPM) | Injection |
|---|---|---|---|---|
| 10/09/2024 | | 30 CFR 250.197 | | |

### Producing Zone Location

| Lease | Area | Block | Latitude | Longitude | Datum |
|---|---|---|---|---|---|
| P00182 | SM | 6683 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 |

### Tubing Specifications and Remarks

| Size(In.) | Weight(lbs/ft) | Grade | Tubing Remarks |
|---|---|---|---|
| | | | |

### Perforated Intervals

| Top MD (ft.) | Bottom MD (ft.) | Top TVD (ft.) | Bottom TVD (ft.) |
|---|---|---|---|
| 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 |

BSEE FORM BSEE-0125 (October 2014) – Supersedes all
previous versions of this form which may not be used.

Electronically generated on

10/22/2024    **Page** 2   of  4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA   Document 75-2   Filed 05/30/25   Page 4 of 41   Page
ID #:1033

OMB Control Number 1014-0026

# End Of Operations Report

## COMPLETION LIST

| Type S | Number 4 | Reservoir Name 30 CFR 250.197 | Producing Sand(s) 30 CFR 250.1 | Completion Status OIL SHUT IN |
|---|---|---|---|---|

| Completion Date 10/09/2024 | Isolation Date | H2S Present | H2S Concentration (PPM) | Injection |
|---|---|---|---|---|

### Producing Zone Location

| Lease P00182 | Area SM | Block 6683 | Latitude 30 CFR 250.197 | Longitude 30 CFR 250.197 | Datum |
|---|---|---|---|---|---|

### Tubing Specifications and Remarks

| Size(In.) | Weight(lbs/ft) | Grade | Tubing Remarks |
|---|---|---|---|
| | | | |

### Perforated Intervals

| Top MD (ft.) | Bottom MD (ft.) | Top TVD (ft.) | Bottom TVD (ft.) |
|---|---|---|---|
| | | | |

| Type S | Number 01 | Reservoir Name 30 CFR 250.197 | Producing Sand(s) | Completion Status OIL SHUT IN |
|---|---|---|---|---|

| Completion Date 10/30/2011 | Isolation Date | H2S Present | H2S Concentration (PPM) | Injection |
|---|---|---|---|---|

### Producing Zone Location

| Lease P00182 | Area SM | Block 6683 | Latitude 30 CFR 250.197 | Longitude 30 CFR 250.197 | Datum |
|---|---|---|---|---|---|

### Tubing Specifications and Remarks

| Size(In.) | Weight(lbs/ft) | Grade | Tubing Remarks |
|---|---|---|---|
| | | | |

### Perforated Intervals

| Top MD (ft.) | Bottom MD (ft.) | Top TVD (ft.) | Bottom TVD (ft.) |
|---|---|---|---|
| | | | |

BSEE FORM BSEE-0125 (October 2014) – Supersedes all
previous versions of this form which may not be used.

Electronically generated on

10/22/2024   **Page** 3   of   4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 75-2    Filed 05/30/25    Page 5 of 41    Page
ID #:1034

OMB Control Number 1014-0026

# End Of Operations Report

## COMPLETION LIST

| Type | Number | Reservoir Name | Producing Sand(s) | Completion Status |
|------|--------|----------------|-------------------|-------------------|
| S | 01 | 30 CFR 250.197 | | OIL SHUT IN |

| Completion Date | Isolation Date | H2S Present | H2S Concentration (PPM) | Injection |
|-----------------|----------------|-------------|-------------------------|-----------|
| 10/17/1996 | 10/30/2011 | ▇ | | ▇ |

### Producing Zone Location

| Lease | Area | Block | Latitude | Longitude | Datum |
|-------|------|-------|----------|-----------|-------|
| P00182 | SM | 6683 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 |

### Tubing Specifications and Remarks

| Size(In.) | Weight(lbs/ft) | Grade | Tubing Remarks |
|-----------|----------------|-------|----------------|
| | | | |

### Perforated Intervals

| Top MD (ft.) | Bottom MD (ft.) | Top TVD (ft.) | Bottom TVD (ft.) |
|--------------|-----------------|---------------|------------------|
| 30 CFR 250.197 | 30 CFR 250.197 | | |

**Acceptance Comments**

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 2.5 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form for the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849

BSEE FORM BSEE-0125 (October 2014) – Supersedes all previous versions of this form which may not be used.

Electronically generated on

10/22/2024    **Page** 4    of 4



**DAILY ACTIVITY SUMMARY**
**Well # HE23 ST00 BP00**
**OCS-P 00182**
**API No: 0431120751**

**09/28/2024**

Offload and stage pumping equipment.

Parker skid rig over SA-6 to clear the deck for HE 23 wireline lubricator.

**09/29/2024**

Pressure test surface line from the pump to the crown valve 261 low/ 5,008 psi high. Pump 48 bbls of xylene into well and let soak overnight.

**09/30/2024**

Displace xylene with 105 bbls of 2% $NH_4Cl$. Nipple down pumping equipment from well and prepare to nipple up E-Line pressure control equipment.

**10/01/2024**

Nipple up E-Line pressure control equipment.

**10/02/2024**

Nipple up E-Line lubricator. Make up 2-1/8" x 44.38' long GR/ CCL/ Pressure/ Temperature dummy logging tool. Pressure test pressure control equipment to 247 psi low/ 4,999 psi high. Run in hole to 7,500' MD and make depth correlation passes. Pull out of hole.

**10/03/2024**

Make up quick test sub and pressure test break to 238 psi low/ 1,634 psi high (SITP 1,067 psi). Run in hole with perforating gun #1 and perforate MC 20 from 7,402' to 7,422' MD. Pull out of hole.

**10/04/2024**

Make up quick test sub and pressure test break to 2,500 psi (SITP 1,060 psi). Run in hole with perforating gun #2 and perforate MC 20 from 7,382' to 7,402' MD. Pull out of hole. Make up quick test sub and pressure test break to 2,500 psi (SITP 1,060 psi). Run in hole with perforating gun #3 and perforate MC 20 from 7,362' to 7,382' MD. Pull out of hole.

**10/05/2024**

Make up quick test sub and pressure test break to 2,500 psi (SITP 1,025 psi). Run in hole with perforating gun #4 and perforate MC 20 from 7,342' to 7,362' MD. Pull out of hole.

Make up quick test sub and pressure test break to 2,500 psi (SITP 1,002 psi). Run in hole with perforating gun #5 and tag in gas lift mandrel at 4,326' MD. Unable to work through. Pull out of hole and lay down un-spent gun. Re-head E-Line connector and perform tool checks.

**10/06/2024**

Make up quick test sub and pressure test break to 2,500 psi (SITP 993 psi). Run in hole with perforating gun #5 and perforate MC 20 from 7,322' to 7,342' MD. Pull out of hole. Make up quick test sub and pressure test break to 2,500 psi (SITP 957 psi). Run in hole with perforating gun #6 and perforate MC 20 from 7,302' to 7,322' MD. Pull out of hole.

**10/07/2024**

Make up quick test sub and pressure test break to 2,500 psi (SITP 893 psi). Run in hole with perforating gun #7 and perforate MC 20 from 7,292' to 7,302' MD. Pull out of hole. Make up quick test sub and pressure test break to 2,500 psi (SITP 874 psi). Run in hole with perforating gun #8 and perforate MC 10 from 7,225' to 7,245' MD. Pull out of hole.

Received verbal approval for RPM from Carl Lackner at 8:28:48 PM.

**10/08/2024**

Make up quick test sub and pressure test break to 2,500 psi (SITP 861 psi). Run in hole with perforating gun #9 and perforate MC 10 from 7,205' to 7,225' MD. Pull out of hole. Make up quick test sub and pressure test break to 2,500 psi (SITP 842 psi). Run in hole with perforating gun #10 and perforate MC 10 from 7,195' to 7,205' MD. Pull out of hole. Close all tree valves and close SCSSV. Prepare to rig down and move off location.

Received approval for RPM from Carl Lackner at 12:14:22.



























(b) (4), (b) (9)



























(b) (4), (b) (9)

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA   Document 75-2   Filed 05/30/25   Page 35 of 41   Page
ID #:1064

OMB Control Number 1014-0026

# End Of Operations Report

## General Information/Bottom Location

| Type of Operation | API Well No. | Operator | Operator Name and Address |
|---|---|---|---|
| Other | 043112076200 | 03726 | Sable Offshore Corp |

| Accept Date | Well Name | ST No. | BP No. | |
|---|---|---|---|---|
| 01/02/2025 | HE028 | 00 | 00 | |

## Bottom Location

| Lease | Area | Block | Latitude | Longitude |
|---|---|---|---|---|
| P00182 | SM | 6683 | 30 CFR 250.197 | 30 CFR 250.197 |

## Well Status Information

| Well Status | Well Status Date | KOP (MD) ST/BP (ft.) | Total Depth (surveyed) (ft.) |
|---|---|---|---|
| Borehole Completed | 09/04/1997 | | MD 30 CFR 250.197   TVD 30 CFR 250.197 |

**Operational Narrative**

See attached summary

## SUBSEA COMPLETION

| Subsea Completion | Protection Provided | Buoy Installed | Tree Height Above Mudline(ft.) |
|---|---|---|---|
| | | NO | |

## HYDROCARBON BEARING INTERVALS

| Interval Name | Top MD (ft.) | Bottom MD (ft.) | Type of Hydrocarbon |
|---|---|---|---|
| 30 CFR 250.197 | 30 CFR 2 | 30 CFR 2 | 30 CFR |

## LIST OF SIGNIFICANT MARKERS PENETRATED

| Interval Name | Reason Marker Not Penetrated | Top MD (ft.) |
|---|---|---|
| 30 CFR 250.197 | | 30 CFR 2 |
| 30 CFR 250.197 | | 30 CFR 25 |
| 30 CFR 250.197 | | 30 CFR 25 |
| 30 CFR 250.197 | | 30 CFR 25 |
| 30 CFR 250.197 | | 30 CFR 25 |
| 30 CFR 250.197 | | 30 CFR 25 |

## ABANDONMENT HISTORY OF WELL

| Type of Obstruction | Protection Provided | Buoy Installed | Obstruction Height Above Mudline(ft.) |
|---|---|---|---|
| | | | |

## PERMANENT ABANDONMENT (Casing Cut)

| Casing Size(in.) | Casing Cut Date | Casing Cut Method | Casing Cut Depth(ft.) | AML/BML |
|---|---|---|---|---|

## Well Plug Installation Information

BSEE FORM BSEE-0125 (October 2014) – Supersedes all
previous versions of this form which may not be used.

Electronically generated on

01/02/2025     **Page** 1   of 4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 75-2    Filed 05/30/25    Page 36 of 41   Page
ID #:1065

OMB Control Number 1014-0026

# End Of Operations Report

| Well Plug Type Code/Desc | Top MD | Bottom MD | Installed Date | Test Date | Remarks |
|---|---|---|---|---|---|
| | | | | | |

### Previously Reported Plug Installation Information
No records found.
### Newly Reported Plug Installation Information

## Attachments

| File Type | File Description | Status |
|---|---|---|
| pdf | HE28 EOR Daily Well Activity Summary | Attached |
| pdf | As-built Wellbore Schematic | Attached |

## Contacts Information

| Name | Ben Martin | | |
|---|---|---|---|
| Phone Number | 713-859-7391 | E-mail Address | bmartin@sableoffshore.com |

## COMPLETION LIST

| Type | Number | Reservoir Name | Producing Sand(s) | Completion Status |
|---|---|---|---|---|
| S | 2 | 30 CFR 250.197 | | OIL SHUT IN |

| Completion Date | Isolation Date | H2S Present | H2S Concentration (PPM) | Injection |
|---|---|---|---|---|
| 12/09/2024 | | 30 CFR 250 | 30 CFR 250 | |

### Producing Zone Location

| Lease | Area | Block | Latitude | Longitude | Datum |
|---|---|---|---|---|---|
| P00182 | SM | 6683 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 |

### Tubing Specifications and Remarks

| Size(In.) | Weight(lbs/ft) | Grade | Tubing Remarks |
|---|---|---|---|
| | | | |

### Perforated Intervals

| Top MD (ft.) | Bottom MD (ft.) | Top TVD (ft.) | Bottom TVD (ft.) |
|---|---|---|---|
| 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 | 30 CFR 250.197 |

BSEE FORM BSEE-0125 (October 2014) – Supersedes all
previous versions of this form which may not be used.

Electronically generated on

01/02/2025    **Page** 2   of  4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 75-2    Filed 05/30/25    Page 37 of 41    Page
ID #:1066

OMB Control Number 1014-0026

# End Of Operations Report

## COMPLETION LIST

| Type S | Number 01 | Reservoir Name 30 CFR 250.197 | Producing Sand(s) | Completion Status OIL SHUT IN |
|---|---|---|---|---|

| Completion Date 12/01/2013 | Isolation Date | H2S Present | H2S Concentration (PPM) | Injection |
|---|---|---|---|---|

### Producing Zone Location

| Lease P00182 | Area SM | Block 6683 | Latitude 30 CFR 250.197 | Longitude 30 CFR 250.197 | Datum |
|---|---|---|---|---|---|

### Tubing Specifications and Remarks

| Size(In.) | Weight(lbs/ft) | Grade | Tubing Remarks |
|---|---|---|---|
| | | | |

### Perforated Intervals

| Top MD (ft.) | Bottom MD (ft.) | Top TVD (ft.) | Bottom TVD (ft.) |
|---|---|---|---|

---

| Type S | Number 01 | Reservoir Name 30 CFR 250.197 | Producing Sand(s) | Completion Status OIL SHUT IN |
|---|---|---|---|---|

| Completion Date 09/04/1997 | Isolation Date 12/01/2013 | H2S Present | H2S Concentration (PPM) | Injection |
|---|---|---|---|---|

### Producing Zone Location

| Lease P00182 | Area SM | Block 6683 | Latitude 30 CFR 250.197 | Longitude 30 CFR 250.197 | Datum |
|---|---|---|---|---|---|

### Tubing Specifications and Remarks

| Size(In.) | Weight(lbs/ft) | Grade | Tubing Remarks |
|---|---|---|---|
| | | | |

### Perforated Intervals

| Top MD (ft.) | Bottom MD (ft.) | Top TVD (ft.) | Bottom TVD (ft.) |
|---|---|---|---|

BSEE FORM BSEE-0125 (October 2014) – Supersedes all
previous versions of this form which may not be used.

Electronically generated on

01/02/2025    **Page** 3 of 4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

Case 2:24-cv-05459-MWC-MAA    Document 75-2    Filed 05/30/25    Page 38 of 41   Page
ID #:1067

OMB Control Number 1014-0026

# End Of Operations Report

**Acceptance Comments**

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 2.5 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form for the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849

BSEE FORM BSEE-0125 (October 2014) – Supersedes all previous versions of this form which may not be used.

Electronically generated on

01/02/2025    **Page** 4   of  4



**DAILY ACTIVITY SUMMARY**
**Well # HE28 ST00 BP00**
**OCS-P 00182**
**API No: 0431120762**

**10/08/2024**
Nipple down Bowen flanged adapter on top of crown valve, and nipple up to pump into top of tree.

**10/09/2024**
Pressure test surface line from the pump to the crown valve to 247 psi low/ 4,985 psi high (SITP = 1,030 psi). Pump 48 bbls of xylene into well and let soak 4 hours. Displace xylene with 109 bbls of 2% NH4Cl. Nipple down pumping equipment from well. Close all tree valves and close SCSSV. Prepare to rig down and move off location.

**10/10/2024 to 12/02/2024**
Shut down operations for SIMOPS.

**12/03/2024**
Stage electricline equipment.

**12/04/2024**
Continue to stage electricline equipment.

**12/05/2024**
Rig up electricline pressure control equipment (PCE) and pick-up dummy/bottomhole pressure tool-string.

**12/06/2024**
Successfully pressure test PCE to 4,850 psi for 5 minutes. Shut-in tubing pressure 1,187 psi. Equalize and open SCSSV. Run in hole with dummy tool-string to 7,100' MD. Pull out of hole. Close SCSSV and secure well.

**12/07/2024**
Break PCE quick-test sub and lay down dummy tool-string. Make-up 15' perforating bottom-hole assembly, make-up PCE quick-test sub, and successfully pressure test quick-test sub to 3,000 psi. Open well (SITP 1,187 psi). Run in hole to 7,100' MD. Make depth correlation up-pass and perforating tool-string stuck at 6,651' MD. Work tool-string free, and pick-up tool-string to 5,980' MD. With tool-string still in 7-5/8" casing, secure well. Western Wireline and Danos T2 trained associate monitor well over night to allow electricline crew to rest.

**12/08/2024**
Pull out of hole with "live" 15' perforating bottom-hole assembly and lay-down same. Run in hole and perforate from 7,009' – 7,029' with 2-1/8", 6 SPF, 40 deg phased spiral strip gun. Pull out of hole and secure well for night.

**12/09/2024**
Run in hole and perforate from 6,989' – 7,009' and 6,969' – 6,989', and 6,949' – 6,969' with 2-1/8", 6 SPF, 40 deg phased spiral strip gun. Final 20' gun tool-string stuck in 3-1/2" tubing at 5,664' MD after

perforating. Work electricline, pump diesel down tubing, but unable to free tool-string. Secure well. Western Wireline and Danos T2 trained associate monitor well over night to allow electricline crew to rest.

### 12/10/2024

Pump additional diesel down tubing, work electricline, but unable to free tool-string. Bleed tubing pressure to 0 psi. Part weak-point at 1,400 lbs over pick-up weight. Pull out of hole to above SCSSV and close SCSSV. Pull out of hole, secure well, and begin rigging down electricline pressure-control equipment.

### 12/11/2024

Rig down all electricline equipment and move off location.

### 12/12/2024 to 12/15/2024

Shut-down operations for SIMOPS and to develop a plan to fish guns from tubing.

### 12/16/2024

FINAL REPORT.