# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

Before the Court is Plaintiffs' Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendant's Cross-Motions for Summary Judgment under Fed. R. Civ. P. 56.

Having considered the motions, the Court finds that, in light of Federal Defendants' 2025 Decision superseding the challenged 2023 lease extension decision, the Bureau of Safety and Environmental Enforcement's new

1  Environmental Assessment of impacts from resumed production on the leases, and
2  the completion of the well reworking activities proposed by Intervenor-Defendant
3  in 2024, Plaintiffs' claims are now moot. *See Native Vill. of Nuiqsut v. Bureau of*
4  *Land Mgmt.*, 9 F.4th 1201, 1209 (2021); *Ctr. For Biological Diversity v. Lohn*, 511
5  F.3d 960, 963 (9th Cir. 2007); *American Rivers v. Nat'l Marine Fisheries Serv.*,
6  126 F.3d 1118, 1124 (9th Cir. 1997). The Court therefore GRANTS Federal
7  Defendants' and Intervenor-Defendant's Cross-Motions for Summary Judgment
8  and DENIES Plaintiffs' Motion for Summary Judgment.
9        IT IS SO ORDERED.
10
11  Dated this _____, 2025.
12
13
14                                           _____
15                                           HON. MICHELLE WILLIAMS COURT
                                         United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27