LATHAM & WATKINS LLP
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider (*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor (*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant*. | CASE NO. 2:24-cv-05459-MWC-MAA <br><br> **SABLE OFFSHORE CORP.'S NOTICE OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> <u>Hearing</u> <br> Date: July 11, 2025 <br> Time: 1:30 p.m. <br> Judge: Hon. Michelle Williams Court <br> Courtroom: 6A |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

CASE NO. 2:24-CV-05459-MWC-MAA
SABLE'S NOTICE OF MOTION AND CROSS-MOT. FOR SUMM. J.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 11, 2025 at 1:30 PM, or as soon thereafter as the matter may be heard before the Honorable Michelle Williams Court in Courtroom 6A of the U.S. District Court, Central District, Western Division of California, located at 350 W 1st Street, Los Angeles, CA 90012-4565, Intervenor-Defendant Sable Offshore Corp. will cross-move the Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. Intervenor-Defendant cross-moves for summary judgment on all claims because there is no genuine dispute as to any material fact, and Intervenor-Defendant is entitled to judgment as a matter of law.[1]

This motion is made on the basis that Plaintiffs' entire case is moot. On May 28, 2025, the Bureau of Safety and Environmental Enforcement ("BSEE") relied on an Environmental Assessment ("EA") and issued a Finding of No Significant Impact ("FONSI"). On May 29, 2025, BSEE issued a corresponding decision ("2025 Decision") re-affirming the 2023 extension of time to resume operations for offshore leases ("2023 Extension"). BSEE's EA, FONSI, and 2025 Decision moot Plaintiffs' first, second, and fourth claims. In addition, Plaintiffs' third claim is moot because the work under the applications for permits to modify ("APMs") is completed and cannot be undone. Even if Plaintiffs' claims were not moot, Plaintiffs have not met their burden of showing that BSEE violated the National Environmental Policy Act ("NEPA"), the Outer Continental Shelf Lands Act ("OCSLA"), or the Administrative Procedure Act ("APA"). In considering the request for additional time to resume operations after having to shut-in due to the lack of available onshore transportation, BSEE properly approved the 2023 Extension and reasonably found under OCSLA that the 2023 Extension was in the

---

[1] In accordance with the Court's scheduling order, Intervenor-Defendant has not submitted a separate "Statement of Uncontroverted Facts" and responses. *See* May 5, 2025 Order. Dkt. 69 at 2.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

CASE NO. 2:24-CV-05459-MWC-MAA
SABLE'S NOTICE OF MOTION AND CROSS-MOT. FOR SUMM. J.

1

national interest. The record shows that BSEE considered the preservation plan, under which Santa Ynez Unit infrastructure was preserved and drained of hydrocarbons, and thousands of pages of prior NEPA review to inform its findings.

BSEE appropriately relied on a categorial exclusion ("CatEx") to comply with NEPA in approving the 2023 Extension. In finding that there were no extraordinary circumstances preventing the use of a CatEx, BSEE properly considered the project that was before it—whether to approve an extension to preserve the status quo. The CatEx adequately and reasonably addressed each of the extraordinary circumstances given the limited nature of the proposed action, which did not include any change in the footprint of the infrastructure or any change in already authorized operations.

BSEE also appropriately relied on CatExs to comply with NEPA in approving the APMs. The record shows the APMs were for minor work in existing wells. These CatExs also adequately and reasonably addressed each of the extraordinary circumstances which similarly did not include any change in the footprint of the infrastructure or any change in already authorized operations. BSEE could properly consider prior environmental review as it did.

BSEE also has no obligation to supplement its prior Environmental Impact Statement ("EIS") for the Santa Ynez Unit because there is no ongoing major federal action. The Santa Ynez Unit has an approved Development and Production Plan that has undergone environmental review, and no further federal approvals or remaining governmental action were required for restart of production.

Intervenor-Defendant seeks an order denying Plaintiffs' motion for summary judgment and granting Intervenor-Defendant's cross-motion for summary judgment. In support of this notice and cross-motion, Intervenor-Defendant is concurrently filing a memorandum of points and authorities, a Declaration of Daniel P. Brunton, and a proposed order.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

CASE NO. 2:24-CV-05459-MWC-MAA
SABLE'S NOTICE OF MOTION AND CROSS-MOT. FOR SUMM. J.

| | |
|---|---|
| Dated: May 30, 2025 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By: /s/ *Daniel P. Brunton* |
| | Daniel P. Brunton (Bar No. 218615) |
| | Email: daniel.brunton@lw.com |
| | 12670 High Bluff Drive |
| | San Diego, CA 92130 |
| | Tel.: (858) 523-5400 |
| | Fax: (858) 523-5450 |
| | |
| | Michael G. Romey (Bar No. 137993) |
| | Email: michael.romey@lw.com |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071-1560 |
| | Tel.: (213) 485-1234 |
| | Fax: (213) 891-8763 |
| | |
| | Janice M. Schneider |
| | (*Pro Hac Vice*) |
| | Email: janice.schneider@lw.com |
| | Devin M. O'Connor |
| | (*Pro Hac Vice*) |
| | Email: devin.o'connor@lw.com |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Tel.: (202) 637-2200 |
| | Fax: (202) 637-2201 |
| | |
| | *Attorneys for Intervenor-Defendant Sable Offshore Corp.* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

CASE NO. 2:24-CV-05459-MWC-MAA
SABLE'S NOTICE OF MOTION AND CROSS-MOT. FOR SUMM. J.