Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
Center for Biological Diversity
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant*. | Case No. 2:24-cv-05459-MWC-MAA <br><br> **DECLARATION OF KRISTEN MONSELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CROSS-MOTIONS FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: July 11, 2025 <br> Hearing Time: 1:30 p.m. <br> Location: Courtroom 6A <br><br> Judge: Hon. Michelle Williams Court |

I, Kristen Monsell, hereby declare as follows:

1. I am counsel for Plaintiffs Center for Biological Diversity and Wishtoyo Foundation in this case. I submit this declaration in support of Plaintiffs' Opposition to Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment. If called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of a letter from California's Lieutenant Governor and Chair of the California State Lands Commission to Sable Offshore Corp. dated May 23, 2025. Plaintiffs received a copy from the State Lands Commission.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 12th day of June 2025,

*/s/ Kristen Monsell*
Kristen Monsell

1

# Exhibit 1

Letter from Eleni Kounalakis, California State Lands Commission, to Steve Rusch, Sable Offshore Corp. (May 23, 2025)

STATE OF CALIFORNIA                                                                                          GAVIN NEWSOM, *Governor*

**CALIFORNIA STATE LANDS COMMISSION**



**EXECUTIVE OFFICE**
100 Howe Avenue, Suite 100-South
Sacramento, CA  95825-8202

**GRACE KATO,** *Acting Executive Officer*
**916.574.1800**
*TTY CA Relay Service:* **711** *or Phone* **800.735.2922**
*from Voice Phone* **800.735.2929**
*or for Spanish* **800.855.3000**

May 23, 2025

File Ref.: Leases 7163 and 4977

Steve Rusch (srusch@sableoffshore.com)
Vice President of Environmental & Governmental Affairs
Sable Offshore Corp.

**Subject:    Sable's Claims Regarding Resumption of Oil and Gas Operations**

Dear Mr. Rusch:

I am writing to express my serious concerns regarding Sable Offshore Corp.'s press release dated May 19, 2025, entitled, "Sable Offshore Corp. Reports Restart of Oil Production at the Santa Ynez Unit and Anticipated Oil Sales from the Las Flores Pipeline System in July 2025," which you sent to Commission staff on the same day. The press release appears to mischaracterize the nature of recent activities, causing significant public confusion and raising questions regarding Sable's intentions.

Your press release also implies that Sable has restarted operations at the Santa Ynez Unit (SYU). However, Commission staff has informed me that the limited volume oil flows are the result of well-testing procedures required by the Bureau of Safety and Environmental Enforcement prior to restart. These activities do not constitute a resumption of commercial production or a full restart of the SYU. Characterizing testing activities as a restart of operations is not only misleading but also highly inappropriate – particularly given that Sable has not obtained the necessary regulatory approvals to fully resume operations at SYU.

I am also concerned that as Exxon's designated operator, Sable was required to communicate with Commission staff before initiating *any* oil flow through the offshore pipeline, even in this limited capacity. Sable's failure to clearly and timely communicate these activities to the Commission undermines trust of Sable's motives, demonstrates a lack of understanding of the significant concerns held by many regarding the resumption of activities, and raises serious questions about Sable's willingness to be a transparent operator.

Monsell Decl., Exhibit 1
Page 1

May 23, 2025
Page 2

Commission staff's letter dated May 9, 2025, made clear that failure to comply with applicable regulatory requirements or to resolve any outstanding regulatory issues could constitute a breach of the Commission's leases. Any attempt to restart commercial operations at the SYU without final regulatory approvals may place the company in violation of its lease terms and jeopardize the status of Sable's holdover lease.

As Chair of the State Lands Commission, it is my expectation that Sable will resolve all pending legal challenges and litigation with other state agencies prior to the full restart of operations. The willful disregard for the directives of regulatory agencies does not engender trust or confidence in Sable's willingness to serve as a responsible partner, and could weigh significantly into considerations on the future assignment of the SYU leases from Exxon to Sable.

As a reminder, in December 2023, the Commission authorized the preparation of an Analysis of Public Trust Resources and Values (APTR) to evaluate the risks and impacts to Public Trust resources of all 12 offshore oil and gas pipeline leases under the Commission's jurisdiction. Prior to the Commission's consideration of the APTR, no new offshore oil and gas pipeline leases will be considered, including leases 7163 and 4997, which will expire on January 31, 2029 and December 31, 2028, respectively.

Sincerely,

Eleni Kounalakis
Lieutenant Governor
Chair, California State Lands Commission

cc: The Honorable Malia Cohen, State Controller
    Joe Stephenshaw, Director, Department of Finance
    Michele Perrault, Chief Deputy Director of Policy, Department of Finance
    Grace Kato, Acting Executive Officer, State Lands Commission
    Seth Blackmon, Chief Counsel, State Lands Commission
    Chris Workman, Counsel, State Lands Commission
    Drew Simpkin, State Lands Commission
    Nathan Franka, ExxonMobil