ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:    (202) 598-7863
Email:    daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT CALIFORNIA**
**WESTERN DIVISION**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION, <br><br> *Plaintiffs,* <br><br> v. <br><br> DEBRA HAALAND, et al., <br><br> *Federal Defendants* <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **JOINT STATUS REPORT** <br><br> Honorable Michelle Williams Court <br> United States District Judge |

The above-named Plaintiffs, Federal Defendants, and Intervenor-Defendant ("the Parties") respectfully submit this status report to update the Court on the Parties' discussion of further proceedings in this matter. The Parties have reviewed the Court's September 26, 2025, Order denying the Parties' motions for summary judgment, Dkt. No. 89, and they intend to confer and file a proposed schedule for further proceedings in this matter as soon as practicable.

Submitted this 30th day of September, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-7863
Email:      daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

LATHAM & WATKINS LLP

By: */s/ Daniel P. Brunton*
    Daniel P. Brunton (Bar No. 218615)
    Email: daniel.brunton@lw.com

1

1         12670 High Bluff Drive

2         San Diego, CA 92130

      Tel.: (858) 523-5400

3         Fax: (858) 523-5450

4

      Michael G. Romey (Bar No. 137993)

5         Email: michael.romey@lw.com

      355 South Grand Avenue, Suite 100

6         Los Angeles, CA 90071-1560

7         Tel.: (213) 485-1234

      Fax: (213) 891-8763

8

9         Janice M. Schneider

      (Pro Hac Vice)

10        Email: janice.schneider@lw.com

11        Devin M. O'Connor

      (Pro Hac Vice)

12        Email: devin.o'connor@lw.com

13        555 Eleventh Street, NW, Suite 1000

      Washington, D.C. 20004-1304

14        Tel.: (202) 637-2200

15        Fax: (202) 637-2201

16

      *Attorneys for Intervenor-Defendant*

17        *Sable Offshore Corp.*

18        */s/ Kristen Monsell*

19        Kristen Monsell (CA Bar No. 304793)

      Email:

20        kmonsell@biologicaldiversity.org

21        CENTER FOR BIOLOGICAL

      DIVERSITY

22        2100 Franklin St., Suite 375

23        Oakland, CA 94612

      Phone: (510) 844-7137

24        Fax: (510) 844-7150

25

      *Attorney for Plaintiffs*

26

27

2

**ATTESTATION OF CONCURRENCE**

The undersigned hereby attests under Local Rule 5-4.3.4(a)(2) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Daniel C. Luecke*

3