UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV24-05459-MWC-MAA | Date | October 3, 2025 |
| Title | Center For Biological Diversity, et al. v. Debra Haaland, et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **FINAL PRETRIAL CONFERENCE**

The matter is called. There is no appearance by or on behalf of the parties. The Court sets an Order to Show Cause why sanctions in the amount of $250 should not be imposed on Counsel, for their failure to appear. On or before October 10, 2025, Counsel shall file a declaration under penalty of perjury stating the reason for his or her failure to appear. Based on a review of the declaration, the Court will determine whether to hold a hearing or to discharge the OSC.

|  | : 02 |
|---|---|
| **Initials of Preparer** | TJ |