ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-7863
Email:        daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION, <br><br> *Plaintiffs,* <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Federal Defendants* <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **THE UNITED STATES'/ FEDERAL DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING LAPSE IN APPROPRIATIONS** <br><br> Honorable Michelle Williams Court <br> United States District Judge |

The United States, on behalf of Federal Defendants, and by and through undersigned counsel of record, hereby apply ex parte for a stay of all deadlines and proceedings in this case, pending the lapse in appropriations for the Federal Government.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the U.S. Department of Justice expired and those appropriations to the Department lapsed. The Department of Justice does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The United States and Federal Defendants therefore request a stay of all proceedings in this matter until Congress has restored appropriations to the Department.

4. If this ex parte application for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States and Federal Defendants request that, at that point, the Parties to this matter be provided 7 days to file a proposed schedule for further proceedings in this case.

5. Plaintiffs and Intervenor-Defendant, through counsel of record, have been consulted. Intervenor-Defendant does not oppose a stay as proposed by Federal Defendants. Plaintiffs oppose a stay contingent upon the date funding will be restored, but would not oppose a timebound stay through November 3, at which time Plaintiffs propose the Parties would submit a joint status report proposing next steps in the case. Federal Defendants cannot commit to litigation activity on November 3 if a shutdown remained in place at that time.

Therefore, although the United States and Federal Defendants regret any disruption caused to the Court and the other litigants, the United States and Federal Defendants hereby respectfully request a stay of this case until employees of the Department of Justice are permitted to resume their usual civil litigation functions.

Respectfully submitted on October 10th, 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice

        */s/ Daniel C. Luecke*
        DANIEL C. LUECKE
        Trial Attorney, Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 598-7863
        Email:       daniel.luecke@usdoj.gov

        *Counsel for Federal Defendants*

## DECLARATION OF DANIEL LUECKE

I, Daniel Luecke, declare the following:

1. I am a Senior Trial Attorney for the United States Department of Justice, Environment & Natural Resources Division, Natural Resources Section, and I am the attorney principally responsible for representing Federal Defendants in the case entitled: *Center for Biological Diversity, et al. v. Burgum, et al.*, Case No. 2:24-cv-05459-MWC-MAA. I make this declaration based upon my personal knowledge and that gained by review of the official files and records of the United States. If called as a witness and placed under oath, I could and would competently testify thereto.

2. On October 7, 2025, I spoke on the phone with Plaintiffs' counsel, informed her that Federal Defendants planned to request a stay of proceedings in this case as a result of the lapse in appropriations for the Federal Government, and asked for Plaintiffs' position. Plaintiffs' counsel informed me that she would notify me of Plaintiffs' position. Having not yet received a response by October 9, 2025, I emailed Plaintiffs' counsel to request Plaintiffs' position on our application for a stay. Later on October 9, Plaintiffs' counsel informed me that Plaintiffs oppose a stay contingent upon the date funding will be restored, but would not oppose a timebound stay through November 3, at which time Plaintiffs propose the Parties would submit a joint status report proposing next steps in the case.

3. On October 8, 2025, I spoke on the phone with counsel for Intervenor-Defendant Sable Offshore Corp., informed her that Federal Defendants planned to request a stay of proceedings in this case as a result of the lapse in appropriations for the Federal Government, and asked for Intervenor-Defendant's position. Counsel for Intervenor-Defendant informed me that she would notify me of Intervenor-Defendant's position. On October 9, 2025, I received an email from counsel for Intervenor-Defendant stating that Intervenor-Defendant does not

1  oppose the stay application.

2      4.    Plaintiffs' counsel's contact information is: Kristen Monsell, Center for Biological Diversity, 2100 Franklin Suite, Suite 375, Oakland, CA 94612, 510-844-7137, kmonsell@biologicaldiversity.org; Miyoko Sakashita, Center for Biological Diversity, 2100 Franklin St., Suite 375, Oakland, CA 94612, 510-844-7108, miyoko@biologicaldiversity.org; Julie Teel Simmonds, Center for Biological Diversity, 2100 Franklin Street, Suite 375, Oakland, CA 94612, 510-844-7133, jteelsimmonds@biologicaldiversity.org; Intervenor-Defendants' counsel's contact information is: Janice M. Schneider, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304, 202-637-2306, janice.schneider@lw.com; Devin O'Connor, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304, 202-637-2343, devin.o'connor@lw.com; Daniel P. Brunton, Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, CA 92130, 858-523-5421, daniel.brunton@lw.com.

I declare under penalty of perjury that the above is true and correct.

Executed this 10th day of October, 2025, at Washington, D.C.

                                              /s/ Daniel Luecke
                                              Daniel Luecke
                                              Counsel for Federal Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

                                         */s/ Daniel Luecke*
                                         Daniel Luecke
                                         Counsel for Federal Defendants