UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**[PROPOSED] ORDER**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

THIS MATTER comes before the Court on the United States' and Federal Defendants' October 10, 2025, Ex Parte Application to Stay Pending Lapse in Appropriations. Dkt. No. 99. The Court, having reviewed the Application, finds that the Application is well-taken and, good cause appearing, hereby GRANTS the Application.

IT IS HEREBY ORDERED that all deadlines and proceedings in this case are stayed pending the lapse in appropriations for the Federal Government. Within 7 days after the lapse in appropriations ends, the Parties to this matter shall file a proposed schedule for further proceedings in this case.

1  Dated: _____

2

3                                              _____
                                               Hon. Michelle Williams Court
4                                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27