UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**ORDER RE UNITED STATES' AND FEDERAL DEFENDANTS' EX PARTE APPLICATION FOR STAY (DKT. 99) AND DISCHARGING ORDER TO SHOW CAUSE (DKT. 92)**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

The Court, having read and considered the United States' and Federal Defendants' October 10, 2025, Ex Parte Application to Stay Pending Lapse in Appropriations (the "Application"), Dkt. # 99, and Plaintiffs' opposition to the

1

Application, Dkt. # 100, hereby **ORDERS** as follows:

The Application for an indefinite stay of all proceedings is **DENIED**. The parties are **ORDERED** to file a status report and proposed schedule for further proceedings in this case by **November 3, 2025**.

Having read and reviewed the declarations of counsel, the Court's October 10, 2025 Order to Show Cause why sanctions should not be imposed on counsel for failure to appear the final pretrial conference on October 3, 2025, Dkt. # 92, is **DISCHARGED**.

The bench trial set in the Civil Trial Order (Dkt. # 36) is hereby **VACATED**.

Dated: October 14, 2025

_____
Hon. Michelle Williams Court
United States District Judge