# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | **ORDER** |
| v. | |
| DOUG BURGUM, et al., | |
| *Defendants*, | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant.* | |

Upon consideration of the Parties' Joint Status Report and Proposed Scheduling Order, Dkt. No 102, the following schedule shall govern the deadlines in this case:

| | |
|---|---|
| Plaintiffs file amended/supplemental complaint | November 10, 2025 |
| Federal Defendants' and Intervenor-Defendant's deadline to file their respective answer or motion to dismiss Plaintiffs' amended/supplemental complaint | November 24, 2025 |
| Federal Defendants file the updated administrative record on Plaintiffs' amended/supplement complaint | December 19, 2025 |
| Plaintiffs' and Intervenor-Defendant's deadline to file any motion to complete the administrative record and/or for leave to seek discovery | January 16, 2026 |
| Deadline for any Party to file any opposition to such motion(s) | February 13, 2026 |
| Plaintiffs' and Intervenor-Defendant's deadline to reply in support of their respective motion(s) to complete the administrative record and/or for leave to seek discovery | February 27, 2026 |
| Hearing on any motion(s) by Plaintiffs and/or Intervenor-Defendant to complete the record and/or for leave to seek discovery | March 13, 2026 |
| Joint proposed schedule for further proceedings to resolve the merits of the case | Within 14 days of the Court's order resolving Plaintiffs' and/or Intervenor-Defendant's motion(s) to complete the record and/or for leave to seek discovery |

In the event no administrative record or discovery-related motion is filed, the Parties will propose a schedule for resolving the merits of the case within 14 days of the deadline for Plaintiffs/Intervenor-Defendant to file a motion to complete the administrative record and/or motion for leave to seek discovery. The Parties reserve the right to reassert any arguments previously raised in their respective

motions for summary judgment that were not decided by the Court's Order dated September 24, 2025 denying summary judgment, Dkt. 89.

**IT IS SO ORDERED.**

DATED: November 7, 2025

_____
Hon. Michelle Williams Court
United States District Judge