Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Defendants*,<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD**<br><br>Hearing Date: March 13, 2026<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Michelle Williams Court<br>Location: Courtroom 6A |

I, Miyoko Sakashita, declare as follows:

1.      I am counsel for Plaintiffs Center for Biological Diversity and Wishtoyo Foundation in this case. I am one of the custodians of the exhibits identified below, which are kept by the Center in the ordinary course of its organizational activities. The Center regularly collects, analyzes, and archives public information related to offshore oil and gas through government websites, other public sources, and records requests.

2.      Plaintiffs' counsel met and conferred with counsel for Federal Defendants Secretary of the Interior Doug Burgum, the Pacific Regional Director of the Bureau of Safety and Environmental Enforcement, and the Bureau of Safety and Environmental Enforcement (collectively, BSEE) and Intervenor-Defendant Sable Offshore Corp. (Sable) on January 9, 2026, and the Parties discussed Plaintiffs' proposed Motion to Compel Completion and Supplementation of the Administrative Record. The parties were unable to come to an agreement that would resolve the record issues in this matter. Counsel for BSEE and Sable indicated that their clients oppose the motion.

3.      Attached as Exhibit 1 is a true and correct copy of a report prepared by Dr. Susan C. Lubetkin titled "Report Evaluating the Oil Spill Risk for the Santa Ynez Unit Project on the Pacific Outer Continental Shelf," and a true and correct copy of an email and cover letter, both dated April 29, 2025, from Kristen Monsell to BSEE and its counsel and the Bureau of Ocean Energy Management (BOEM) that transmitted the report as an attachment.

4.      Attached as Exhibit 2 is a true and correct copy of an email thread on February 21, 2025, between BSEE and BOEM staff with the subject line "Formal Request to Initiate Environmental Assessment - Sable SYU" that the Center received as a part of the administrative record lodged in another federal case.

1

5.    Attached as Exhibit 3 is a true and correct copy of an email dated November 5, 2024, with the subject line "Meetings with BSEE and EDC" that the Center received in response to a California Public Records Act Request.

6.    Attached as Exhibit 4 is a true and correct copy of an email and attachment from Brian Hansen from Sable forwarding an email originally sent to BSEE to County of Santa Barbara staff with the subject line "FW: Sable Offshore SYU Pipeline Hydrotest Timing Update" that the Center obtained from a California Public Records Act request filed with the County of Santa Barbara.

7.    Attached as Exhibit 5 is a true and correct copy of an email chain between BSEE staff, dated September 2024, with the subject line "Fw: [EXTERNAL] Fwd: Approved pics" that the Center obtained from a Freedom of Information Act (FOIA) response from BSEE.

8.    Attached as Exhibit 6 is a true and correct copy of an email from Sable to BSEE dated September 13, 2024, with the subject line "[EXTERNAL] Schedule for inspections and hydrotests," that the Center obtained from a FOIA response from BSEE.

9.    Attached as Exhibit 7 is a true and correct copy of a BSEE press release dated July 25, 2025, and titled "Interior secures win for American Energy Dominance – safely and timely" and downloaded from BSEE's website at https://www.bsee.gov/newsroom/latest-news/statements-and-releases/press-releases/interior-secures-win-for-american.

10.    Attached as Exhibit 8 is a true and correct copy of a news article dated October 9, 2025, titled "Sable Offshore seeks Trump's support to advance stalled California offshore oil project," and downloaded from https://www.worldoil.com/news/2025/10/9/sable-offshore-seeks-trump-s-support-to-advance-stalled-california-offshore-oil-project/.

11. Attached as Exhibit 9 is a true and correct copy of a social media message attributed to the Secretary of Energy Wright that I obtained from https://x.com/SecretaryWright/status/1979353105889157228.

12. Attached as Exhibit 10 is a true and correct copy of a news article dated October 28, 2025, titled "Sable Stock Jumps 15 Percent Following Trump Admin Tweet" and downloaded from https://www.independent.com/2025/10/28/sable-stock-jumps-15-percent-following-trump-admin-tweet/.

13. Attached as Exhibit 11 is a true and correct copy of a social media message attributed to the Secretary of Transportation Duffy and downloaded from https://x.com/SecDuffy/status/20067791162556772680.

14. Attached as Exhibit 12 is a true and correct copy of a news article authored by James Bikales titled "Federal regulators approve restart of controversial California oil pipeline" that was obtained from the Politico Pro webpage at https://subscriber.politicopro.com/article/2025/12/federal-regulators-approve-restart-of-controversial-california-oil-pipeline-00706433.

15. Attached as Exhibit 13 is a true and correct copy of a post on LinkedIn attributed to Brittany Kelm, Senior Policy Advisory to the National Energy Dominance Council downloaded on January 7, 2026, and available at https://www.linkedin.com/posts/brittanykelm_federal-court-declines-to-halt-restart-of-activity-7412568970311999488-Ql-Q?utm_source=social_share_send&utm_medium=member_desktop_web&rcm=ACoAAAMKZjEBY3yypGfJRSGkMF40_wUJ8nOgyck.

16. I further declare that the Center for Biological Diversity filed a FOIA request on October 3, 2025, requesting records from BSEE seeking communications about its decision to conduct an Environmental Assessment and its decision to re-issue the lease extensions for the Santa Ynez Unit. I also declare

3

that as of the date of this declaration the Center has not received any records from BSEE responsive to this request.

I declare under penalty of perjury that this declaration is true and correct to the best of my knowledge.

       Executed this 16th of January 2026,

                   /s/ *Miyoko Sakashita*
                   Miyoko Sakashita