Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Defendants*,<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**EXHIBIT 1 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD**<br><br>Hearing Date: March 13, 2026<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Michelle Williams Court<br>Location: Courtroom 6A |

**Kristen Monsell**

| | |
|---|---|
| **From:** | Kristen Monsell |
| **Sent:** | Tuesday, April 29, 2025 11:48 PM |
| **To:** | douglas.boren@boem.gov; michael.mitchell@bsee.gov |
| **Cc:** | Luecke, Daniel (ENRD); Kristen Monsell |
| **Subject:** | SYU Oil Spill Analysis |
| **Attachments:** | 2025-04-29 -- CBD Letter + Lubetkin Report Re SYU Oil Spill Risk Assessment.pdf |

Hello:

Attached please find a report from Dr. Susan Lubetkin outlining several inadequacies with the Bureau of Ocean Energy Management (BOEM)'s oil spill risk assessment for oil and gas operations on the Pacific Outer Continental Shelf, including the Santa Ynez Unit. As noted in the letter, BOEM must correct its analysis so that BOEM and the Bureau of Safety and Environmental Enforcement can properly evaluate the environmental impacts of restarting production at the Santa Ynez Unit.

Cheers,
Kristen


Kristen Monsell
Oceans Legal Director & Senior Attorney
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: 510.844.7137
Email: kmonsell@biologicaldiversity.org

1

CENTER *for* BIOLOGICAL DIVERSITY                                    *Because life is good.*

*Via Electronic Mail*

April 29, 2025

Douglas Boren, Pacific Region Director
Bureau of Ocean Energy Management
760 Paseo Camarillo, Suite 102
Camarillo, CA 93010
douglas.boren@boem.gov

Michael Mitchell, Acting Pacific Region Director
Bureau of Safety and Environmental Enforcement
760 Paseo Camarillo, Suite 102
Camarillo, CA 93010
michael.mitchell@bsee.gov

**RE: Oil Spill Risk Assessment for the Pacific Outer Continental Shelf and Santa Ynez Unit**

Attached please find a report from Dr. Susan Lubetkin outlining several inadequacies with the Bureau of Ocean Energy Management (BOEM)'s oil spill risk assessment for oil and gas operations on the Pacific Outer Continental Shelf, as reflected in the "Biological Assessment on Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area." As detailed in the report, the agency's analysis is inconsistent, incorrect, and incomplete.

BOEM must correct its analysis so that BOEM and the Bureau of Safety and Environmental Enforcement can properly evaluate the environmental impacts of restarting production at the Santa Ynez Unit. The agency's failure to do so would mean an inadequate review of the risks and harms of this project and violate the agencies' obligations under the National Environmental Policy Act.

Sincerely,

/s/ *Kristen Monsell*
Oceans Legal Director, Senior Attorney
Center for Biological Diversity
kmonsell@bioloigcaldiversity.org
510-844-7137

cc:  Daniel Luecke
     U.S. Department of Justice
     Daniel.Luecke@usdoj.gov

1

Lubetkin                                                                                February 7, 2025

**Report Evaluating the**

**Oil Spill Risk Analysis for the Santa Ynez Unit Project**

**on the Pacific Outer Continental Shelf**

Susan C. Lubetkin, PhD

February 2025

Lubetkin                                                                                    February 7, 2025

## I. Statement of qualifications

I am the principle at Elemental Statistics, an environmental consulting firm based in Seattle, Washington. Elemental Statistics specializes in third party review of environmental impact statements (EISs) and other permitting documents, often for projects involving fossil fuels or mining. We assess if the scope of the risks and impacts are truly represented not only in the EIS but also in the supporting research and, when available, the data. As an independent consultant, I have worked on numerous research projects concerned with the spill risks associated with fossil fuels and mining since 2015. I have published a peer-reviewed critique of spill risk models used in EISs (Lubetkin 2020). I earned my MS in 1997 and Ph.D. in 2008 in the University of Washington's interdisciplinary program Quantitative Ecology and Resource Management (QERM). QERM trains scientists how to apply mathematical models and statistical inference to a variety of environmental settings, from fisheries and oceanography to forestry and conservation. I was an instructor for the University of Washington's Quantitative Science and QERM programs, where I taught applied statistics to undergraduate and graduate students. The topics I covered included basic parametric and non-parametric statistics, regression, and experimental design, and I was nominated for a Distinguished Teaching Award after three quarters of being an instructor. The views expressed here are entirely my own. A copy of my resume is attached to this declaration for reference.

Lubetkin                                                                    February 7, 2025

## II.      Introduction

The current oil spill risk assessment for the Santa Ynez Unit (SYU) in the Bureau of Ocean

Energy Management (BOEM)'s Biological Assessment on Offshore Oil and Gas Development

and Production Activities in the Southern California Planning Area (BA) (BOEM 2023b) is

based on an analysis that is inconsistent, incorrect, and incomplete.

- The scale of the production and years of activity for the SYU in Sable Offshore Corp.'s description to potential investors (Sable Offshore Corp. 2024) and what was evaluated in the BA (BOEM 2023b) are inconsistent.
- The size specific spill rates calculated and cited in the BA (BOEM 2023b) are incorrect.
- The description of potential consequences only considers spills up to 1,000 barrels (bbl), when worst case discharge (WCD) calculations include spills of more than 50,000 bbl and more than 570,000 bbl.

This report is structured by first depicting how spill risks are calculated, and the basic

components required. Then each step in the process is revisited, comparing the results I found

with those presented in Appendix A of the BA (BOEM 2023b).

This report makes no assumptions about the mathematical background of the reader. All the

methodology follows work previously used by BOEM or produced under their authority. All data

and calculations are provided in appendices where they are not shown in the text.

Lubetkin                                                                    February 7, 2025

### III.    Calculation of risk

BOEM has two models of risk:

$$Risk = frequency \times consequences \text{ (BOEM and BSEE 2014)}$$

and

$$Spill\ Impact\ Risk = probability\ of\ a\ spill \times impacts\ of\ a\ spill \text{ (BOEM 2022, 2023a).}$$

For the remainder of this report spill impacts and spill consequences as shown in the above equations will be treated as synonymous.

A low probability event may still be considered high risk if the consequences would be severe. For example, imagine a person with unsteady balance has a 1 in 100 chance (1%) of falling. If that person is standing near a four-inch curb on a street with very little traffic, they could lose their balance and fall into the street with a range of consequences, from mild embarrassment to injury. That same person could be standing at the edge of the Grand Canyon and the consequences of losing their balance would be much more severe. The probability of falling in each scenario is the same and objectively low, but because the consequences are so different, one scenario is low risk and the other is high risk. Therefore, an event with low probability should still have the consequences assessed so that the risks can be evaluated. The probability (or frequency, depending on the risk definition being used) is a necessary component but not sufficient by itself for a risk analysis.

Determining the spill risk associated with a proposed oil production project takes a few steps (Figure 1). Spills of different sizes will have different consequences, and a given project may have multiple spills that fall in different size categories. A full risk analysis needs to be explicit in considering the total number and size distribution of potential spills. Working backward from the desired result (an estimate of the spill risks) requires an assessment of the consequences of different spill sizes and either their frequency or probability.

Lubetkin                                                                    February 7, 2025



a.



b.

*Figure 1. Two schematics showing the information required (shaded boxes) to assess the risk for spills under two definitions of risk from a. BOEM and BSEE (2014) and b. BOEM (2022, 2023a). The rates and consequences are specific to the size of the spill, among other factors.*

Lubetkin                                                                                    February 7, 2025

### A. Spill consequences

The consequences of spills >1,000 bbl, have been studied in Oil Spill Risk Assessments (OSRAs). BOEM has published two dozen OSRA reports from 1995 to 2023 (Appendix A, *infra*). Half of them were about spill risks in the recently renamed Gulf of America, formerly known as the Gulf of Mexico (GOM[1]) Outer Continental Shelf Region; 11 were about spill risks in the Alaska Outer Continental Shelf Region (Cook Inlet, the Chukchi Sea, and the Beaufort Sea; and one was for the Pacific Outer Continental Shelf Region (POCSR) (Johnson et al. 2000). All the OSRAs followed trajectories of hypothetical spills from various launch points. Under the analyses, spills <1,000 bbl are thought not to persist on the surface of the ocean for long enough to warrant trajectory modeling. Not all OSRAs ran for the same length of time. Some OSRAs for the Central and Western GOM that were modeled prior to the *Deepwater Horizon* event in 2010 had trajectories that were only followed for up to 10 days based on the assumption that oil would only persist on the surface for up to 10 days, while other locationss' trajectories were modeled for up to 360 days. All the OSRAs included conditional probabilities that showed which resources were likely to be contacted by released oil (or in one case, diesel). Sixteen OSRAs also included explicit spill rates for spills >1,000 bbl, as well as Poisson based estimates of at least one such spill occurring. For OSRAs that included spill rates, combined probabilities were also shown.  Six OSRAs also included explicit spill rates for spills >10,000 bbl, as well as Poisson based estimates of at least one such spill occurring. Combined probabilities for contact following spills >10,000 bbl were not shown.

The consequences of very large oil spills (VLOSs) and catastrophic discharge events (CDEs) have also been described even when they are considered very low probability events. For example, for the Beaufort Sea (BOEM 2020)

> BOEM developed [a] report to provide a robust analysis of potential environmental impacts from a very low-probability event — a very large oil spill and gas release (VLOS) on the Beaufort Sea Outer Continental Shelf (OCS)…. The mathematical probability associated with VLOS events is very low. The VLOS scenario and impacts described … are meant to inform [the Department of the Interior] and

---

[1] On January 25, 2025, President Trump signed an Executive Order 14172 Restoring Names That Honor American Greatness, which renamed what had been called the Gulf of Mexico the Gulf of America. This new nomenclature is inconsistent with the terminology used internationally, in the scientific community, and in previous State and Federal documentation. Within this report and appendices, I remain consistent with the prior name and use the abbreviation "GOM" for Gulf of Mexico.

Lubetkin                                                                      February 7, 2025

> BOEM decision makers, but do not represent what BOEM expects to result from any oil and gas activities on the Beaufort Sea OCS…. BOEM, Alaska OCS Region defines a VLOS as a very low-probability high-volume ($\geq$150,000 bbl), extended-duration release regardless of the cause, whether natural disaster or manmade.
>
> …
>
> Throughout its history, the BOEM, Alaska OCS Region and its predecessors conducted numerous [National Environmental Policy Act] worst case or VLOS analyses. BOEM, headquarters also conducted catastrophic discharge event analyses at the programmatic level for Alaska OCS program areas including the Beaufort Sea. Th[e] analysis focuses on the Beaufort Sea Planning Area for which there are 10 historical worst-case, catastrophic discharge event, or VLOS analyses ranging from 100,000 bbl to 4.6 MMbbl.

(The impact analysis for the Beaufort Sea VLOS used the oil trajectories modeled for spills >1,000 bbl (Li and Smith 2020).) Similarly, although a CDE is described having a very low probability, the possible impacts of a CDE in the GOM have been  described (BOEM 2017a, 2021).

CDEs are not strictly defined by their volume but by their severity, significance, potential impacts, and required responses (BOEM 2018). In the Gulf of Mexico (GOM), spills of 900,000 to 7,200,000 bbl could be so designated (BOEM 2012), but the definition depends on if the release occurs in shallow (30,000 bbl/day over 1-3 months for a total of 900,000 to 3,000,000 bbl) or deep water (30,000-60,000 bbl/day over 1-4 months for a total of 900,000-7,200,000 bbl) (BOEM 2017a, 2021). In contrast, in Alaska's Cook Inlet, spills of 75,000 to 125,000 bbl could be considered catastrophic (BOEM 2012).  The spill volume range that would be considered catastrophic has not been described for the POCSR.

### B. Expected numbers of spills and spill probabilities

Spills are unpredictable and random events, and their probabilities are often modeled using a Poisson distribution, which is based on the expected number of spills over a given amount of exposure and a given spill rate. Under a Poisson distribution, the probability of having at least one spill in given size class, $P(N_{size} \geq 1)$, is computed using the equation

$$P(N_{size} \geq 1) = 1 - \exp(-N_{size})$$

Lubetkin                                                        February 7, 2025

where $N_{size}$ is the expected number of spills in a given size class. (Note that $\exp(n) = e^n$, where e is the base of the natural logarithms. The "exp" in the formula above should not be confused with expectation or exposure.) $N_{size}$ is the same as frequency in the spill risk equation given by BOEM and BSEE (2014) and in the risk equation given by BOEM (2023a). Spill probabilities are bounded between 0 and 1 (0 and 100%), inclusively.

BOEM defines "statistically expected" spills as those expected to occur at least once ($E(N_{size}) \geq 1$), where $E(N_{size})$ is the expected number of spills of given size) for a specified amount of oil and gas activity (BOEM and BSEE 2014). Under a Poisson distribution, $1 - \exp(-1) = 63.2\%$. This means the probability of $\geq 1$ spill occurring needs to be $\geq 63.2\%$ before BOEM considers such a spill statistically expected. Thus, a spill with a 51% probability, although more likely to occur than not, would not be considered statistically expected by BOEM.

The expected number of oil spills and probability calculations are based on the estimated spill rates for spills of different sizes and the amount of exposure a given proposed oil and gas project will have (Figure 2). The expected number of spills, $N_{size}$, is the product of the spill rate $R_{size}$ and the amount of exposure, $T$. Figure 2 uses the time in years as the exposure variable $T$. Rates based on other exposure variables, such as number of spills per unit of production (billion barrels of oil (BBO)), or unit of infrastructure, such as pipeline miles or wells, are also possible. Within this report, spill rates are per year or per BBO.

The larger the amount of exposure, the higher the expected number of incidents will be.

The expected number of spills can take any value $>0$ depending on the values of $R_{size}$ and $T$.

Small spills are more frequent than larger ones, so the spill rates for larger spills are lower than the spill rates for smaller spills.

The expected number of spills and probability can be numerically very similar for spills that have low probability but have different units (expected spills and percent chance in a given amount of exposure, respectively). See Appendix B, *infra* for example calculations.

Lubetkin                                                                    February 7, 2025



a.



*Figure 2. The difference between expected value and probability. a. The expected number of spills under the N = RT model when R = 0.1 spills per year and T increases linearly from 0 to 50 years. b. The probability of at least one spill using a Poisson distribution based on the N = RT model when R = 0.1 spills per year and T increases from 0 to 50 years approaches an asymptote of 100% as T gets larger. The red line in each graph is the threshold at which BOEM considers a spill statistically expected (an expected number of spills ≥1, which is equivalent to a ≥63.2% probability of at least one such spill occurring at some point during T.)*

Lubetkin                                                                                    February 7, 2025

C. *Spill size classes*

BOEM has defined spill size classes in various ways from one to >1,000,000 bbl. Bercha Group (2014a) gave the following size class definitions for OCS spills when analyzing the risk of loss of well control rates for BOEM following the *Deepwater Horizon* incident:

| | |
|---|---|
| Small | 50-99 bbl |
| Medium | 100-999 bbl |
| Large | 1,000-9,999 bbl |
| Huge | 10,000-149,000 bbl |
| Enormous | ≥150,000 bbl |

with further refinement of Enormous as

| | |
|---|---|
| Enormous – Class A | 150,000-999,999 bbl |
| Enormous – Class B | ≥1,000,000 bbl |

More recently, the oil spill occurrence rate estimates for the Atlantic OCS (Stalfort et al. 2021) gave four size classes:

| | |
|---|---|
| Very Small | 1 to < 50 bbl |
| Small/Medium | 50 to < 1,000 bbl |
| Large | 1,000 to < 10,000 bbl |
| Huge | ≥ 10,000 bbl |

More broadly, BOEM characterizes spills <1,000 bbl as small, spills >1,000 bbl as large, and spills >1,000,000 bbl as catastrophic (BOEM 2025).

Appendix A of the BA for the Southern California Planning Area, which includes the SYU, estimated the spill rates, expected number of spills, and probability of at least one spill occurring for two spill size classes: 50-1,000 bbl and ≥1,000 bbl (BOEM 2023b).

The WCD if a loss of well control occurs with an estimated flow rate of 33,986 bbl per day requires 17 days to stop with surface capping equipment is 577,762 bbl (BOEM 2023b), falling into the category Enormous – Class A (Bercha Group 2014a).

The WCD if a loss of well control occurs with an estimated flow rate of 33,986 bbl per day requires 170 days to dig a relief well is 5,777,620 bbl, which includes the 577,762 bbl released while surface intervention was unsuccessfully attempted in the first 17 days (BOEM 2023b).

Lubetkin                                                                          February 7, 2025

Such a spill would fall in the category Enormous – Class B (Bercha Group 2014a) and exceed the 4,900,00 bbl released in the *Deepwater Horizon* incident in 2010.

The consequences of spills larger than 1,000 bbl were not addressed in the oil spill trajectory analysis.

Other areas, such as the Beaufort Sea OCS (BOEM 2020) and the Gulf of Mexico OCS (BOEM 2017a, 2021), have had the effects of spill volumes >150,000 bbl and >1,000,000 bbl, respectively assessed, even as the probabilities of events of those sizes were described as very low.

Even spills classified as *small* can have serious consequences and entail substantial costs. The Huntington Beach spill in 2021 was a release of 588 bbl that resulted in an award of $95,000,000 in damages (*Southern California News* 2023).

Spill size categories are determined for mathematical simplicity, and category alone may not be enough to assess the damage a spill may have. For example, both a spill of 1,100 bbl and a spill of 9,900 bbl would both fall in the *large* category as defined by Stalfort et al. (2021), but the impacts would not be expected to be equivalent.

Lubetkin                                                                                                February 7, 2025

### IV.    The description of exposure for the SYU is inconsistent.

There are inconsistencies between the expected oil production, daily production rate (and how it may change over time), and the expected number of years of production between Sable Offshore Corporation (2024) and NMFS (2024).

The investor presentation shows a projected total production of 1.207 BBO net recoverable total resources (Sable Offshore Corp. 2024). Appendix A of the BA is based on anticipated production of 0.226 BBO (BOEM 2023b). That anticipated production volume was found by subtracting the 1.37 billion bbl of oil that have been produced in the Southern California Planning Area from the 1 to 2 billion bbl of economically recoverable oil is based on a Final Environmental Impact Statement for Oil Development in the Santa Barbara Channel from 1975 (BOEM 2023b and citation therein). If we take the 1 to 2 billion bbl of recoverable oil at face value and subtract the 1.37 billion bbl that have been produced from it, the remaining potential recoverable oil ranges from 0 to 0.63 billion bbl. The volume used in the OSRA is less than the midpoint of that range. Furthermore, the estimate of the volume of economically recoverable oil is 50 years old and may no longer be accurate.

The Biological Opinion describes exposure in terms of both potential oil production (0.26 BBO) and at least 15-20 years of production (NMFS 2024). As noted therein:

> Potential duration of production at current capacities estimated as follows: (1) 260 million barrels of oil / 50,000 barrels per day = 5,200 days, or 14.2 years; (2) 540 billion cubic ft of natural gas / 77 million cubic ft per day = 7,013 days, or 19.2 years.

The estimated number of years is likely an underestimate of the project's duration for two reasons (Table 1, Figure 3). First, the anticipated production used in the BA (BOEM 2023b) is four to five times smaller than the expected production stated by Sable Offshore Corp. Sable Offshore Corp. estimates that over 1 billion barrels of oil are recoverable from the SYU (Brunton and Scheider 2024; Rusch 2024).

Second, the maximum flow rate used for computing the WCD estimate was 33,986 bbl/day (BOEM 2023b). Average production in the SYU from 1981 and 2014 was 29,000/day and the company's anticipated production base is ~28,000 barrels of oil equivalent/day once online, and

Lubetkin                                                                    February 7, 2025

each year's production is expected to decrease to 92% of the previous year's (Sable Offshore Corp. 2024). If the expected production 0.226 BBO is accurate, the production duration would be 25.5 years based on a constant rate of 28,000 bbl oil per day (Table 1). However, if the production tapers down from 28,000 bbl/day over time or the total production is 1.207 BBO, the 15-20 year project lifetime estimated in the Biological Opinion (NMFS 2024) is too low. The investor presentation shows production increasing from ~25,000 bbl/day in 2025 to ~95,000 bbl/day in 2036 (Sable Offshore Corp. 2024). While 0.26 BBO could be produced in 11 years if the production rate were 95,000 bbl/day and then declining by 8% annually, 1.207 BBO would require at least 100 years of production (Table 1).

A rigorous risk analysis requires a quantitative value for exposure. The remainder of this report uses a low end estimate of 0.26 BBO and a high end estimate of 1.207 BBO when oil production is the exposure variable and a low end estimate of 15 years and a high end estimate of 50 years when time is the exposure variable.

*Table 1. Each combination of daily production rate and total projected production would have a different production duration.*

| Projected BBO | Maximum projected bbl/day | Constant or variable production over time | Years to produce projected BBO |
|---|---|---|---|
| 0.26 | 28,000 | Constant | 25.5 |
| 0.26 | 28,000 | 8% annual decline | >120 |
| 0.26 | 50,000 | Constant | 14.2 |
| 0.26 | 50,000 | 8% annual decline | >120 |
| 0.26 | 95,000 | 8% annual decline | 11 |
| 0.26 | 95,000 | Production increases from 25,000 bbl/day in Year 1 to 95,000 in Year 12, then declines 8% annually (Sable Offshore Corp. 2024) | 11 |
| 1.20 | 28,000 | Constant | 118 |
| 1.20 | 50,000 | Constant | 66 |
| 1.20 | 95,000 | 8% annual decline | >120 |
| 1.20 | 95,000 | Production increases from 25,000 bbl/day in Year 1 to 95,000 in Year 12, then declines 8% annually (Sable Offshore Corp. 2024) | >120 |

13

Lubetkin                                                                February 7, 2025



*Figure 3. a. Daily production rate and b. cumulative oil production over time for different production scenarios. Solid lines indicate constant production, and dotted lines indicate variable production over time. Solid lines terminate when cumulative production reaches 1.20 BBO. Parts a and b share the same legend.*

14

Lubetkin                                                                    February 7, 2025

## V.   The estimated spill rates are incorrect.

BOEM uses two methods for estimating spill rates. For most spills, the spill rate is estimated by counting the number of occurrences over a certain amount of exposure (production, time, or infrastructure) and dividing by amount of exposure. That is $R_{size} = N_{size,obs}/T$ where $N_{size,obs}$ is the number of observed spills of the specified size in exposure $T$. In general this method has been used for spills up to the >10,000 bbl size class (ABS Consulting 2016). For spills larger than that, especially extreme events such as catastrophic discharges, BOEM has used extreme value theory (BOEM 2025).

Spill rates are usually calculated using all the spills from the United States (US) OCS and are therefore mean rates that encompass different geographic regions. Rates specific to the Arctic OCS Region have also been calculated (Bercha Group 2014b).

Estimated spill rates for the US OCS have fluctuated over time (Table 2).

*Table 2. Previously cited spill rates from BOEM for the US OCS as a whole.*

| Spill size category (bbl) | Source | Region | Rate (spills/BBO) |
|---|---|---|---|
| ≤1 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 2,020 |
| 1.1-9.9 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 57.4 |
| 10-50 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 17.4 |
| 1-50 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 57.4 + 17.4 = 71.8 |
| 50-500 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 11.3 |
| 500-999 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 1.63 |
| 50-1,000 | Anderson et al. 2012 | OCS | 12.88 |
| 50-1,000 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 11.3 + 1.63 = 12.93 |
| >1,000 | Anderson et al. 2012 | OCS | 1.13 |
| >1,000 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 1.13 |
| >1,000 | ABS 2016 | OCS | 1.11 |
| >10,000 | ABS 2016 | OCS | 0.23 |
| >10,000 | BOEM 2017b, Vol. 1, p. 3-123 | OCS | 0.31 |

Note that spill rates in successive, non-overlapping size classes can be found by addition (or subtraction). For example, the estimated rate of spills 1.1-9.9 bbl is 57.4 spills/BBO and the

Lubetkin                                                                          February 7, 2025

estimated spill rate of spill 10-50 bbl is 17.4 bbl/BBO, and therefore the spill rate for spills in the size range 1.1-50 bbl is 57.4 + 17.4 = 71.8 spills/bbl (Table 2).

The oil spill risk analysis included as Appendix A of the BA calculated spill rates specific to the POCSR by counting only spills that occurred in waters in the Pacific and the 1.37 BBO of oil production in the POCSR from 1963 to 2022 (BOEM 2023b). I recreated that analysis based on spill data from the Bureau of Safety and Environmental Enforcement (BSEE 2014a, b), supplemented with information from Table A-1 from BOEM (2023b) (Tables 3 and 4).

*Table 3. There were 16 California spills ≥10 bbl from operations in POCSR waters from 1964-2013 (BSEE 2014a, b). Spills ≥50 bbl are in shaded rows.*

| Year | Month | Day | Total volume (bbl) | Petroleum volume (bbl) | Location |
|------|-------|-----|--------------------|------------------------|----------|
| 1969 | 12 | 16 | 900 | 900 | CA |
| 1969 | 1 | 28 | 80,000 | 80,000 | CA |
| 1981 | 8 | 24 | 17 | 17 | CA |
| 1981 | 9 | 13 | 10 | 10 | CA |
| 1981 | 10 | 23 | 10 | 10 | CA |
| 1981 | 10 | 24 | 17 | 17 | CA |
| 1984 | 7 | 19 | 31 | 31 | CA |
| 1987 | 11 | 25 | 20 | 20 | CA |
| 1990 | 5 | | 100 | 100 | CA |
| 1991 | 5 | | 50 | 50 | CA |
| 1991 | 11 | 21 | 10 | 10 | CA |
| 1994 | 5 | 25 | 30 | 30 | CA |
| 1994 | 12 | | 50 | 50 | CA |
| 1996 | 5 | | 150 | 150 | CA |
| 1999 | 6 | 5 | 10 | 10 | CA |
| 2008 | 12 | 7 | 30 | 30 | CA |

*Table 4. Other spills ≥ 50 bbl listed by BOEM in Appendix A Table A-1 (BOEM 2023b). Spills ≥50 bbl are in shaded rows.*

| Year | Total volume (bbl) | Petroleum volume (bbl) | Location |
|------|--------------------|------------------------|----------|
| 1997 | 164 | 164 | CA |
| 2021 | 588 | 588 | CA |

Lubetkin                                                      February 7, 2025

I grouped the spills into four size categories and calculated size category specific spill rates/BBO (Tables 5 and 6).

*Table 5. Spills by size category from 1964-2013 from Table 3.*

|  | Size category (bbl) | | | |
|---|---|---|---|---|
|  | $\geq$10-50 | $\geq$50-100 | $\geq$100-1,000 | $\geq$1,000 |
| Number of spills | 10 | 2 | 3 | 1 |

*Table 6. POCSR spill rates by size category from 1964-2022 based on the spills listed in Tables 3 and 4 and assuming 1.37 BBO oil production.*

|  | Size category (bbl) | | | |
|---|---|---|---|---|
|  | $\geq$10-50 | $\geq$50-100 | $\geq$100-1,000 | >1,000 |
| Number of spills | 10 | 2 | 5 | 1 |
| Spill rate (spills/BBO) | 7.3 | 1.46 | 3.65 | 0.73 |

Lubetkin                                                                                                February 7, 2025

The rates computed from the spills shown in Tables 3 and 4 differ from the rates in BOEM (2023b) (Table 7). The mis-categorization of the 900 bbl spill in 1969 as a large spill resulted in an undercount of spills in the 50-1,000 bbl size class and an overcount of spills in the >1,000 bbl size class in BOEM (2023). If $T = 0.226$ BBO, there is a 15.2% chance of at least one spill >1,000 BBO, a probability that increases to 58.6% if 1.207 BBO are produced (Table 8).

*Table 7. Previously cited spill rates from BOEM for the US OCS as a whole and POCSR-specific spill rates based on BOEM (2023b) and this study. Shaded rows indicate POCSR-specific rates.*

| Spill size category (bbl) | Source | Region | Rate (spills/BBO) |
|---|---|---|---|
| ≤1 | BOEM 2023b | POCSR* | 1,021 |
| 1.1-9.9 | This study | POCSR | 32.1 − 7.3 = 24.8 |
| 10-50 | This study | POCSR | 7.3 |
| 1-50 | BOEM 2023b | POCSR* | 32.1 |
| 10-100 | This study | POCSR | 7.3 + 1.46 = 8.76 |
| 50-100 | This study | POCSR | 1.46 |
| 50-1,000 | BOEM 2023b | POCSR | 4.38 |
| 50-1,000 | This study | POCSR | 5.11 |
| 100-1,000 | This study | POCSR | 3.65 |
| >1,000 | This study | POCSR | 0.73 |
| >10,000 | BOEM 2023b | POCSR* | 1.46 |
| >10,000 | This study | POCSR | 0.73 |

* Spill rate computed based on the number of spills in each category from BOEM 2023b Appendix A and using a total of 1.37 BBO produced. For example, 1,399 spills ≤1 bbl/1.37 BBO = 1,021 spills ≤1 bbl per BBO produced.

*Table 8. Projected number of spills and the probability of at least one occurrence (Poisson) if production is 0.2256 or 1.207 BBO based on POSCR-specific spill rates from Table 7.*

| Spill size (bbl) | Spill rate (spills/BBO) | Exposure (BBO) | | | |
|---|---|---|---|---|---|
| | | T = 0.2256 (BOEM 2023b) | | T = 1.207 (Sable 2024) | |
| | | N | P(≥1) (%) | N | P(≥1) (%) |
| <1 | 1,021 | 230.3 | 100.0% | 1,232.3 | 100.0% |
| 1 to <10 | 24.8 | 5.6 | 99.6% | 29.9 | 100.0% |
| 10 to <100 | 8.76 | 2.0 | 86.1% | 10.6 | 100.0% |
| 100 to <1,000 | 3.65 | 0.8 | 56.1% | 4.4 | 98.8% |
| >1,000 | 0.73 | 0.2 | 15.2% | 0.9 | 58.6% |

18

The estimated rates for spills >1,000 bbl based on this method are based on very little data. Another approach for estimating the rates of large spills is to use extreme value theory (EVT) specifically to estimate spill rates specific to the POCSR for spills >1,000 bbl and up to volumes approaching the larger WCD volume (Appendix C). There are two ways to approach this problem. The first is directly with spill data from the POCSR. The second is indirectly by breaking the annual rates for the whole US OCS into region-specific annual rates.

The direct approach uses the spill data from California, as provided in Appendix A from BOEM (2023b), which grouped the spills for the POCSR into size categories <1 bbl, 1-50 bbl, and >50 bbl and showed the number and total volume released in each size category annually from 1963 to 2022. Data for individual spill volumes were not shown except in the case when there is a single spill in a size category for a given year. There were many years when the largest spill category with observed spills contained more than one spill and a total volume.  In those cases, I used mean spill volume calculated from the total number of observed spills and total volume spilled in the largest category in which spill data were recorded (Appendix D). The mean underestimates the maximum spill volume for that year unless all spills in the size category were exactly the same size. There were 16 California spills $\geq$10 bbl from operations in POCSR waters from 1964-2013 (BSEE 2014a, b) (Table 3). The maximum spills listed in 1981, 1984, 1987, and 2008 are larger than the mean volumes I calculated from the data in Table A-1 from BOEM (2023). I used the larger values in fitting the EVT.

After using EVT on California spill data, I found the $R_{POSCR}$ for spills >1,000 bbl to >5,000,000 bbl (Table 9). I used those rates to calculate expected numbers of spills over 15, 30, 40, and 50 years of exposure, as well as the probability of at least one occurrence. While more traditional methods have estimates of >1,000 bbl spills ranging from 15.2% if 0.226 BBO are produced to 58.6% if 1.207 BBO are produced (Table 8), the EVT model puts the probability of a spill >1,000 bbl as 52.9% if there are 15 years of production and 91.9% if production lasts 50 years (Table 9). Additionally, the 95% confidence interval for the spill size expected to be exceeded once in 50 years ranges from 394 to 98,570 bbl (Table 10). Larger spills have smaller probabilities of occurrence (Figure 4). The probability of at least one spill >10,000 bbl associated with 50 years of production in the POCSR is 53.5% based on the POCSR spill rates estimated by fitting an EVT model to California spill data. The probability of at least one spill >1,000,000 bbl

Lubetkin                                                                February 7, 2025

associated with 50 years of production in the POCSR is 2.0% based on the POCSR spill rates estimated by fitting an EVT model to California spill data.

*Table 9. Poisson model: P(≥1 spill) = 1 – exp(-N) for POCSR rates fit using EVT on California spill data*

| Spill size (bbl) | $R_{POCSR}$ (spills per year) | Amount of exposure | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | $T = 15$ years | | $T = 30$ years | | $T = 40$ years | | $T = 50$ years | |
| | | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) |
| ≥1,000 | 0.05025 | 0.754 | 52.9% | 1.508 | 77.9% | 2.010 | 86.6% | 2.513 | 91.9% |
| ≥5,000 | 0.02257 | 0.339 | 28.7% | 0.677 | 49.2% | 0.903 | 59.5% | 1.129 | 67.6% |
| ≥10,000 | 0.01531 | 0.230 | 20.5% | 0.459 | 36.8% | 0.612 | 45.8% | 0.766 | 53.5% |
| ≥25,000 | 0.00876 | 0.131 | 12.3% | 0.263 | 23.1% | 0.350 | 29.6% | 0.438 | 35.5% |
| ≥50,000 | 0.00554 | 0.083 | 8.0% | 0.166 | 15.3% | 0.222 | 19.9% | 0.277 | 24.2% |
| ≥100,000 | 0.00332 | 0.050 | 4.9% | 0.100 | 9.5% | 0.133 | 12.4% | 0.166 | 15.3% |
| ≥250,000 | 0.00157 | 0.024 | 2.3% | 0.047 | 4.6% | 0.063 | 6.1% | 0.079 | 7.5% |
| ≥500,000 | 0.000827 | 0.012 | 1.2% | 0.025 | 2.5% | 0.033 | 3.3% | 0.041 | 4.1% |
| ≥1,000,000 | 0.000402 | 0.006 | 0.6% | 0.012 | 1.2% | 0.016 | 1.6% | 0.020 | 2.0% |
| ≥5,000,000 | 0.000047 | 0.001 | 0.1% | 0.001 | 0.1% | 0.002 | 0.2% | 0.002 | 0.2% |

*Table 10. Spill size (in bbl) confidence intervals (CI) based on the EVT fit to the California spill data.*

| | 95% CI lower bound | Estimate | 95% CI upper bound |
|---|---|---|---|
| 10-year | 35.6 | 199.5 | 1,116.5 |
| 50-year | 394.3 | 6,234.6 | 98,569.9 |
| 100-year | 686.4 | 20,276.2 | 598,993.3 |

Lubetkin                                                    February 7, 2025



*Figure 4. Spill probabilities for spills exceeding 1,000 bbl to 5,000,000 bbl in up to 50 years of exposure based on an EVT model fit to California spill data.*

Lubetkin                                                                February 7, 2025

The indirect approach uses the spill data from the US OCS as a whole and from the GOM. BOEM (2025) has argued that

> [T]he return period and the probability of a catastrophic spill occurring on the US OCS cannot be assumed as equivalent for the GOM Region alone. The results are an upper bound (or at least a very conservative estimate) of oil spill risk in the GOM. It is highly likely that an analysis focused on a more geographically specific area, i.e., the GOM, would produce lower oil spill risk because the GOM is only one part of the OCS. Oil spill risk does vary by region and by a particular operation. Applying the same catastrophic spill risk and return rates to only one region would be invalid and overestimate the return period and probability of a spill in the GOM, because the GOM is a subregion of the entire OCS.

Under that logic:

$$R_{OCS} = R_{GOM} + R_{Pacific} + R_{Alaska}$$

where the spill rates $R_{OCS}$, $R_{GOM}$, $R_{Pacific}$, and $R_{Alaska}$ are the number of spills per year over a shared number of years, 1964-2012, for the whole US OCS, the GOM OCS, the POCSR, and the Alaska OCS, respectively, for spills too large to be estimated using the usual method. BSEE (2014a, b) only list two spills in 1982 (19 bbl and 21 bbl) from Alaska, so $R_{Alaska}$ for very large spills is effectively zero for the purposes of this analysis. Thus,

$$R_{Pacific} = R_{OCS} - R_{GOM}$$

I have fit extreme value theory models to spill data to the data from the whole US OCS and the subset of data from the GOM OCS and found the $R_{Pacific}$ spill rates by subtraction (Appendix C). For example, the rates for spills >1,000,000 bbl in the OCS as a whole are 0.00868 spills per year and in the GOM OCS are 0.00764 spills per year (Table 11), so

$$R_{Pacific} = R_{OCS} - R_{GOM}$$

$$= 0.00868 - 0.00764$$

$$= 0.00104 \text{ spills} >1,000,000 \text{ per year}$$

22

Lubetkin                                                                              February 7, 2025

In this case, if oil development continues on the POCSR for the next 50 years, the expected number of spills >1,000,000 bbl is 0.052, or a 5.1% chance of at least one spill >1,000,000 bbl occurring (Table 11, Figure 5).

*Table 11. Estimates of the spill rate, return period, expected number of spills, and probability of at least one spill over 15, 30, 40, and 50 years of exposure in the POCSR as found by subtracting the GOM OCS EVT rates from the US OCS EVT rates.*

| Spill size (bbl) | $R_{Pacific}$ (spills per year) | Amount of exposure | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | $T = 15$ years | | $T = 30$ years | | $T = 40$ years | | $T = 50$ years | |
| | | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) |
| ≥10,000 | 0.0077 | 0.116 | 10.9% | 0.231 | 20.6% | 0.308 | 26.5% | 0.385 | 32.0% |
| ≥50,000 | 0.005 | 0.075 | 7.2% | 0.150 | 13.9% | 0.200 | 18.1% | 0.250 | 22.1% |
| ≥100,000 | 0.0038 | 0.057 | 5.5% | 0.114 | 10.8% | 0.152 | 14.1% | 0.190 | 17.3% |
| ≥250,000 | 0.0025 | 0.038 | 3.7% | 0.075 | 7.2% | 0.100 | 9.5% | 0.125 | 11.8% |
| ≥500,000 | 0.0016 | 0.024 | 2.4% | 0.048 | 4.7% | 0.064 | 6.2% | 0.080 | 7.7% |
| ≥1,000,000 | 0.00104 | 0.016 | 1.5% | 0.031 | 3.1% | 0.042 | 4.1% | 0.052 | 5.1% |
| ≥5,000,000 | 0.00026 | 0.004 | 0.4% | 0.008 | 0.8% | 0.010 | 1.0% | 0.013 | 1.3% |

*Two sets of rates based on two types of exposure: production and time*

This report has spill rate estimates with two different units, spills/BBO and spills/year. This begs the question: How well do those two different rate types apply to the SYU? Both rate types are based on spill history but with slightly different emphases. The rates with units of spills/BBO are based on the number of spills over a known amount of prior production. The rates with units of spills/yr are based on observed spill maxima over a known number of years. In this case, the spill record over a production history of 1.37 BBO was used to estimate the spill rates using spills/BBO for the SYU for a comparable level of production (1.207 BBO) based on Sable Corp.'s presentation to investors (Sable Corp. 2024). The rates with units of spills/year were fit using EVT models fit with 43 years of spill maxima for the POCSR and 49 years of spill maxima for the US OCS and GOM and were used to estimate spill probabilities for up to 50 years of production for the SYU while it would produce roughly the same amount of oil that the POCSR has over that amount of time. Thus, both types of rates calculated in this report should be applicable to the SYU, although they frame it through different lenses and are applied to different spill sizes.

Lubetkin                                                              February 7, 2025



Figure 5. Larger spills have smaller probabilities of occurrence. The probability of at least one spill >10,000 bbl associated with 50 years of offshore production in the POCSR is 32.0% based on the POCSR rates estimated by subtraction of GOM OCS rates from US OCS rates. The probability of at least one spill >1,000,000 bbl associated with 50 years of offshore production in the POCSR is 5.1% based on the POCSR rates estimated by subtraction of GOM OCS rates from US OCS rates.

Lubetkin                                                                    February 7, 2025

**VI.    Without known consequences for each spill size class, the risk analysis is incomplete.**

Recall that BOEM (2022, 2023a) defines

*Spill Impact Risk = probability of a spill* x *impacts of a spill* (BOEM 2022, 2023a).

and BOEM and BSEE (2014) define

*Risk = frequency* x *consequences.*

Consider a hypothetical set of spill size classes and their attendant annual frequencies and impacts (Table 12). In this case, the impacts are listed in dollars for simplicity, but they could also be represented by quantities such as km of oiled coast, fish kills, km$^2$ with oil concentrations over a given threshold, etc. In this example, the impacts increase approximately linearly with spill size.

Spills that are between 100,000 and 500,000 bbl could be more likely to occur than spills >500,000 bbl. Here, a spill >500,000 bbl would be considered highly unlike (1 in a million) worst case discharge. Even with less extreme consequences, the increased probability (or expected frequency) of occurrence for spills in that size range means that the risks associated with that size class are larger than the risks of the >500,000 bbl spills. Table 12 shows a comprehensive oil spill risk analysis by including spill volumes from 1 bbl to the maximum WCD volume, the probabilities of those spills, and their impacts.

25

Lubetkin

February 7, 2025

*Table 12. Hypothetical spill risk calculations for spills in different size classes and cumulatively for all spill sizes. Spill impact in dollar values and spill frequencies per year are hypothetical examples to show illustrate how only analyzing the risks associated with the largest spills discounts the overall spill risk and how the two forms of spill risk calculations differ.*

| Spill size (bbl) | Spill frequency per year | Annual probability of at least one occurrence (%) | Expected number of spills in 30 years (frequency in 30 years) | Probability of at least one occurrence in 30 years (%) | Spill impact ($) | 30-year spill impact risk = Impact x 30-yr Probability ($) | 30-year risk = Impact x 30-year Frequency ($) |
|---|---|---|---|---|---|---|---|
| 1-10 | 100 | 100.0% | 3,000 | 100.0% | $1 | $1 | $3,000 |
| 10-100 | 10 | 100.0% | 300 | 100.0% | $10 | $10 | $3,000 |
| 100-1,000 | 5 | 99.3% | 150 | 100.0% | $150 | $150 | $22,500 |
| 1,000-10,000 | 2 | 86.5% | 60 | 100.0% | $5,000 | $5,000 | $300,000 |
| 10,000-100,000 | 1 | 63.2% | 30 | 100.0% | $20,000 | $20,000 | $600,000 |
| 100,000-500,000 | 0.2 | 18.1% | 6 | 99.8% | $500,000 | $498,761 | $3,000,000 |
| >500,000 | 0.0000001 | 0.0% | 0.000003 | 0.0% | $1,000,000 | $3 | $3 |
| All spill size classes | 118.2 | 100.0% | 3,546 | 100.0% | | $523,925 | $3,928,503 |

Lubetkin                                                              February 7, 2025

The full picture provided in Table 12 for this hypothetical example shows that

- more than 118 oil spills would be expected each year;
- over 30 years, more than 3,500 spills would be expected;
- 84.7% of the spill incidents would be expected to be <10 bbl;
- spills with volumes between 1,000 and 500,000 bbl represent 2.7% of the number of incidents and would account for 99% of the risk;
- 6 spills between 100,000 and 500,000 bbl would be expected;
- 0 spills >500,000 bbl would be expected;
- the impacts from all the spills over 30 years would be ~$500,000 when computed based on probability and $3,000,000 when computed based on the expected number of spills.

In summary, a complete oil spill risk analysis also requires having correct estimates of the spill frequencies for spills across a range of size classes for the project as a whole. The difference in calculating risk based on probability rather than the number of incidents is evident by examining the smaller, more frequent spills. The risk based on probability does not reflect that smaller spills that occur frequently have the potential to have substantial impacts due to long term and chronic exposure, even if they do not have the same impact as an acute large spill.

Lubetkin                                                                                    February 7, 2025

A spill risk analysis has three components for each spill size category: using values of $R_{size}$ and the project-specific exposure $T$ to calculate a quantitative estimate of $N_{size}$; using the $N_{size}$ to find the probability of at least one spill in each category, $P_{size}(\geq 1)$; and assessing the consequences with each size category. For the SYU:

- The WCD if a loss of well control occurs with an estimated flow rate of 33,986 bbl per day requires 17 days to stop with surface capping equipment is 577,762 bbl (BOEM 2023b).
- The WCD if a loss of well control occurs with an estimated flow rate of 33,986 bbl per day requires 170 days to dig a relief well is 5,777,620 bbl, which includes the 577,762 bbl released while surface intervention was unsuccessfully attempted in the first 17 days (BOEM 2023b).

Thus, a thorough spill risk analysis for the SYU should include all those elements for spills ranging from 0 to >1,000,000 bbl. However, the trajectory analysis in BOEM (2023b) had a maximum spill volume of 1,000 bbl (5 days of 200 bbl/day release as maximum size).

Without descriptions of the impacts for each of the size classes, the remaining risk assessment uses hypothetical spill costs as proxies for spill consequences (Tables 13-18). The costs increase with spill volume and were loosely based on the $95 million in estimated damages associated with the 588 bbl Huntington Beach spill (*Southern California News* 2023) and the $65 billion in costs associated with the 4,900,000 bbl *Deepwater Horizon* event (Bousso 2018).For context, the Harmony, Hondo, and Heritage platforms are at water depths from 842-1,198 feet and distances to land between 5.1 and 8.2 miles (BSEE 2025), while the *Deepwater Horizon* operated at a water depth of 4,992 feet and was 52 miles from shore (BSEE 2014b). Thus, the hypothetical cost estimates for spills in the 1,000,000-5,000,000 bbl range based on the *Deepwater Horizon* costs may be a gross underestimation of costs for a similarly sized spill in the POCSR.

Tables 13 and 14 show the risk analysis for spills in five size classes considered small to medium for 0.226 BBO and 1.207 BBO of production, respectively. These tables show that spills in the 100-1,000 bbl range are the largest part of the spill risk, highlighting that spills that would be considered small can still accrue significant costs.

Tables 15 and 16 show the risk analysis for large to catastrophic (Enormous – Class B) spills ranging from >1,000 to >5,000,000 bbl based on an EVT model fit to California spill data with

Lubetkin                                                              February 7, 2025

15 years and 50 years of exposure, respectively. Based on the hypothetical impact costs, large spills could have ~$1.3 billion in costs over 15 years and between $4.0-4.6 billion over 50 years.

Tables 17 and 18 show the risk analysis for huge to catastrophic (Enormous – Class B) spills ranging >10,000 to >5,000,000 bbl based on California spill rates found by computing the difference in rates between the US OCS and the GOM OCS with 15 years and 50 years of exposure, respectively. Based on the hypothetical impact costs, large spills could have ~$1.75 billion in costs over 15 years and between $5.7-5.9 billion over 50 years.

Even low probability spills may carry high risks. Given that *risk = frequency* x *consequence* (BOEM and BSEE 2014) and *spill impact risk = probability of spill* x *impacts of spill* (BOEM, 2022, 2023a), spill risks may be higher than stake holders or decision makers are comfortable with once the quantitative values for expected numbers of spills of all sizes and their probabilities are coupled with estimates of their impacts, even if the probabilities do not reach the range of "statistically expected". In short, whether the risk associated with a 20%, 10%, or 2% probability is "low" may be in the eye of the beholder, depending both on the event being described (a 1,000 bbl (159 m$^3$) spill or a 1,000,000 bbl (159,000 m$^3$) spill) and the exposure period.

Lubetkin                                                                                    February 7, 2025

*Table 13. Partial spill risk calculations for spills in different size classes and cumulatively for all spill sizes based on the POCSR specific spill rates per BBO and 0.226 BBO exposure for spills in size categories up to >1,000 bbl. Spill impact in dollar values are hypothetical examples.*

| Spill size (bbl) | Spill frequency per BBO | Expected number of spills if 0.226 BBO are produced | Probability of at least one occurrence (%) | Spill impact ($) | Spill impact risk = Impact x Probability ($) | Risk = Impact x Frequency ($) |
|---|---|---|---|---|---|---|
| <1 | 1,021 | 230.3 | 100.0% | $1 | $1 | $230 |
| 1-10 | 24.8 | 5.6 | 99.6% | $250 | $249 | $1,399 |
| 10-100 | 8.76 | 2.0 | 86.1% | $150,000 | $129,212 | $296,438 |
| 100-1,000 | 3.65 | 0.8 | 56.1% | $95,000,000 | $53,302,679 | $78,226,800 |
| >1,000 | 0.73 | 0.2 | 15.2% | $200,000,000 | $30,368,342 | $32,937,600 |
| All spill size classes | 1,058.94 | 238.9 | 100.0% | | $83,800,483 | $111,462,467 |

Notes: Oil price per bbl: ~$70/bbl. A spill impact cost of $1 per spill <1 bbl will underestimate the costs just associated with oil loss for all spills > 0.014 bbl (0.6 gallons).

The mid-point of the 100-1,000 bbl spill class is 550 bbl. The 2021 spill of 588 bbl of oil near Huntington Beach resulted in $95,000,000 in damages awarded (*Southern California News* 2023).

30

Lubetkin                                                                                    February 7, 2025

*Table 14. Partial spill risk calculations for spills in different size classes and cumulatively for all spill sizes based on the POCSR specific spill rates per BBO and 1.207 BBO exposure for spills in size categories up to >1,000 bbl. Spill impact in dollar values are hypothetical examples.*

| Spill size (bbl) | Spill frequency per BBO | Expected number of spills if 1.207 BBO are produced | Probability of at least one occurrence (%) | Spill impact ($) | Spill impact risk = Impact x Probability ($) | Risk = Impact x Frequency ($) |
|---|---|---|---|---|---|---|
| <1 | 1,021 | 1,232.3 | 100.0% | $1 | $1.00 | $1,232.35 |
| 1-10 | 24.8 | 29.9 | 100.0% | $250 | $250.00 | $7,483.40 |
| 10-100 | 8.76 | 10.6 | 100.0% | $150,000 | $149,996.16 | $1,585,998.00 |
| 100-1,000 | 3.65 | 4.4 | 98.8% | $95,000,000 | $93,840,108.01 | $418,527,250.00 |
| >1,000 | 0.73 | 0.9 | 58.6% | $200,000,000 | $117,135,448.38 | $176,222,000.00 |
| All spill size classes | 1,058.94 | | 100% | | $211,125,803.55 | $596,343,963.75 |

Notes: Oil price per bbl: ~$70/bbl. A spill impact cost of $1 per spill <1 bbl will underestimate the costs just associated with oil loss for all spills > 0.014 bbl (0.6 gallons).

The mid-point of the 100-1,000 bbl spill class is 550 bbl. The 2021 spill of 588 bbl of oil near Huntington Beach resulted in $95,000,000 in damages awarded (*Southern California News* 2023).

31

Lubetkin                                                                    February 7, 2025

*Table 15. Partial spill risk calculations for spills in different size classes and cumulatively for all spill sizes based on the POCSR specific spill rates calculated from the California spill data EVT model and 15 years of exposure for spills in size categories ≥1,000 bbl. Spill impact in dollar values are hypothetical examples.*

| Spill size class (bbl) | Spill frequency per year | Annual probability of at least one occurrence (%) | Expected number of spills in 50 years (frequency in 15 years) | Probability of at least one occurrence in 15 years (%) | Spill impact ($) | 15-year spill impact risk = Impact x 15-yr Probability ($) | 15-year risk = Impact x 15-year Frequency ($) |
|---|---|---|---|---|---|---|---|
| 1,000-10,000 | 0.03494 | 3.434% | 0.5241 | 40.79% | $200,000,000 | $81,582,399 | $104,820,000 |
| 10,000-100,000 | 0.01199 | 1.192% | 0.1799 | 16.46% | $2,000,000,000 | $329,208,977 | $359,700,000 |
| 100,000-500,000 | 0.002493 | 0.249% | 0.0374 | 3.67% | $10,000,000,000 | $367,044,416 | $373,950,000 |
| 500,000-1,000,000 | 0.000425 | 0.042% | 0.0064 | 0.64% | $20,000,000,000 | $127,094,456 | $127,500,000 |
| 1,000,000-5,000,000 | 0.000355 | 0.035% | 0.0053 | 0.53% | $65,000,000,000 | $345,205,076 | $346,125,000 |
| >5,000,000 | 0.000047 | 0.005% | 0.0007 | 0.07% | $100,000,000,000 | $70,475,155 | $70,500,000 |
| All spill size classes ≥1,000 bbl | 0.05025 | 4.901% | 0.7538 | 52.94% | | $1,320,610,478 | $1,382,595,000 |

32

Lubetkin                                                                                      February 7, 2025

*Table 16. Partial spill risk calculations for spills in different size classes and cumulatively for all spill sizes based on the POCSR specific spill rates calculated from the California spill data EVT model and 50 years of exposure for spills in size categories $\geq 1,000$ bbl. Spill impact in dollar values are hypothetical examples.*

| Spill size class (bbl) | Spill frequency per year | Annual probability of at least one occurrence (%) | Expected number of spills in 50 years (frequency in 50 years) | Probability of at least one occurrence in 50 years (%) | Spill impact ($) | 50-year spill impact risk = Impact x 50-yr Probability ($) | 50-year risk = Impact x 50-year Frequency ($) |
|---|---|---|---|---|---|---|---|
| 1,000-10,000 | 0.03494 | 3.43% | 1.747 | 82.6% | $200,000,000 | $165,140,790 | $349,400,000 |
| 10,000-100,000 | 0.01199 | 1.19% | 0.600 | 45.1% | $2,000,000,000 | $901,827,779 | $1,199,000,000 |
| 100,000-500,000 | 0.002493 | 0.25% | 0.125 | 11.7% | $10,000,000,000 | $1,171,941,694 | $1,246,500,000 |
| 500,000-1,000,000 | 0.000425 | 0.042% | 0.021 | 2.1% | $20,000,000,000 | $420,516,191 | $425,000,000 |
| 1,000,000-5,000,000 | 0.000355 | 0.035% | 0.018 | 1.8% | $65,000,000,000 | $1,143,570,785 | $1,153,750,000 |
| >5,000,000 | 0.000047 | 0.005% | 0.002 | 0.2% | $100,000,000,000 | $234,724,091 | $235,000,000 |
| All spill size classes $\geq 1,000$ bbl | 0.05025 | 4.901% | 2.5125 | 91.9% | | $4,037,721,331 | $4,608,650,000 |

33

Lubetkin

February 7, 2025

*Table 17. Partial spill risk calculations for spills in different size classes and cumulatively for all spill sizes based on the POCSR specific spill rates calculated from the US OCS EVT – GOM OCS EVT and 15 years of exposure for spills in size categories ≥10,000 bbl. Spill impact in dollar values are hypothetical examples.*

| Spill size (bbl) | Spill frequency per year | Annual probability of at least one occurrence (%) | Expected number of spills in 50 years (frequency in 15 years) | Probability of at least one occurrence in 15 years (%) | Spill impact ($) | 15-year spill impact risk = Impact x 15-yr Probability ($) | 15-year risk = Impact x 15-year Frequency ($) |
|---|---|---|---|---|---|---|---|
| 10,000-100,000 | 0.0039 | 0.39% | 0.059 | 5.7% | $2,000,000,000 | $113,643,519 | $117,000,000 |
| 100,000-500,000 | 0.0022 | 0.22% | 0.033 | 3.2% | $10,000,000,000 | $324,614,404 | $330,000,000 |
| 500,000-1,000,000 | 0.00056 | 0.06% | 0.008 | 0.8% | $20,000,000,000 | $167,296,372 | $168,000,000 |
| 1,000,000-5,000,000 | 0.00078 | 0.08% | 0.012 | 1.2% | $65,000,000,000 | $756,068,375 | $760,500,000 |
| ≥5,000,000 | 0.00026 | 0.03% | 0.004 | 0.4% | $100,000,000,000 | $389,240,488 | $390,000,000 |
| All spill size classes ≥10,000 bbl | 0.0077 | 0.77% | 0.116 | 10.9% | | $1,750,863,158 | $1,765,500,000 |

34

Lubetkin                                                                                          February 7, 2025

*Table 18. Partial spill risk calculations for spills in different size classes and cumulatively for all spill sizes based on the POCSR specific spill rates calculated from the US OCS EVT – GOM OCS EVT and 50 years of exposure for spills in size categories ≥10,000 bbl. Spill impact in dollar values are hypothetical examples.*

| Spill size (bbl) | Spill frequency per year | Annual probability of at least one occurrence (%) | Expected number of spills in 50 years (frequency in 50 years) | Probability of at least one occurrence in 50 years (%) | Spill impact ($) | 50-year spill impact risk = Impact x 50-yr Probability ($) | 50-year risk = Impact x 50-year Frequency ($) |
|---|---|---|---|---|---|---|---|
| 10,000-100,000 | 0.0039 | 0.39% | 0.195 | 17.7% | $2,000,000,000 | $354,330,684 | $390,000,000 |
| 100,000-500,000 | 0.0022 | 0.22% | 0.110 | 10.4% | $10,000,000,000 | $1,041,658,647 | $1,100,000,000 |
| 500,000-1,000,000 | 0.00056 | 0.06% | 0.028 | 2.8% | $20,000,000,000 | $552,232,664 | $560,000,000 |
| 1,000,000-5,000,000 | 0.00078 | 0.08% | 0.039 | 3.8% | $65,000,000,000 | $2,486,203,905 | $2,535,000,000 |
| ≥5,000,000 | 0.00026 | 0.03% | 0.013 | 1.3% | $100,000,000,000 | $1,291,586,498 | $1,300,000,000 |
| All spill size classes ≥10,000 bbl | 0.0077 | 0.77% | 0.385 | 32.0% | | $5,726,012,398 | $5,885,000,000 |

35

Lubetkin                                                                    February 7, 2025

**References**

ABS Consulting, Inc. 2016. 2016 Update of Occurrence Rates for Offshore Oil Spills.
    BOEM/BSEE contract #E15PX0045, Deliverable 7.

Anderson, C. M., Melinda Mayes, and Robert LaBelle. 2012. "Update of occurrence rates for
    offshore oil spills." US Department of the Interior, Bureau of Ocean Energy Management
    and Bureau of Safety and Environmental Enforcement. OCS Report BOEM 69 (2012):
    2012-069.

Bercha Group, Inc. 2014a. Loss of Well Control Occurrence and Size Estimators for Alaska OCS
    Final Report. OCS Study BOEM 2014-772.

Bercha Group, Inc. 2014b. Updates to Fault Tree Methodology and Technology for Risk
    Analysis Chukchi Sea Sale 193 Leased Area Final Report. OCS Study BOEM 2014-774.

BOEM. 2012. Outer Continental Shelf Oil and Gas Leasing Program: 2012-2017. Final
    Programmatic Environmental Impact Statement OCS EIS/EA BOEM 2012-030.

BOEM. 2017a. Catastrophic Spill Event Analysis: High-Volume, Extended-Duration Oil Spill
    Resulting from Loss of Well Control on the Gulf of Mexico Outer Continental Shelf. 1st
    Revision. OCS Report BOEM 2017-007.

BOEM. 2017b. Gulf of Mexico OCS Oil and Gas Lease Sales: 2017-2022 Gulf of Mexico Lease
    Sales 249, 250, 251, 252, 253, 254, 256, 257, 259, and 261 Final Multisale
    Environmental Impact Statement.

BOEM. 2018. 2019-2024 National Outer Continental Shelf Oil and Gas Leasing Draft Proposed
    Program.

BOEM. 2020. Beaufort Sea: Hypothetical Very Large Oil Spill and Gas Release. OCS Report
    BOEM 2020-001 Anchorage, AK: U.S. Department of the Interior, Bureau of Ocean
    Energy Management, Alaska OCS Region. 151 pp.

BOEM. 2021. Gulf of Mexico Catastrophic Spill Event Analysis: High-Volume, Extended-
    Duration Oil Spill Resulting from Loss of Well Control on the Gulf of Mexico Outer
    Continental Shelf. 2nd Revision. OCS Report BOEM 2021-007.

BOEM. 2022. Draft Economic Analysis Methodology for the 2023–2028 National Outer
    Continental Shelf Oil and Gas Leasing Program. Sterling (VA): US Department of the
    Interior, Bureau of Ocean Energy Management. Report No.: BOEM 2022-034.

BOEM. 2023a. Economic Analysis Methodology for the 2024-2029 National Outer Continental
    Shelf Oil and Gas Program. BOEM 2023-029. https://www.boem.gov/2024-2029-
    Economic-Analysis-Methodology.

Lubetkin                                                                February 7, 2025

BOEM. 2023b. Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area Biological Assessment Endangered and Threatened Species. Prepared for the National Marine Fisheries Service.

BOEM. 2025. How Does BOEM Analyze the Different Sizes of Oil Spills? https://www.boem.gov/environment/how-boem-calculates-oil-spill-risk. Last accessed on January 15, 2025.

BOEM and BSEE. 2014. Qualitative review of safety measures to minimize frequency of blowouts and spills and maximize containment capabilities. Appendix A: Risk of catastrophic oil spills during oil and gas operations on the Gulf of Mexico outer continental shelf.

Bousso, Ron. 2018. "BP Deepwater Horizon costs balloon to $65 billion". *Reuters*. 16 January 2018.

Brunton, D. P. and Schneider, J. M. 2024. Sable Offshore Corp.'s Memorandum of Points and Authorities in Support of Motion to Intervene. Case No. 2:24-cv-05459-FMO-MAA.

BSEE. 2014a. Offshore Incident Statistics Spills Archive. Spill Summaries OCS Spills 10 to 49 Barrels CY 1970-2013.  https://www.bsee.gov/sites/bsee.gov/files/reports/incident-and-investigations/spills-greater-then-10-but-less-than-50-barrels-1964-2012-as-of-march-9-2012.pdf

BSEE. 2014b. Offshore Incident Statistics Spills Archive. Spill Summaries OCS Spills >50 Barrels CY 1964-2013.  https://www.bsee.gov/sites/bsee.gov/files/reports/incident-and-investigations/spills-greater-than-50-barrels1964-2012-as-of-august-3-2012.pdf

BSEE. 2025. Sable Offshore Corp. https://www.bsee.gov/stats-facts/ocs-regions/pacific/pacific-ocs-platforms/exxonmobil

Johnson WR, Marshall CF, Lear EM. 2000. Oil-spill risk analysis: Pacific Outer Continental Shelf Program. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 290 p. Report No.: OCS Report MMS 2000-057.

Li Z, Smith C. 2020. Oil spill risk analysis: conditional probabilities for the Beaufort Sea Planning Area. Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 142 p. Report No.: OCS Report BOEM 2020-003.

Lubetkin, S.C. 2020. The tip of the iceberg: three case studies of spill risk assessments used in environmental impact statements. *Marine Pollution Bulletin*. https://doi.org/10.1016/j.marpolbul.2019.110613

NMFS. 2024. Endangered Species Act Section 7(a)(2) Biological and Conference Opinion Development and Production of Oil and Gas Reserves and Beginning Stages of

Lubetkin                                                                    February 7, 2025

Decommissioning within the Southern California Planning Area of the Pacific Outer Continental Shelf Region. NMFS Consultation Number: 2023-02183.

Rusch, S. P. 2024. Declaration of Steven P. Rusch in support of Sable Offshore Corp.'s Notice of Motion and Motion to Intervene.

Sable Offshore Corp. 2024. Sable Offshore Corp. Investor Presentation.

*Southern California News*. 2023. Judge approves $95 million Huntington Brach oil spill settlement.

Stalfort, D., Roberts, B., and Culvern, C. (ABSG Consulting, Inc., Spring, TX). 2021. Alternative Oil Spill Occurrence Estimators for Determining Rates for the Atlantic Outer Continental Shelf. Sterling (VA): US Department of the Interior, Bureau of Ocean Energy Management. 97 p. Report No.: OCS Study BOEM 2021-065.

Lubetkin                                                                 February 7, 2025

Appendix A. OSRAs published between 1995 and 2023.

The consequences of spills >1,000 barrels (bbl), have been studied in Oil Spill Risk Assessment (OSRAs). BOEM has published two dozen OSRA reports from 1995 to 2023 (Table A1). Half of them were about spill risks in the Gulf of Mexico (GOM) Outer Continental Shelf; 11 were about spill risks in the Alaska Outer Continental Shelf (Cook Inlet, the Chukchi Sea, and the Beaufort Sea; and one was for the Pacific Outer Continental Shelf Region (POCSR) (Johnson et al. 2000). All the OSRAs followed trajectories of hypothetical spills from various launch points. Under the analyses, spills <1,000 bbl are thought not to persist on the surface of the ocean for long enough to warrant trajectory modeling. Not all OSRAs ran for the same length of time. Some OSRAs for the Central and Western GOM that were modeled prior to the *Deepwater Horizon* event in 2010 had trajectories that were only followed for up to 10 days based on the assumption that oil would only persist on the surface for up to 10 days, while other locations' trajectories were modeled for up to 360 days. All the OSRAs included conditional probabilities that showed which resources were likely to be contacted by released oil (or in one case, diesel). Sixteen OSRAs also included explicit spill rates for spills >1,000 bbl, as well as Poisson based estimates of at least one such spill occurring. For OSRAs that included spill rates, combined probabilities were also shown. Six OSRAs also included explicit spill rates for spills >10,000 bbl, as well as Poisson based estimates of at least one such spill occurring. Combined probabilities for contact following spills >10,000 bbl were not shown.

39

Lubetkin                                                                    February 7, 2025

*Table A1. OSRAs from BOEM from 1995-2024 for different regions of the US outer continental shelf have had varying trajectory durations modeled over different geographic regions for different spill volumes. The OSRA for the POCSR is shown in **bold**.*

| Source | Report Number | Region | Methodology (paraphrased or extracted from the text) |
|---|---|---|---|
| Price JM, Lear EM. 1995. | MMS 95-0026 | GOM: Central and Western Lease Sales 157 and 161 | Includes spill rates per billion barrels of oil (BBO), spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. Spill trajectories were modeled for up to 30 days. |
| Anderson CM, Johnson WR, Marshall CF, Lear EM. 1997. | MMS 97-0039 | Beaufort Sea Lease Sale 170 | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. The trajectory model simulated an oil spill as a point. Spill trajectories were tracked for up to 30 days in open water and up to 180 days in ice conditions. |
| Price JM, Marshall CF, Lear EM. 1998. | MMS 98-0037 | Destin Dome (GOM: Eastern) | Conditional probabilities of diesel contact over "the 14 days a diesel spill is assumed to remain as a consolidated mass." |
| Price JM, Marshall CF, Lear EM. 2000. | MMS 2000-059 | GOM | The trajectory model simulated an oil spill as a point. Conditional probabilities. Trajectories continued for up to 30 days. |

Lubetkin                                                                February 7, 2025

*Table A1. (continued)*

| Source | Report Number | Region | Methodology (paraphrased or extracted from the text) |
|---|---|---|---|
| Johnson WR, Marshall CF, Lear EM. 2000. | MMS 2000-057 | POCSR | The study area for this analysis extends from latitude 32.0º N. to 36.5º N. and from longitude 116.5º W. to 123º W. The offshore activity is represented by 23 platform locations, 11 pipeline midpoints, and 10 undeveloped units.<br><br>This conditional OSRA depends on the locations of environmental resources that are at risk and the meteorological, oceanographical, and geographical conditions of the study area. No estimated volumes of oil resources that are assumed to be discovered, produced, and transported were included in this analysis; therefore, no estimates of the likelihood of oil-spill occurrence, or a combined "probability of a spill occurring and contacting the resource," were performed.<br><br>The trajectory model simulates an oil spill as a point. Each trajectory was allowed to continue for as long as 30 days. |
| Johnson WR, Marshall CF, Lear EM. 2000. | MMS 2000-082 | Liberty (Alaska) | Conditional probabilities<br>The trajectory model simulates an oil spill as a point.<br>Spill trajectories were modeled for up to 30 days in open water or 360 days in ice conditions. |
| Johnson WR, Marshall CF, Lear EM. 2002. | MMS 2002-074 | Cook Inlet Lease Sales 191, 199 (Alaska) | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl.<br>Each trajectory was allowed to continue for as long as 30 days. |
| Johnson WR, Anderson CM, Marshall CF, Lear EM. 2002 | MMS 2002-058 | Beaufort Lease Sales 186, 195, 202 (Alaska) | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl.<br>Each trajectory was allowed to continue for as long as 360 days. |

Lubetkin                                                February 7, 2025

*Table A1. (continued)*

| Source | Report Number | Region | Methodology (paraphrased or extracted from the text) |
|---|---|---|---|
| Ji Z-G, Johnson WR, Marshall CF, Rainey GB, Lear EM. 2002. | MMS 2002-069 | GOM, Eastern and Gulfwide | Includes spill rates per BBO, spill probabilities (Poisson model) for spills >1,000 bbl and >10,000 bbl, conditional probabilities, and combined probabilities for spills >1,000 bbl.<br><br>The MMS performed an analysis of the likely weathering and cleanup of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, MMS, 2002a). The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 30 days. Therefore, OSRA Model trajectories were analyzed only up to 30 days. Conditional probabilities of contact with offshore and onshore environmental resource locations within 30 days of travel time were calculated for each of the hypothetical spill sites by the model to serve as input into the final calculation of risk. |

Lubetkin                                                                February 7, 2025

*Table A1. (continued)*

| Source | Report Number | Region | Methodology (paraphrased or extracted from the text) |
|---|---|---|---|
| Ji Z-G, Johnson WR, Marshall CF, Rainey GB, Lear EM. 2002 | MMS 2002-032 | GOM, Central and Western | Includes spill rates per BBO, spill probabilities (Poisson model) for spills >1,000 bbl and >10,000 bbl, conditional probabilities, and combined probabilities for spills >1,000 bbl.<br><br>Each trajectory was allowed to continue for as long as 30 days. The MMS performed an analysis of the likely weathering and cleanup of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, MMS, 2002). The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 10 days.  Therefore, OSRA Model trajectories were analyzed only up to 10 days. Any spill contacts occurring on or before this elapsed time are reported in the probability tables. Conditional probabilities of contact with environmental resource locations and land segments within 10 days of travel time were calculated for each of the hypothetical spill sites by the model to serve as input into the final calculation of risk. |
| Ji Z-G, Johnson WR, Marshall CF, Lear EM. 2004. | MMS 2004-026 | GOM | This report provides the contingency planning statistics for the OCS activities in the GOM. The probabilities of oil spill occurrence and the combined probabilities of contact in the GOM are already presented in previous reports. (Ji et al. 2002a, 2002b).<br><br>The likelihood of oil spills occurring on the OCS was not considered in the analysis.  The MMS performed an analysis of the likely weathering and cleanup of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, MMS, 2002).  The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 10 days. Each trajectory was allowed to continue for as long as 30 days. |

43

Lubetkin                                                              February 7, 2025

*Table A1. (continued)*

| Source | Report Number | Region | Methodology (paraphrased or extracted from the text) |
|---|---|---|---|
| Johnson WR, Marshall CF, Lear EM. 2007c | MMS 2007-041 | Beaufort Lease Sale 202 (Alaska) | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. Each trajectory was allowed to continue for as long as 360 days. |
| Johnson WR, Marshall CF, Lear EM. 2007b | MMS 2007-039 | Sivulliq (Beaufort Sea, Alaska) | Conditional probabilities Each trajectory was allowed to continue for as long as 30 days in open water or 360 days in ice conditions. |
| Johnson WR, Ji Z-G, Marshall CF, Lear EM. 2007a | MMS 2007-029 | GOM: Walker Ridge | Conditional probabilities The MMS performed an analysis of the likely weathering and cleanup of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, MMS, 2002). The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 10 days. Each trajectory was allowed to continue for as long as 30 days. |
| Ji Z-G, Johnson WR, Marshall CF, Lear EM. 2007. | MMS 2007-040 | GOM: Central and Western | Includes spill rates per BBO, spill probabilities (Poisson model) for spills >1,000 bbl and >10,000 bbl, conditional probabilities, and combined probabilities for spills >1,000 bbl. Trajectories ran for up to 30 days. The MMS performed an analysis of the likely weathering and cleanup of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, MMS, 2007b).  The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 10 days.  Therefore, the OSRA Model trajectories were analyzed only up to 10 days. |

Lubetkin                                                                    February 7, 2025

*Table A1. (continued)*

| Source | Report Number | Region | Methodology (paraphrased or extracted from the text) |
|---|---|---|---|
| Ji Z-G, Johnson WR, Li Z, Green RE, O'Reilly SE, Gravois MP. 2012. | BOEM 2012-066 | GOM: Central and Western | Includes spill rates per BBO, spill probabilities (Poisson model) for spills >1,000 bbl and >10,000 bbl, conditional probabilities, and combined probabilities for spills >1,000 bbl. The BOEM performed an analysis of the likely weathering and cleanup of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, MMS, 2002). The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 30 days. Therefore, OSRA Model trajectories were analyzed only up to 30 days. Trajectories ran for up to 30 days. |
| Ji Z-G, Johnson WR, Li Z, Green RE, O'Reilly SE, Gravois MP, Murphy C. 2013 | BOEM 2013-0110 | GOM: Eastern | Includes spill rates per BBO, spill probabilities (Poisson model) for spills >1,000 bbl and >10,000 bbl, conditional probabilities, and combined probabilities for spills >1,000 bbl. Trajectories ran for up to 30 days. BOEM performed an analysis of the likely weathering of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, BOEM 2013). The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 30 days. Therefore, OSRA Model trajectories were analyzed only up to 30 days. |
| Li Z, Johnson WR, Murphy C. 2015. | BOEM 2015-010 | Chukchi Lease Sale 193 (Alaska) | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. Each trajectory was allowed to continue for as long as 360 days. |
| Ji Z-G, Smith C, Johnson WR. 2016. | BOEM 2016-068 | Cook Inlet Lease Sale 244 (Alaska) | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. Each trajectory was allowed to continue for as long as 110 days. |

*Table A1. (continued)*

| Source | Report Number | Region | Methodology (paraphrased or extracted from the text) |
|---|---|---|---|
| Li Z, Crowley H, Johnson WR, Immaraj J. 2017. | BOEM 2017-086 | Liberty (Alaska) | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. Each trajectory was allowed to continue for as long as 360 days. |
| Ji Z-G, Johnson WR, DuFore CM. 2017. | BOEM 2017-010 | GOM: Easten, Central, Western | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. Each trajectory was allowed to continue for as long as 30 days. BOEM performed an analysis of the likely weathering of a typical offshore oil spill of 1,000 bbl or greater occurring under the proposed action scenarios (USDOI, BOEM 2016). The analysis of the slick's fate showed that a typical GOM oil slick of 1,000 bbl or greater, exposed to typical winds and currents, would not persist on the water surface beyond 30 days. Therefore, OSRA model trajectories were analyzed only up to 30 days. |
| Li Z, Smith C. 2020. | BOEM 2020-003 | Beaufort Sea (Alaska) | Conditional probabilities Each trajectory was allowed to continue for as long as 360 days. |
| Ji Z-G, Smith C. 2021. | BOEM 2021-061 | Cook Inlet Lease Sale 258 (Alaska) | Includes spill rates per BBO, spill probabilities (Poisson model), conditional probabilities, and combined probabilities for spills >1,000 bbl. Each trajectory was allowed to continue for as long as 110 days. |
| Ji Z-G, Schiff J. 2023. | BOEM 2023-026 | GOM: Eastern, Western, Central | Includes spill rates per BBO, spill probabilities (Poisson model) for spills >1,000 bb and >10,000 bbl, conditional probabilities, and combined probabilities for spills >1,000 bbl. Trajectories ran for up to 30 days. BOEM performed an analysis of the likely weathering of a typical offshore oil spill $\geq$ 1,000 bbl occurring under the proposed action scenarios (Price et al. 2004). The analysis of the slick's fate showed that a typical GOM oil slick $\geq$ 1,000 bbl, when exposed to typical winds and currents, would not persist on the water surface beyond 30 days. Therefore, OSRA model trajectories were analyzed only up to 30 days. |

Lubetkin                                                              February 7, 2025

**References**

Anderson C.M., Johnson WR, Marshall CF, Lear EM. 1997. Revised oil-spill risk analysis: Beaufort Sea Outer Continental Shelf Lease Sale 170. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 77 p. Report No.: OCS Report MMS 97-0039.

Ji Z-G, Johnson WR, DuFore CM. 2017. Oil-spill risk analysis: Gulf of Mexico Outer Continental Shelf (OCS) lease sales, Eastern Planning Area, Central Planning Area, and Western Planning Area, 2017–2022, and gulf-wide OCS program, 2017–2086. Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management, Division of Environmental Sciences. 64 p. Report No.: OCS Report BOEM 2017-010.

Ji Z-G, Johnson WR, Li Z, Green RE, O'Reilly SE, Gravois MP. 2012. Gulf of Mexico Outer Continental Shelf (OCS) lease sales, Central and Western Planning Areas, 2012–2017, and Gulfwide OCS Program 2012–2051. Herndon (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. Report No.: OCS Report BOEM 2012-066.

Ji Z-G, Johnson WR, Li Z, Green RE, O'Reilly SE, Gravois MP, Murphy C. 2013. Oil-spill risk analysis: Gulf of Mexico Outer Continental Shelf (OCS) lease sales, Eastern Planning Area, 2012–2017, and Eastern OCS Program, 2012–2051. Herndon (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 62 p. Report No.: OCS Report BOEM 2013-0110.

Ji Z-G, Johnson WR, Marshall CF, Lear EM. 2004. Oil-spill risk analysis: contingency planning statistics for Gulf of Mexico OCS activities. Herndon (VA): U.S. Department of the Interior, Minerals Management Service, Environmental Division. 63 p. Report No.: OCS Report MMS 2004-026.

Ji Z-G, Johnson WR, Marshall CF, Lear EM. 2007. Oil-spill risk analysis: Gulf of Mexico Outer Continental Shelf (OCS) lease sales, Central Planning Area and Western Planning Area, 2007–2012, and Gulfwide OCS Program, 2007–2046. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 69 p. Report No.: OCS Report MMS 2007-040.

Ji Z-G, Johnson WR, Marshall CF, Rainey GB, Lear EM. 2002. Oil-spill risk analysis: Gulf of Mexico Outer Continental Shelf (OCS) lease sales, Central Planning Area and Western Planning Area, 2003–2007, and gulfwide OCS program, 2003–2042. Herndon (VA): U.S. Department of the Interior, Minerals Management Service, Environmental Division. 69 p. Report No.: OCS Report MMS 2002-032.

Ji Z-G, Johnson WR, Marshall CF, Rainey GB, Lear EM. 2002. Oil-spill risk analysis: Gulf of Mexico Outer Continental Shelf (OCS) lease sales, Eastern Planning Area, 2003–2007,

Lubetkin                                                                                    February 7, 2025

and Gulfwide OCS Program, 2003–2042. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 71 p. Report No.: OCS Report MMS 2002-069.

Ji Z-G, Schiff J. 2023. Oil spill risk analysis: Gulf of Mexico outer continental shelf (OCS) lease sales in the Eastern Planning Area, Central Planning Area, and Western Planning Area and gulf-wide OCS program. Sterling (VA): U.S. Department of Interior, Bureau of Ocean Energy Management. 51 p. Report No.: OCS Study BOEM 2023-026.

Ji Z-G, Smith C. 2021. Oil spill risk analysis: Cook Inlet Planning Area OCS Lease Sale 258 (revised). Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management, Division of Environmental Sciences. 116 p. Report No.: OCS Report BOEM 2021-061.

Ji Z-G, Smith C, Johnson WR. 2016. Oil-spill risk analysis: Cook Inlet Planning Area, OCS Lease Sale 244. Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 82 p. Report No.: OCS Report BOEM 2016-068.

Johnson WR, Anderson CM, Marshall CF, Lear EM. 2002. Oil-spill risk analysis: Beaufort Sea Planning Area, sales 186, 295, 202. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 140 p. Report No.: OCS Report MMS 2002-058.

Johnson WR, Ji Z-G, Marshall CF, Lear EM. 2007a. Oil-spill risk analysis: contingency planning statistics for Gulf of Mexico OCS activities in the Walker Ridge Planning Area. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 25 p. Report No.: OCS Report MMS 2007-029.

Johnson WR, Marshall CF, Lear EM. 2000. Oil-spill risk analysis: Liberty Development and Production Plan. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 67 p. Report No.: OCS Report MMS 2000-082.

Johnson WR, Marshall CF, Lear EM. 2000. Oil-spill risk analysis: Pacific Outer Continental Shelf Program. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 290 p. Report No.: OCS Report MMS 2000-057.

Johnson WR, Marshall CF, Lear EM. 2002. Oil-spill risk analysis: Cook Inlet Planning Area, OCS Lease Sales 191 and 199. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 76 p. Report No.: OCS Report MMS 2002-074.

Johnson WR, Marshall CF, Lear EM. 2007b. Oil-spill risk analysis: Sivulliq Exploration Project. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 63 p. Report No.: OCS Report MMS 2007-039.

Johnson WR, Marshall CF, Lear EM. 2007c. Supplement to the oil-spill risk analysis: Beaufort Sea Planning Area, OCS Lease Sale 202. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 27 p. Report No.: OCS Report MMS 2007-041.

Lubetkin                                                          February 7, 2025

Li Z, Crowley H, Johnson WR, Immaraj J. 2017. Oil spill risk analysis: Liberty Development Project in the Beaufort Sea, Alaska. Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 56 p. Report No.: OCS Report BOEM 2017-086.

Li Z, Johnson WR, Murphy C. 2015. Supplement to the oil-spill risk analysis: Chukchi Sea Planning Area, OCS Lease Sale 193. Herndon (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 137 p. Report No.: OCS Report BOEM 2015-010.

Li Z, Smith C. 2020. Oil spill risk analysis: conditional probabilities for the Beaufort Sea Planning Area. Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 142 p. Report No.: OCS Report BOEM 2020-003.

Price JM, Lear EM. 1995. Oil-spill risk analysis: Central and Western Gulf of Mexico Outer Continental Shelf Lease Sales 157 and 161. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 405 p. Report No.: OCS Report MMS 95-0026.

Price JM, Marshall CF, Lear EM. 1998. Oil-spill risk analysis: Destin Dome Development and Production Plan. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 299 p. Report No.: OCS Report MMS 98-0037.

Price JM, Marshall CF, Lear EM. 2000. Oil-spill risk analysis: use of floating production, storage, and offloading (FPSO) systems in the Gulf of Mexico. Herndon (VA): U.S. Department of the Interior, Minerals Management Service. 283 p. Report No.: OCS Report MMS 2000-059.

Lubetkin                                                        February 7, 2025

**Appendix B. Example calculations**

The expected number of spills, $N_{size}$, is the product of the spill rate $R_{size}$ and the amount of exposure, $T$. That is

$$N_{size} = R_{size} \times T.$$

The larger the amount of exposure, the higher the expected number of incidents will be.

The expected number of spills can take any value $>0$ depending on the values of $R_{size}$ and $T$.

Spills are unpredictable and random events, and their probabilities are often modeled using a Poisson distribution, which is based on the expected number of spills over a given amount of exposure and a given spill rate. Under a Poisson distribution, the probability of having at least one spill in given size class, $P(N_{size} \geq 1)$, is computed using the equation

$$P(N_{size} \geq 1) = 1 - \exp(-N_{size})$$

where $N_{size}$ is the expected number of spills in a given size class. (Note that $\exp(n) = e^n$, where e is the base of the natural logarithms.

Spill probabilities are bounded between 0 and 1 (0 and 100%), inclusively.

The expected number of spills and probability can be numerically very similar for spills that have low probability but have different units (expected spills and percent chance in a given amount of exposure, respectively).

Lubetkin                                                    February 7, 2025

*Table B1. Example calculations of the N = RT model for finding the expected number of spills
and the probability of at least one occurring for different amounts of exposure (time in years)
and with R = 0.05 spills per year. For low values of T and R the expected numbers of spills and
the spill probability (as expressed between 0 and 1) are numerically similar but have different
units. As RT gets larger, the expected number of spills and the probability are no longer
numerically similar.*

| Years of Exposure ($T$) | Expected number of spills ($N = RT$) | Spill probability | Spill probability (%) |
| --- | --- | --- | --- |
| 0 | 0 | 0.000 | 0.0% |
| 1 | 0.05 | 0.049 | 4.9% |
| 2 | 0.1 | 0.095 | 9.5% |
| 3 | 0.15 | 0.139 | 13.9% |
| 4 | 0.2 | 0.181 | 18.1% |
| 5 | 0.25 | 0.221 | 22.1% |
| 6 | 0.3 | 0.259 | 25.9% |
| 7 | 0.35 | 0.295 | 29.5% |
| 8 | 0.4 | 0.330 | 33.0% |
| 9 | 0.45 | 0.362 | 36.2% |
| 10 | 0.5 | 0.393 | 39.3% |
| … | … | … | … |
| 15 | 0.75 | 0.528 | 52.8% |
| … | … | … | … |
| 20 | 1 | 0.632 | 63.2% |
| … | … | … | … |
| 30 | 1.5 | 0.777 | 77.7% |
| … | … | … | … |
| 40 | 2 | 0.865 | 86.5% |
| … | … | … | … |
| 50 | 2.5 | 0.918 | 91.8% |

51

Lubetkin                                                                                    February 7, 2025

**Appendix C. Extreme value theory applied to the US Outer Continental Shelf (OCS), the Gulf of Mexico OCS, and the Pacific Outer Continental Shelf Region (POCSR) to estimate rates for large and very large spills in the POCSR**

### I.        Introduction

The United States (US) Outer Continental Shelf (OCS) as a whole and the Gulf of Mexico (GOM) OCS have had sufficient spills >1,000 barrels (bbl) to estimate spill rates for that size class using $R = N/T$. However, rates for spills larger than 1,000 bbl are difficult to estimate for the Pacific Outer Continental Shelf Region (POCSR) using that method because there are very few observations to work with. Extreme value theory (EVT) has been applied to a host of environmental research areas, including peak river flow (Cooley, 2013), monthly rainfall (Alam et al., 2018), wind gusts (Wang and Holmes, 2020), and drought (Stagge et al. 2024), in addition to public health (Thomas et al., 2016) and other fields, including oil spills (Eckle et al. Ji e t al. 2014a, b).

There are two related ways to use methods designed for extreme values to approach finding rates specific to the POCSR using EVT. The first is to apply extreme value theory directly to the data available from POSCR (BSEE 2014 b, c; BOEM 2023). I fit an EVT model to spill data to the POCSR data (BOEM 2023) to find the return periods for spills ranging from >1,000 bbl to >5,000,000 bbl.

The second way to use EVT to estimate spill rates for the POCSR is to use data from the US OCS as a whole and then break those rates into portions related to the GOM and to the POCSR. BOEM (2025) has argued that

> [T]he return period and the probability of a catastrophic spill occurring on the US OCS cannot be assumed as equivalent for the GOM Region alone. The results are an upper bound (or at least a very conservative estimate) of oil spill risk in the GOM. It is highly likely that an analysis focused on a more geographically specific area, i.e., the GOM, would produce lower oil spill risk because the GOM is only one part of the OCS. Oil spill risk does vary by region and by a particular operation. Applying the same catastrophic spill risk and return rates to only one region would be invalid and overestimate the return period and probability of a spill in the GOM, because the GOM is a subregion of the entire OCS.

Lubetkin                                                              February 7, 2025

Under that logic:

$$R_{OCS} = R_{GOM} + R_{Pacific} + R_{Alaska}$$

where the spill rates $R_{OCS}$, $R_{GOM}$, $R_{Pacific}$, and $R_{Alaska}$ are the number of spills per year over a shared number of years, 1964-2012, for the whole US OCS, the GOM OCS, the POCSR, and the Alaska OCS, respectively for spills too large to be estimated using the usual method. BSEE (2014a, b) only list two spills in 1982 (19 bbl and 21 bbl) from Alaska, so $R_{Alaska}$ for very large spills is effectively zero for the purposes of this analysis. Thus,

$$R_{Pacific} = R_{OCS} - R_{GOM}$$

I also fit EVT models to spill data to the from the whole US OCS and the subset of data from the GOM following the methodology of Ji et al. (2014a, b) to find the return periods for spills ranging from >10,000 bbl to >5,000,000 bbl. Return periods give the average number of years expected between spills of a given magnitude and units of years per spill. The reciprocal of the return period is the spill rate in units of spills per year (Stalfort et al. 2021).

## II.     Statistical background of extreme value theory

Most oil spills are much smaller than 1,000,000 bbl (159,000 m$^3$). This rarity makes them difficult to predict using statistical methods based on the bulk of the oil spill data. EVT focuses on using the very largest observations to model the frequency of extreme events.

Using the block maxima method, a GEV distribution function is fitted to the largest, most extreme observations from a series of equally sized blocks (Coles 2001, Gilleland and Katz 2016). Blocks need to be sufficiently large and often consist of observations taken throughout a year.

The cumulative density function for return level $z$ in a single block is

Lubetkin                                                                February 7, 2025

$$G(z) = \begin{cases} \exp\left[-\left\{1 + \gamma\left(\frac{z-\mu}{\sigma}\right)\right\}_+^{-\frac{1}{\gamma}}\right] & \text{when } \gamma \neq 0, \text{and} \\ \exp\left[-\exp\left\{-\left(\frac{z-\mu}{\sigma}\right)\right\}\right] & \text{when } \gamma = 0, \end{cases}$$

Eq. 1

where $\mu$ is the location parameter, $\sigma$ is the scale parameter, and $\gamma$ is the shape parameter. $G(z)$ is the probability that $z$ will not be exceeded in a single block, and $p = 1 - G(z)$ is the probability that $z$ will be exceeded in a single block (Coles 2001; Gilleland and Katz 2016). The return period for return level $z$ is $1/(1 - G(z))$ (Coles 2001; Gilleland and Katz 2016). A return period has units of blocks per event, and the reciprocal of the return period is a rate with units events per block. Numerically, for return periods greater than one, the rate (events $> z$ per block) and $p$ are both $1 - G(z)$, but the units (events per block and dimensionless, respectively) and interpretation differ. The return level for a given return period can also be found using algebraic rearrangement such that

$$z_p = \mu - \frac{\sigma}{\gamma}[1 - \{-\ln(1-p)\}^{-\gamma}]$$

Eq. 2

is the return level exceeded in a block with probability $p = 1 - G(z)$ when $\gamma \neq 0$ (Coles 2001). Fitting an EVT assumes that the observations are independent and identically distributed (iid), which means that they all came from a version of Equation 1 with the same values for $\mu$, $\sigma$, and $\gamma$.

### III.    Data acquisition of POCSR, US OCS, and GOM OCS spills

*POCSR spill data from 1963 to 2022*

The spill data used for fitting an EVT model to the POCSR directly are from Table A-1 of BOEM (2023) with additional detail from BSEE (2014a, b). The spill data from 1963 to 2022

Lubetkin                                                                February 7, 2025

were listed in BOEM (2023), but there were not recorded spills in 1963-1968, 1970-1974, 2016-2020, or in 2022. The block maxima method for fitting the EVT model does not work for years when there are no data. Those years have been excluded from the analysis. Of the 60 years of spill data listed in Appendix A of BOEM (2023), there were 43 with usable observations for fitting the EVT model for the POSCR data using the block maxima method.

*US OCS and GOM spill data from 1964-2012*

The spill data used herein are from the Bureau of Safety and Environmental Enforcement (BSEE) summaries of 477 spills 10-49 bbl (1.59 to 7.79 $m^3$) from 1970-2013 (BSEE 2014b), 347 spills $\geq$ 50 bbl (7.95 $m^3$) from 1964-2013 (BSEE 2014c). The two summaries contained the same attributes describing the spills, including the date, location, water depth, spill source (pipeline, platform, or vessel), list of cause(s), and whether the spill was hurricane related, including later seepage caused by hurricane damage. Starting in 1990, spilled substances other than crude and refined petroleum (e.g., synthetic oil-based mud, methanol, other chemicals) were also reported. Spills were reported with total volume of pollutants, showing the relative contributions in different categories. There were 18 spills $\geq$ 10 bbl (1.59 $m^3$) in Alaska OCS or POCSR waters. The largest non-GOM spill was 80,000 bbl (12,720 $m^3$) of crude oil from a release off the California coast on January 28, 1969, which was the largest OCS spill in 1969.

This analysis uses the same 1964-2012 period used by Ji et al. (2014a, b). I considered only the spills of crude oil and refined petroleum products which occurred in the GOM OCS, leaving spills caused by the same hurricane as individual spills. I used a value of 4,900,000 bbl (779,000 $m^3$) for the *Deepwater Horizon* event, which had been listed as "to be determined" (BSEE 2014c). There were no spills > 10 bbl (1.59 $m^3$) listed for the year 1966. I used a value of 1 bbl (0.159 $m^3$) as the maximum spill volume for that year. The annual spill maxima data for the OCS as a whole and for the GOM are given in Appendix D.

Lubetkin                                                                February 7, 2025

### IV.    Method for Fitting the EVT model variations

The model fitting was performed using maximum likelihood in the `extRemes` 2.1-1 package in `RStudio`, following the procedures outlined in Gilleland and Katz (2016) and assuming stationarity (Appendix E). Following Ji et al. (2014a, b), I used $\log_{10}$ (spill volume in bbl) in fitting all the distributions.

### V.    Results

*POSCR spill rate estimates from EVT fit using California spill data*

The estimated spill rates based fitting an EVT model using the block maxima method on spill data in Table D1 (infra) range from 0.05025 spills/year for spills >1,000 bbl to 0.000047 spills/year for spills >5,000,000 bbl (Table C1, Figure C1). Over time, this method indicates that over 30 years, 1.5 spills >1,000 bbl would be expected, which increases to 2.5 spills >1,000 bbl over 50 years. With 50 years of production, this method estimates there is a 91.9% chance of at least one spills >1,000 bbl, a 67.6% chance of at least one spill >5,000 bbl, and a 53.5% chance of at least one spill >10,000 bbl. Additionally, the 95% confidence interval for the spill size expected to be exceeded once in 50 years ranges from 394 to 98,570 bbl (Table C2).

Lubetkin                                                                February 7, 2025

*Table C1. Poisson model: P(≥1 spill) = 1 – exp(-N) for POCSR rates fit using EVT on California spill data.*

| Spill size (bbl) | Return period (years per spill) | $R_{POCSR}$ (spills per year) | T = 30 years | | T = 40 years | | T = 50 years | |
|---|---|---|---|---|---|---|---|---|
| | | | N | P(≥1) (%) | N | P(≥1) (%) | N | P(≥1) (%) |
| ≥1,000 | 19.9 | 0.05025 | 1.5075 | 77.9% | 2.01 | 86.6% | 2.5125 | 91.9% |
| ≥5,000 | 44.3 | 0.02257 | 0.6771 | 49.2% | 0.9028 | 59.5% | 1.1285 | 67.6% |
| ≥10,000 | 65.3 | 0.01531 | 0.4593 | 36.8% | 0.6124 | 45.8% | 0.7655 | 53.5% |
| ≥25,000 | 114.2 | 0.00876 | 0.2628 | 23.1% | 0.3504 | 29.6% | 0.438 | 35.5% |
| ≥50,000 | 181.7 | 0.00554 | 0.1662 | 15.3% | 0.2216 | 19.9% | 0.277 | 24.2% |
| ≥100,000 | 301.4 | 0.00332 | 0.0996 | 9.5% | 0.1328 | 12.4% | 0.166 | 15.3% |
| ≥250,000 | 637.1 | 0.00157 | 0.0471 | 4.6% | 0.0628 | 6.1% | 0.0785 | 7.5% |
| ≥500,000 | 1,208.8 | 0.000827 | 0.02481 | 2.5% | 0.03308 | 3.3% | 0.04135 | 4.1% |
| ≥1,000,000 | 2,489.4 | 0.000402 | 0.01206 | 1.2% | 0.01608 | 1.6% | 0.0201 | 2.0% |
| ≥5,000,000 | 21,380.4 | 0.000047 | 0.00141 | 0.1% | 0.00188 | 0.2% | 0.00235 | 0.2% |

*Table C2. Spill size confidence intervals based on the EVT fit to the California spill data.*

| | 95% CI lower bound | Estimate | 95% CI upper bound |
|---|---|---|---|
| 10-year | 35.6 | 199.5 | 1,116.5 |
| 50-year | 394.3 | 6,234.6 | 98,569.9 |
| 100-year | 686.4 | 20,276.2 | 598,993.3 |

Lubetkin                                                    February 7, 2025



*Figure C1. The EVT model fit to California spill data indicates that there is a >90% chance of a spill >1,000 bbl if oil production continues for 50 years. Spills much larger than 1,000 bbl have decreasing probabilities, with spills >1,000,000 bbl having a 2% probability in 50 years based on these data.*

Lubetkin                                                                    February 7, 2025

*POSCR spill rate estimates found by subtracting GOM OCS rates from US OCS rates*

Estimates rates for spills >10,000 bbl in the POCSR can also be found indirectly by subtracting the rate in the GOM from the rate for the US OCS (and assuming that the rates for spills >10,000 bbl in Alaska have been historically equal to zero). After fitting EVT models to US OCS annual spill maxima and GOM annual spill maxima, I found the return periods (years per spill) and rates (spills per year) for spills ranging from >10,000 bbl to >5,000,000 bbl for the US OCS and GOM. The difference between the spills rates (in spills/year) was the estimate of the POCSR spill rate, and the reciprocal of the POCSR spill rate was the estimate of the POCSR return period (Table C3).  For example, the rates for spills >1,000,000 bbl in the OCS as a whole are 0.00868 spills per year and in the GOM are 0.00764 spills per year (Table C4), so

$$R_{Pacific} = R_{OCS} - R_{GOM}$$

$$= 0.00868 - 0.00764$$

$$= 0.00104 \text{ spills per year}$$

Thus, the estimated return period of a spill >1,000,000 bbl in the POCSR is 961.5 years.

*Table C3. The annual spill rates for spills >10,000 bbl estimated for the POCSR are the differences between the annual rates for the OCS and the GOM which were estimated using EVT.*

| Region | OCS | | GOM | | POCSR | |
|---|---|---|---|---|---|---|
| Spill size (bbl) | Return period (years per spill) | $R_{OCS} = $ 1/return period (spills per year) | Return period (years per spill) | $R_{GOM} = $ 1/return period (spills per year) | $R_{Pacific} = $ $R_{OCS} - R_{GOM}$ (spills per year) | Return period (years per spill) = 1/ $R_{POCSR}$ |
| >10,000 | 4.84 | 0.2066 | 5.03 | 0.1989 | 0.0077 | 129.9 |
| >50,000 | 11.65 | 0.0858 | 12.38 | 0.0808 | 0.005 | 200.0 |
| >100,000 | 18.19 | 0.0550 | 19.55 | 0.0512 | 0.0038 | 263.2 |
| >250,000 | 35.17 | 0.0284 | 38.51 | 0.0259 | 0.0025 | 400.0 |
| >500,000 | 61.63 | 0.0162 | 68.63 | 0.0146 | 0.0016 | 625.0 |
| >1,000,000 | 115.20 | 0.00868 | 130.93 | 0.00764 | 0.00104 | 961.5 |
| >5,000,000 | 692.98 | 0.00144 | 844.71 | 0.00118 | 0.00026 | 3,836.2 |

Lubetkin                                                           February 7, 2025

In this case, if oil development continues on the POCSR for the next 50 years, the expected number of spills >10,000 bbl is 0.385, or a 32% chance of at least one spill >10,000 bbl occurring, and the expected number of spills >1,000,000 bbl is 0.052, or a 5.1% chance of at least one spill >1,000,000 bbl occurring (Table C4, Figure C2).

*Table C4. Poisson model: P(≥1 spill) = 1 – exp(-N) for POCSR rates found by subtraction.*

| Spill size (bbl) | $R_{POCSR}$ (spills per year) | Amount of exposure | | | | | |
|---|---|---|---|---|---|---|---|
| | | $T = 30$ years | | $T = 40$ years | | $T = 50$ years | |
| | | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) | $N$ | $P(\geq 1)$ (%) |
| ≥10,000 | 0.0077 | 0.231 | 20.6% | 0.308 | 26.5% | 0.385 | 32.0% |
| ≥50,000 | 0.005 | 0.15 | 13.9% | 0.2 | 18.1% | 0.25 | 22.1% |
| ≥100,000 | 0.0038 | 0.114 | 10.8% | 0.152 | 14.1% | 0.19 | 17.3% |
| ≥250,000 | 0.0025 | 0.075 | 7.2% | 0.1 | 9.5% | 0.125 | 11.8% |
| ≥500,000 | 0.0016 | 0.048 | 4.7% | 0.064 | 6.2% | 0.08 | 7.7% |
| ≥1,000,000 | 0.00104 | 0.0312 | 3.1% | 0.0416 | 4.1% | 0.052 | 5.1% |
| ≥5,000,000 | 0.00026 | 0.0078 | 0.8% | 0.0104 | 1.0% | 0.013 | 1.3% |

Lubetkin

February 7, 2025



*Figure C2. Larger spills have smaller probabilities of occurrence. The probability of at least one spill >10,000 bbl associated with 50 years of offshore production in the POCSR is 32.0% based on the POCSR rates estimated by subtraction of GOM OCS rates from US OCS rates. The probability of at least one spill >1,000,000 bbl associated with 50 years of offshore production in the POCSR is 5.1% based on the POCSR rates estimated by subtraction of GOM OCS rates from US OCS rates.*

61

Lubetkin                                                    February 7, 2025

*Comparing the rates from the two estimation methods*

The two methods for estimating POCSR spill rates would not be expected to arrive at exactly matching values. First, the estimates computed using POCSR data directly have much more detail at the low end of the spill volume range, with annual spill maximum values as low as 0.0005 bbl in 2011 (Table D1), while the data from the US OCS and GOM were from data sets with a minimum spill size of 10 bbl. Secondly, there were different numbers of annual maximum used in fitting the data, with 43 annual maxima used with the POCSR data and 49 with the US OCS and GOM data. Nonetheless, the two methods yield comparable values for the rates of spills >50,000 bbl and higher (Table C5, Figure C3). The spill rate estimates for spills >10,000 bbl to spills >25,000 bbl were higher when based on the POCSR data. For spills >100,000 bbl, the indirect method yielded higher estimated spill rates. Similarly, the estimated expected numbers of spills and spill probabilities are larger for spills in the >10,000 bbl to >50,000 bbl range based on the EVT fit to the POCSR data, while the estimated expected numbers of spills and spill probabilities are larger for spills >100,000 bbl were higher when based on spill rates found by subtraction (Tables C6, C7 and Figure C4).

Lubetkin                                                              February 7, 2025

*Table C5. Comparison of return periods and spill rates for California spills from the two EVT methods.*

| Method | OCS EVT rate – GOM EVT rate | | EVT fit to California data | |
|---|---|---|---|---|
| Spill size (bbl) | Return period (years per spill) = $1/\,R_{POCSR}$ | $R_{Pacific} = R_{OCS} - R_{GOM}$ (spills per year) | Return period (years per spill) | $R_{POCSR} = $ 1/return period (spills per year) |
| ≥1,000 | | | 19.9 | 0.05025 |
| ≥5,000 | | | 44.3 | 0.02257 |
| ≥10,000 | 129.9 | 0.0077 | 65.3 | 0.01531 |
| ≥25,000 | | | 114.2 | 0.00876 |
| ≥50,000 | 200.0 | 0.005 | 181.7 | 0.00554 |
| ≥100,000 | 263.2 | 0.0038 | 301.4 | 0.00332 |
| ≥250,000 | 400.0 | 0.0025 | 637.1 | 0.00157 |
| ≥500,000 | 625.0 | 0.0016 | 1208.8 | 0.000827 |
| ≥1,000,000 | 961.5 | 0.00104 | 2,489.4 | 0.000402 |
| ≥5,000,000 | 3,846.2 | 0.00026 | 21,380.4 | 0.000047 |



*Figure C3. The two EVT methods yield similar rate estimates for spills >50,000 bbl.*

Lubetkin                                                                    February 7, 2025

*Table C6. Comparison of expected numbers of spills for California spills from the two EVT methods for 30, 40, and 50 years of production based on the N = RT model with R values from Table C7.*

| Method | OCS EVT rate – GOM EVT rate | | | EVT fit to California data | | |
|---|---|---|---|---|---|---|
| Spill size (bbl) | $T = 30$ | $T = 40$ | $T = 50$ | $T = 30$ | $T = 40$ | $T = 50$ |
| ≥1,000 | | | | 1.51 | 2.01 | 2.51 |
| ≥5,000 | | | | 0.68 | 0.90 | 1.13 |
| ≥10,000 | 0.23 | 0.31 | 0.39 | 0.46 | 0.61 | 0.77 |
| ≥25,000 | | | | 0.26 | 0.35 | 0.44 |
| ≥50,000 | 0.15 | 0.20 | 0.25 | 0.17 | 0.22 | 0.28 |
| ≥100,000 | 0.11 | 0.15 | 0.19 | 0.10 | 0.13 | 0.17 |
| ≥250,000 | 0.08 | 0.10 | 0.13 | 0.05 | 0.06 | 0.08 |
| ≥500,000 | 0.05 | 0.06 | 0.08 | 0.02 | 0.03 | 0.04 |
| ≥1,000,000 | 0.03 | 0.04 | 0.05 | 0.01 | 0.02 | 0.02 |
| ≥5,000,000 | 0.01 | 0.01 | 0.01 | 0.001 | 0.002 | 0.002 |

*Table C7. Comparison of Poisson spill probabilities for California spills from the two EVT methods for 30, 40, and 50 years of production using estimates of the number of spills based on the N = RT model with R values from Table C7.*

| Method | OCS EVT rate – GOM EVT rate | | | EVT fit to California data | | |
|---|---|---|---|---|---|---|
| Spill size (bbl) | $T = 30$ | $T = 40$ | $T = 50$ | $T = 30$ | $T = 40$ | $T = 50$ |
| ≥1,000 | | | | 77.9% | 86.6% | 91.9% |
| ≥5,000 | | | | 49.2% | 59.5% | 67.6% |
| ≥10,000 | 20.7% | 26.6% | 32.1% | 36.8% | 45.8% | 53.5% |
| ≥25,000 | | | | 23.1% | 29.6% | 35.5% |
| ≥50,000 | 13.9% | 18.1% | 22.1% | 15.3% | 19.9% | 24.2% |
| ≥100,000 | 10.8% | 14.1% | 17.3% | 9.5% | 12.4% | 15.3% |
| ≥250,000 | 7.2% | 9.5% | 11.8% | 4.6% | 6.1% | 7.5% |
| ≥500,000 | 4.7% | 6.2% | 7.7% | 2.5% | 3.3% | 4.1% |
| ≥1,000,000 | 3.1% | 4.1% | 5.1% | 1.2% | 1.6% | 2.0% |
| ≥5,000,000 | 0.8% | 1.0% | 1.3% | 0.1% | 0.2% | 0.2% |

Lubetkin                                                                    February 7, 2025



Figure C4. *The two different data sets and methods of fitting an EVT model to spill rates for spills >10,000 bbl in the Pacific OCS differ. For spills >10,000 bbl and >50,000 bbl, the EVT fit to the California spill data results in higher rates and spill probabilities. For spills >100,000 bbl, the rates for the Pacific found based on the difference between the US OCS and the GOM are higher.*

Lubetkin                                                                          February 7, 2025

The rates of spills falling into different size categories can be found by subtraction, following the methodology outlined in Appendix A of Stalfort et al. (2021). For example, the rate of spills between 1,000 and 10,000 bbl occurring based on the EVT fit to California data is equal to the rate of spills $\geq$1,000 bbl – rate of spills $\geq$10,000 bbl occurring (0.05025 – 0.01531 = 0.03494 spills per year) (Tables C5 and C8).

*Table C8. Comparison of spill rates for California spills from the two EVT methods for spills in different size classes. (Rates for spills >1,000 bbl in the US OCS and GOM are estimated using the R = N/T method, rather than by EVT.)*

| Method | OCS EVT rate – GOM EVT rate | EVT fit to California data |
|---|---|---|
| Spill size range (bbl) | $R_{Pacific}$ (spills/yr) | $R_{POCSR}$ (spills/yr) |
| 1,000-10,000 | | 0.03494 |
| 10,000-100,000 | 0.0039 | 0.01199 |
| 100,000-500,000 | 0.0022 | 0.002493 |
| 500,000-1,000,000 | 0.00056 | 0.000425 |
| 1,000,000-5,000,000 | 0.00078 | 0.000355 |
| >5,000,000 | 0.00026 | 0.000047 |
| All spill size classes $\geq$1,000 bbl | | 0.05025 |
| All spill size classes $\geq$10,000 bbl | 0.0077 | 0.01531 |

Lubetkin                                                                    February 7, 2025

**References**

Alam, M. A., K. Emura, C, Farnham, and J, Yuan. 2018. Best-fit probability distributions and return periods for maximum monthly rainfall in Bangladesh. *Climate* 6, no. 1: 9.

BOEM and BSEE. 2014. Qualitative review of safety measures to minimize frequency of blowouts and spills and maximize containment capabilities. Appendix A: Risk of catastrophic oil spills during oil and gas operations on the Gulf of Mexico outer continental shelf.

BOEM. 2023. Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area Biological Assessment Endangered and Threatened Species. Prepared for the National Marine Fisheries Service.

BOEM. 2025. How Does BOEM Analyze the Different Sizes of Oil Spills? https://www.boem.gov/environment/how-boem-calculates-oil-spill-risk. Last accessed on January 15, 2025.

BSEE. 2014a. Offshore Incident Statistics Spills Archive. All Petroleum Spills ≥1 Barrel from OCS Oil & Gas Activities by Size Category and Year, 1964-2013. https://www.bsee.gov/sites/bsee.gov/files/reports/oil-spill-response/all-spills-1964-2011.pdf

BSEE. 2014b. Offshore Incident Statistics Spills Archive. Spill Summaries OCS Spills 10 to 49 Barrels CY 1970-2013. https://www.bsee.gov/sites/bsee.gov/files/reports/incident-and-investigations/spills-greater-then-10-but-less-than-50-barrels-1964-2012-as-of-march-9-2012.pdf

BSEE. 2014c. Offshore Incident Statistics Spills Archive. Spill Summaries OCS Spills ≥50 Barrels CY 1964-2013. https://www.bsee.gov/sites/bsee.gov/files/reports/incident-and-investigations/spills-greater-than-50-barrels1964-2012-as-of-august-3-2012.pdf

Coles, Stuart. 2001. *An Introduction to Statistical Modeling of Extreme Values*. Springer-Verlag. doi:10.1007/978-1-4471-3675-0.

Cooley, D. 2012. Return periods and return levels under climate change. In *Extremes in a changing climate: Detection, analysis and uncertainty*, pp. 97-114. Dordrecht: Springer Netherlands.

Eckle, P., P. Burgherr, and E. Michaux. 2012. Risk of large oil spills: a statistical analysis in the aftermath of Deepwater Horizon. *Environmental science & technology* 46, no. 23: 13002-13008.

Gilleland, Eric, and Richard W. Katz. "extRemes 2.0: an extreme value analysis package in R." *Journal of Statistical Software* 72 (2016): 1-39.

Lubetkin                                                                    February 7, 2025

Ji, ZG, W. Johnson, and G. Wikel. 2014a. Catastrophic oil spill analysis. *Risk Analysis XI, WIT Transactions on Information and Communication Technologies* 47: 17-25.

Ji, Zhen-Gang, W. R. Johnson, and G. L. Wikel. 2014b. Statistics of extremes in oil spill risk analysis. *Environmental science & technology* 48, no. 17: 10505-10510.

Stagge, James Howard, Kyungmin Sung, Irenee Munyejuru, and Md Atif Ibne Haidar. 2024. Theoretical Annual Exceedances from Moving Average Drought Indices." *EGUsphere* 1-29.

Stalfort, D., Roberts, B., and Culvern, C. (ABSG Consulting, Inc., Spring, TX). 2021. Alternative Oil Spill Occurrence Estimators for Determining Rates for the Atlantic Outer Continental Shelf. Sterling (VA): US Department of the Interior, Bureau of Ocean Energy Management. 97 p. Report No.: OCS Study BOEM 2021-065.

Thomas, M., M. Lemaitre, M. L. Wilson, C. Viboud, Y. Yordanov, H. Wackernagel, and F. Carrat. 2016. Applications of extreme value theory in public health. *PloS one* 11, no. 7: e0159312.

Wang, C-H., and J. D. Holmes. 2020. Exceedance rate, exceedance probability, and the duality of GEV and GPD for extreme hazard analysis. *Natural Hazards* 102: 1305-1321.

Lubetkin                                                              February 7, 2025

**Appendix D. Spill data used in EVT model fitting**


*Pacific Outer Continental Shelf Region EVT data from 1963 to 2022*

The spill data used for fitting an EVT model to the POCSR directly are from Table A-1 of BOEM (2023) with additional detail from BSEE (2014a, b). Although the spill data are shown from 1963-2022, no spills were recorded in 1970-1974, 2016-2020, or in 2022. The block maxima method for fitting the EVT model does not work for years when there are no data. Those years have been excluded from the analysis. Of the 60 years of spill data listed in Appendix A of BOEM (2023), there were 43 with usable observations for fitting the EVT model for the POSCR data using the block maxima method.

Annual maximum spill volumes were not always given in Table A-1 (BOEM 2023). There were many years when the largest spill category with observed spills contained more than one spill and a total volume.  In those cases I used mean spill volume calculated from the total number of observed spills and total volume spilled in the largest category in which spill data were recorded (shown in **bold** in Table D1). Values in bold underestimate the maximum spill volume for that year unless all spills in the size category were exactly the same size.

There were 16 California spills ≥10 bbl from operations in POCSR waters from 1964-2013 (BSEE 2014a, b) (Table 3 of this report). The maximum spills listed in 1981, 1984, 1987, and 2008 are larger than the mean volumes I calculated from the data in Table A-1 from BOEM (2023) (shaded rows in Table D1).

69

Lubetkin                                                                          February 7, 2025

*Table D1. Maximum annual spill volumes used in fitting an EVT model using the block maxima method from data for the POCSR. Values in bold like underestimate the maximum volume in those years. Shaded rows indicate the use of data from BSEE (2014). The values in the final column were used to fit the EVT model.*

| Year | Table A-1 from BOEM (2023) Maximum Spill Volume (bbl) | Table A-1 from BOEM (2023) and BSEE (2014) Maximum Spill Volume (bbl) | $Log_{10}$(Maximum Spill volume) used in fitting the EVT model with the block maxima method |
|------|------|------|------|
| 1969 | 80,000.0000 | 80,000.0000 | 4.90309 |
| 1975 | 0.1000 | 0.1000 | -1 |
| 1976 | 2.0000 | 2.0000 | 0.30103 |
| 1977 | 4.0000 | 4.0000 | 0.60206 |
| 1978 | 1.20 bbl/4 = **0.3000** | **0.3000** | **-0.52288** |
| 1979 | 2.0000 | 2.0000 | 0.30103 |
| 1980 | 7 bbl/2 = **3.5000** | **3.5000** | **0.544068** |
| 1981 | 75 bbl/10 = **7.5000** | 17.0000 | 1.230449 |
| 1982 | 3.0000 | 3.0000 | 0.477121 |
| 1983 | 6 bbl/3 = **2.0000** | **2.0000** | **0.30103** |
| 1984 | 36 bbl/12 = **12.0000** | 31.0000 | 1.491362 |
| 1985 | 9 bbl/3 = **3.0000** | **3.0000** | **0.477121** |
| 1986 | 12 bbl/4 = **4.0000** | **4.0000** | **0.60206** |
| 1987 | 11 bbl/2 = **5.5000** | 20.0000 | 1.30103 |
| 1988 | 2.0000 | 2.0000 | 0.30103 |
| 1989 | 8.33 bbl/3 = **2.7767** | 2.7767 | 0.44352 |
| 1990 | 101.0000 | 101.0000 | 2.004321 |
| 1991 | 50.0000 | 50.0000 | 1.69897 |
| 1992 | 1.2 bbl/39 = **0.0308** | **0.0308** | **-1.51188** |
| 1993 | 0.76 bbl/32 = **0.0238** | **0.0238** | **-1.62434** |
| 1994 | 50.0000 | 50.0000 | 1.69897 |
| 1995 | 1.4300 | 1.4300 | 0.155336 |
| 1996 | 150.0000 | 150.0000 | 2.176091 |
| 1997 | 164.0000 | 164.0000 | 2.214844 |
| 1998 | 1 bbl/29 = **0.0345** | **0.0345** | **-1.4624** |
| 1999 | 10.0000 | 10.0000 | 1 |
| 2000 | 1 bbl/36 = **0.0278** | **0.0278** | **-1.5563** |
| 2001 | 1.7 bbl/48 = **0.0354** | **0.0354** | **-1.45079** |
| 2002 | 9.0000 | 9.0000 | 0.954243 |
| 2003 | 1.37 bbl/56 = **0.0245** | **0.0245** | **-1.61147** |
| 2004 | 1 bbl/30 = **0.0278** | **0.0278** | **-1.5563** |
| 2005 | 2.6 bbl/46 = **0.0565** | **0.0565** | **-1.24778** |
| 2006 | 1.99 bbl/46 = **0.0433** | **0.0433** | **-1.3639** |
| 2007 | 1.1900 | 1.1900 | 0.075547 |
| 2008 | 27.0000 | 30.0000 | 1.477121 |

70

Lubetkin                                                                February 7, 2025

*Table D1. (continued)*

| Year | Table A-1 from BOEM (2023) Maximum Spill Volume (bbl) | Table A-1 from BOEM (2023) and BSEE (2014) Maximum Spill Volume (bbl) | Log (Maximum Spill volume) used in fitting the EVT model with the block maxima method |
|------|---|---|---|
| 2009 | 1.1 bbl/36 = **0.0306** | **0.0306** | **-1.51491** |
| 2010 | 0.63 bbl/33 = **0.0191** | **0.0191** | **-1.71917** |
| 2011 | 0.02 bbl/38 = **0.0005** | **0.0005** | **-3.27875** |
| 2012 | 35.7000 | 35.7000 | 1.552668 |
| 2013 | 0.03 bbl/26 = **0.0012** | **0.0012** | **-2.93785** |
| 2014 | 0.48 bbl/10 = **0.0480** | **0.0480** | **-1.31876** |
| 2015 | 0.11 bbl/13 = **0.0085** | **0.0085** | **-2.07255** |
| 2021 | 588.0000 | 588.0000 | 2.769377 |

71

Lubetkin                                                                                February 7, 2025

*US OCS and GOM OCS data from 1964-2012*

The spill data used herein are from the Bureau of Safety and Environmental Enforcement (BSEE) summaries of 477 spills 10-49 bbl (1.59 to 7.79 $m^3$) from 1970-2013 (BSEE 2014a), 347 spills $\geq$ 50 bbl (7.95 $m^3$) from 1964-2013 (BSEE 2014b). The two summaries contained the same attributes describing the spills, including the date, location, water depth, spill source (pipeline, platform, or vessel), list of cause(s), and whether the spill was hurricane related, including later seepage caused by hurricane damage. Starting in 1990, spilled substances other than crude and refined petroleum (e.g., synthetic oil-based mud, methanol, other chemicals) were also reported. Spills were reported with total volume of pollutants, showing the relative contributions in different categories. There were 18 spills $\geq$ 10 bbl (1.59 $m^3$) in Alaska OCS or POCSR waters. The largest non-GOM spill was 80,000 bbl (12,720 $m^3$) of crude oil from a release off the California coast on January 28, 1969, which was the largest OCS spill in 1969.

This analysis uses the same 1964-2012 period used by Ji et al. (2014a, b). I considered only the spills of crude oil and refined petroleum products. I used a value of 4,900,000 bbl (779,000 $m^3$) for the *Deepwater Horizon* event, which had been listed as "to be determined" (BSEE 2014b). There were no spills > 10 bbl (1.59 $m^3$) listed for the year 1966. I used a value of 1 bbl (0.159 $m^3$) as the maximum spill volume for that year. Following Ji et al. (2014a, b), I used $\log_{10}$ (spill volume in bbl) in fitting all the distributions. The annual spill maxima data for the OCS as a whole and for the GOM are given in Table D2.

72

Lubetkin                                                                February 7, 2025

*Table D2. Maximum annual spill volumes used in fitting an EVT model using the block maxima method from data for the US OCS and the GOM. Only the two shaded rows have different maximum values. The values in the final two columns were used to fit the EVT model.*

| Year | Maximum spill volume from BSEE (2014a, b) for the US OCS (bbl) | Maximum spill volume from BSEE (2014a, b) for the GOM (bbl) | $\text{Log}_{10}$(Maximum spill volume for the US OCS) used in fitting the EVT model with the block maxima method | $\text{Log}_{10}$(Maximum spill volume for the GOM) used in fitting the EVT model with the block maxima method |
|---|---|---|---|---|
| 1964 | 5,180 | 5,180 | 3.71432976 | 3.71432976 |
| 1965 | 1,688 | 1,688 | 3.227372442 | 3.227372442 |
| 1966 | 1 | 1 | 0 | 0 |
| 1967 | 160,638 | 160,638 | 5.205848288 | 5.205848288 |
| 1968 | 6,000 | 6,000 | 3.77815125 | 3.77815125 |
| 1969 | 80,000 | 7,532 | 4.903089987 | 3.876910311 |
| 1970 | 65,000 | 65,000 | 4.812913357 | 4.812913357 |
| 1971 | 450 | 450 | 2.653212514 | 2.653212514 |
| 1972 | 100 | 100 | 2 | 2 |
| 1973 | 9,935 | 9,935 | 3.997167871 | 3.997167871 |
| 1974 | 19,833 | 19,833 | 4.297388412 | 4.297388412 |
| 1975 | 166 | 166 | 2.220108088 | 2.220108088 |
| 1976 | 4,000 | 4,000 | 3.602059991 | 3.602059991 |
| 1977 | 300 | 300 | 2.477121255 | 2.477121255 |
| 1978 | 900 | 900 | 2.954242509 | 2.954242509 |
| 1979 | 1,500 | 1,500 | 3.176091259 | 3.176091259 |
| 1980 | 1,456 | 1,456 | 3.163161375 | 3.163161375 |
| 1981 | 5,100 | 5,100 | 3.707570176 | 3.707570176 |
| 1982 | 400 | 400 | 2.602059991 | 2.602059991 |
| 1983 | 600 | 600 | 2.77815125 | 2.77815125 |
| 1984 | 100 | 100 | 2 | 2 |
| 1985 | 643 | 643 | 2.808210973 | 2.808210973 |
| 1986 | 210 | 210 | 2.322219295 | 2.322219295 |
| 1987 | 60 | 60 | 1.77815125 | 1.77815125 |
| 1988 | 15,576 | 15,576 | 4.192455939 | 4.192455939 |
| 1989 | 400 | 400 | 2.602059991 | 2.602059991 |
| 1990 | 14,423 | 14,423 | 4.159055604 | 4.159055604 |
| 1991 | 280 | 280 | 2.447158031 | 2.447158031 |
| 1992 | 2,000 | 2,000 | 3.301029996 | 3.301029996 |
| 1993 | 50 | 50 | 1.698970004 | 1.698970004 |
| 1994 | 4,533 | 4,533 | 3.656385719 | 3.656385719 |
| 1995 | 600 | 600 | 2.77815125 | 2.77815125 |
| 1996 | 150 | 105 | 2.176091259 | 2.021189299 |
| 1997 | 170 | 170 | 2.230448921 | 2.230448921 |

Lubetkin                                                          February 7, 2025

*Table D2. (continued)*

| Year | Maximum spill volume from BSEE (2014a, b) for the US OCS (bbl) | Maximum spill volume from BSEE (2014a, b) for the GOM (bbl) | $Log_{10}$(Maximum spill volume for the US OCS) used in fitting the EVT model with the block maxima method | $Log_{10}$(Maximum spill volume for the GOM) used in fitting the EVT model with the block maxima method |
|---|---|---|---|---|
| 1998 | 8,212 | 8,212 | 3.914448941 | 3.914448941 |
| 1999 | 3,200 | 3,200 | 3.505149978 | 3.505149978 |
| 2000 | 2,240 | 2,240 | 3.350248018 | 3.350248018 |
| 2001 | 127 | 127 | 2.103803721 | 2.103803721 |
| 2002 | 741 | 741 | 2.869818208 | 2.869818208 |
| 2003 | 430 | 430 | 2.633468456 | 2.633468456 |
| 2004 | 1,720 | 1,720 | 3.235528447 | 3.235528447 |
| 2005 | 2,000 | 2,000 | 3.301029996 | 3.301029996 |
| 2006 | 870 | 870 | 2.939519253 | 2.939519253 |
| 2007 | 188 | 188 | 2.274157849 | 2.274157849 |
| 2008 | 1,316 | 1,316 | 3.119255889 | 3.119255889 |
| 2009 | 1,500 | 1,500 | 3.176091259 | 3.176091259 |
| 2010 | 4,900,000 | 4,900,000 | 6.69019608 | 6.69019608 |
| 2011 | 67 | 67 | 1.826074803 | 1.826074803 |
| 2012 | 480 | 480 | 2.681241237 | 2.681241237 |

Lubetkin                                                                     February 7, 2025

**References**

BOEM. 2023. Offshore Oil and Gas Development and Production Activities in the Southern
California Planning Area Biological Assessment Endangered and Threatened Species.
Prepared for the National Marine Fisheries Service.

BSEE. 2014a. Offshore Incident Statistics Spills Archive. Spill Summaries OCS Spills 10 to 49
Barrels CY 1970-2013. https://www.bsee.gov/sites/bsee.gov/files/reports/incident-and-
investigations/spills-greater-then-10-but-less-than-50-barrels-1964-2012-as-of-march-9-
2012.pdf

BSEE. 2014b. Offshore Incident Statistics Spills Archive. Spill Summaries OCS Spills ≥50
Barrels CY 1964-2013. https://www.bsee.gov/sites/bsee.gov/files/reports/incident-and-
investigations/spills-greater-than-50-barrels1964-2012-as-of-august-3-2012.pdf

Ji, ZG, W. Johnson, and G. Wikel. 2014a. Catastrophic oil spill analysis. *Risk Analysis XI, WIT
Transactions on Information and Communication Technologies* 47: 17-25.

Ji, Zhen-Gang, W. R. Johnson, and G. L. Wikel. 2014b. Statistics of extremes in oil spill risk
analysis. *Environmental science & technology* 48, no. 17: 10505-10510.

Lubetkin                                                        February 7, 2025

**Appendix E. R session scripts for fitting the EVT models**

The model fitting was performed using maximum likelihood in the extRemes 2.1-1 package in RStudio, following the procedures outlined in Gilleland and Katz (2016) for the block maxima method with annual blocks and assuming stationarity. EVT models were fit for the POCSR, for the US OCS, and for the GOM.

I.   Pacific Outer Continental Shelf Region data for annual oil max spills from 1969-2021 (with observations for 43 years) (data in final column of Table D1)

```
> fit.logMaxOil.Pac <- fevd(logMaxOil.Pac, units = "log (bbl)")

> fit.logMaxOil.Pac

> ci(fit.logMaxOil.Pac, type = "parameter")

> plot(fit.logMaxOil.Pac)

> return.level(fit.logMaxOil.Pac)

> return.level(fit.logMaxOil.Pac, return.period = c(10, 50,
100), do.ci = TRUE)

> return.level.bbl <- 10^return.level(fit.logMaxOil.Pac,
return.period = c(10, 50, 100), do.ci = TRUE)

> return.level.bbl

> pextRemes(fit.logMaxOil.Pac, q = c(3, 3.69897, 4, 4.39794,
4.69897, 5, 5.39794, 5.69897, 6, 6.69897), lower.tail = FALSE)

> YearsToSpill.PacOilMax <- 1/pextRemes(fit.logMaxOil.Pac, q =
c(3, 3.69897, 4, 4.39794, 4.69897, 5, 5.39794, 5.69897, 6,
6.69897), lower.tail = FALSE)

> YearsToSpill.PacOilMax
```

Lubetkin                                                                February 7, 2025

    II.       US OCS data for annual oil max spills from 1964-2012 (with observations for 49
years) (data in third column of Table D2)

```
> fit.logMaxOil.OCS <- fevd(logMaxOil.OCS, units = "log (bbl)")

> fit.logMaxOil.OCS

> ci(fit.logMaxOil.OCS, type = "parameter")

> plot(fit.logMaxOil.OCS)

> pextRemes(fit.logMaxOil.OCS, q = c(4, 4.69897, 5, 5.39794,
    5.69897, 6, 6.69897), lower.tail = FALSE)

> YearsToSpill.OCSOilMax <- 1/pextRemes(fit.logMaxOil.OCS, q =
    c(4, 4.69897, 5, 5.39794, 5.69897, 6, 6.69897), lower.tail
    = FALSE)

> YearsToSpill.OCSOilMax
```

Lubetkin                                                          February 7, 2025

III.    GOM OCS data for annual oil max spills from 1964-2012 (with observations for 49 years) (data in final column of Table D2)

```
> fit.logMaxOil.GOM <- fevd(logMaxOil.GOM, units = "log (bbl)")

> fit.logMaxOil.GOM

> ci(fit.logMaxOil.GOM, type = "parameter")

> plot(fit.logMaxOil.GOM)

> pextRemes(fit.logMaxOil.GOM, q = c(4, 4.69897, 5, 5.39794,
    5.69897, 6, 6.69897), lower.tail = FALSE)

> YearsToSpill.GOMOilMax <- 1/pextRemes(fit.logMaxOil.GOM, q =
    c(4, 4.69897, 5, 5.39794, 5.69897, 6, 6.69897), lower.tail
    = FALSE)

> YearsToSpill.GOMOilMax
```

Lubetkin February 7, 2025

**Reference**

Gilleland, Eric, and Richard W. Katz. "extRemes 2.0: an extreme value analysis package in R." *Journal of Statistical Software* 72 (2016): 1-39.