Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | **EXHIBIT 2 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** |
| v. | |
| DOUG BURGUM, et al., | |
| *Defendants*, | |
| SABLE OFFSHORE CORP., | Hearing Date: March 13, 2026 |
| *Intervenor-Defendant.* | Hearing Time: 1:30 p.m. Judge: Hon. Michelle Williams Court Location: Courtroom 6A |

 Outlook

---

## Fw: Formal Request to Initiate Environmental Assessment   Sable SYU

---

**From** Sumait, Necitas C <Necy.Sumait@boem.gov>

**Date** Fri 2/21/2025 1:51 PM

**To** Gentry, Lisa S <Lisa.Gentry@boem.gov>; Racicot, Obediah S <Obediah.Racicot@boem.gov>; Ojukwu, Chima Chima Ojukwu@boem gov

📎 1 attachment (305 KB)
2025_02_03 Sable_ Pre-Production Inspection Requirements_OSO_FPS 1.pdf;

Get [Outlook for iOS](#)

---

**From:** Boren, Douglas   Douglas Boren@boem gov
**Sent:** Friday, February 21, 2025 1 50 PM
**To:** Sumait, Necitas C   Necy Sumait@boem gov
**Cc:** Ojukwu, Chima   Chima Ojukwu@boem gov
**Subject:** Fw  Formal Request to Initiate Environmental Assessment   Sable SYU

fyi.  I believe this is for the periodic review.

Douglas P. Boren
Regional Director
Pacific Regional Office, Bureau of Ocean Energy Management
Department of the Interior Regions 8, 9, 10 and 12
office (805) 384-6384
mobile (805) 312-5949

---

**From:** Matta, Minatte M <Minatte.Matta@bsee.gov>
**Sent:** Friday, February 21, 2025 12:12 PM
**To:** Hesson, Bruce H <Bruce.Hesson@bsee.gov>; Boren, Douglas <Douglas.Boren@boem.gov>; Salmons, James J <James.Salmons@bsee.gov>; Yarde, Richard R <Richard.Yarde@boem.gov>
**Cc:** Sanders, Ramona N. <Ramona.Sanders@bsee.gov>; Gilbane, Lisa <Lisa.Gilbane@boem.gov>; Dull, Jeffrey <Jeffrey.Dull@bsee.gov>; Kaiser, John P <John.Kaiser@bsee.gov>; Little, Brian J <Brian.Little@bsee.gov>; Borghei, Robert H <Robert.Borghei@bsee.gov>
**Subject:** Re: Formal Request to Initiate Environmental Assessment - Sable SYU

Hello Doug,

Attached you will find all current pre-production inspections, surveys, and testing completed.

Case 2:24-cv-05459-MWC-MAA    Document 109-3    Filed 01/16/26    Page 3 of 4   Page
ID #:1850
BOEM_AR_Folder05_000026832

We will update you as we progress.

Please let me know if you have any further questions at this time.

**Minatte M. Matta**- Regional Supervisor, Office of Strategic Operations

US Dept of Interior |DOI

Bureau of Safety & Environmental Enforcement | BSEE

Pacific Outer Continental Shelf Region | POCSR

760 Paseo Camarillo, Suite #102 |   Camarillo, CA 93010

805.384.6327 - Office | 805.504.7780 - Cell |Minatte.Matta@bsee.gov

---

**From:** Hesson, Bruce H <Bruce.Hesson@bsee.gov>
**Sent:** Friday, February 21, 2025 12:29:25 PM
**To:** Boren, Douglas <Douglas.Boren@boem.gov>; Salmons, James J <James.Salmons@bsee.gov>; Yarde, Richard R <Richard.Yarde@boem.gov>
**Cc:** Sanders, Ramona N. <Ramona.Sanders@bsee.gov>; Gilbane, Lisa <Lisa.Gilbane@boem.gov>; Matta, Minatte M <Minatte.Matta@bsee.gov>; Dull, Jeffrey <Jeffrey.Dull@bsee.gov>; Kaiser, John P <John.Kaiser@bsee.gov>; Little, Brian J <Brian.Little@bsee.gov>; Borghei, Robert H <Robert.Borghei@bsee.gov>
**Subject:** Re: Formal Request to Initiate Environmental Assessment - Sable SYU

Hi Doug,

Sounds good.  Minatte's group can provide all the pipeline and structural testing information to date (Level I-IV).  We'll also include the work that was done by ExxonMobil on the cathodic protection system

We have began pre-production safety system testing on PF Harmony this week (just daylights) and will have 3-4 inspectors staying on the facilities (24/7) beginning February 24th to expedite the process.  If all goes well the testing could be completed by  the second week of March

Thank you,

*Bruce H. Hesson, P.E.* - Regional Director
US Dept of Interior - DOI
Bureau of Safety and Environmental Enforcement - BSEE
Pacific Outer Continental Shelf Region - POCSR
760 Paseo Camarillo, Suite 102, Camarillo, CA 93010
(805) 384-6373 - Office   (805) 400-9700 - Cell



---

**From:** Boren, Douglas <Douglas.Boren@boem.gov>
**Sent:** Friday, February 21, 2025 11:15 AM
**To:** Salmons, James J <James.Salmons@bsee.gov>; Yarde, Richard R <Richard.Yarde@boem.gov>

BOEM_AR_Folder 051 000026833

**Cc:** Sanders, Ramona N   Ramona Sanders@bsee gov  ; Hesson, Bruce H   Bruce Hesson@bsee gov  ; Gilbane, Lisa   Lisa Gilbane@boem gov

**Subject:** Re  Formal Request to Initiate Environmental Assessment   Sable SYU

thanks for the update James.  It sounds like we need to have a meeting soon so we can discuss exactly what this EA needs to cover so we can be responsive to BSEEs decision needs.


Douglas P. Boren
Regional Director
Pacific Regional Office, Bureau of Ocean Energy Management
Department of the Interior Regions 8, 9, 10 and 12
office (805) 384-6384
mobile (805) 312-5949

---

**From:** Salmons, James J <James.Salmons@bsee.gov>
**Sent:** Friday, February 21, 2025 10:25 AM
**To:** Yarde, Richard R <Richard.Yarde@boem.gov>
**Cc:** Boren, Douglas <Douglas.Boren@boem.gov>; Sanders, Ramona N. <Ramona.Sanders@bsee.gov>; Hesson, Bruce H <Bruce.Hesson@bsee.gov>
**Subject:** Formal Request to Initiate Environmental Assessment - Sable SYU

Good morning, Rick, and everyone,

On behalf of BSEE Pacific Region, as we discussed briefly on the phone, this email serves as BSEE's formal request that BOEM begin the NEPA process for Sable SYU, as we have discussed previously with SOL.

Due to conversations to which I am not privy, the decision was made that we (BSEE/BOEM, collectively) have between two to three months to have this analysis completed.

If you have any questions, please reach out to me at your convenience.

Best Regards,
Jim

**James J. Salmons, MSc, MBA, JD**

Regional Environmental Officer, Pacific Section

Environmental Compliance Division - Operations Branch

Bureau of Safety and Environmental Enforcement

Office   (805) 384 6307

**Personal Cell:  (805) 794-7235**