Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DOUG BURGUM, et al.,<br><br>    *Defendants*,<br><br>SABLE OFFSHORE CORP.,<br><br>    *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**EXHIBIT 3 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD**<br><br>Hearing Date: March 13, 2026<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Michelle Williams Court<br>Location: Courtroom 6A |

**To:** Chase, Gabriel@SLC[Gabe.Chase@slc.ca.gov]
**Cc:** Egboro, Marvelous@SLC[Marvelous.Egboro@slc.ca.gov]
**From:** Scott, Walter@SLC
**Sent:** Tue 11/5/2024 2:57:32 PM
**Subject:** Meetings with BSEE and EDC
**Received:** Tue 11/5/2024 2:57:37 PM

7163 Inspection & Reporting Provisions.docx

Good morning Gabe.

You were selected to attend a couple of meetings later this month with Jennifer and some other Sacramento folks. I do not have a schedule yet, and these addresses are not confirmed yet, but I want you to be ready.

11/20 11:00 am
@ BSEE – Bureau of Safety and Environmental Enforcement
760 Paseo Camarillo, Suite 102
Camarillo, CA 93010

11/21 2:00 pm
@ EDC – Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101

I believe the main topics will be Sable, the SYU restart (platforms Harmony and Hondo), and Exxon assignment applications (already approved by Santa Barbara County).
They will likely have questions about the status of the inspections required by the 2023 lease amendment and the various inspections/tests conducted in 2023 and prior. Specifically, they may ask about any anomalies identified in the pipeline sections under lease with us. Please reach out to Marve to prepare for these questions. It is okay to say "we don't know" but "we will find out" in response to a question that requires more research and discussion before answering.

As you already know, Sable performed a hydrotest (I believe it was successful) but they have not sent the official report. They also ran a pig, but we do not have the report yet (Marve has better info on this).

An external survey (ROV) has been performed for both pipelines. Please review it, along with the latest internal reports and see if you can find any issues to discuss internally before the meeting. Remember we can only comment on the state sections of the pipeline.

I attached the lease provisions "cheat sheet" developed earlier this year for your review as well.

Thanks.


Best,
Walter Scott