Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **EXHIBIT 4 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** <br><br> Hearing Date: March 13, 2026 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Michelle Williams Court <br> Location: Courtroom 6A |



**Caution:** This email originated from a source outside of the County of Santa Barbara. Do not click links or open attachments unless you verify the sender and know the content is safe.

I apologize for not including you in this update to the Sable Offshore SYU emulsion pipeline hydrotest schedule. Please see the attached updated notification.

Brian Hansen
281-380-0879

---

**From:** Hansen, Brian (C)
**Sent:** Tuesday, September 3, 2024 4:49 PM
**To:** Matta, Minatte M <minatte.matta@bsee.gov>
**Cc:** Dull, Jeffrey <jeffrey.dull@bsee.gov>
**Subject:** Sable Offshore SYU Pipeline Hydrotest Timing Update

Ms. Matta, attached is an updated schedule for the hydrotesting of the SYU emulsion pipelines. This update applies to the Heritage to Harmony emulsion pipeline and the Hondo to Harmony emulsion pipeline. We will send a separate notification for the Harmony to LFC hydrotest. I have uploaded this to TIMS. Please call if you have any questions.

Brian Hansen
281-380-0879





September 3, 2024

Ms. Minatte Matta
Regional Supervisor, Office of Strategic Operations
Bureau of Safety and Environmental Enforcement
Pacific OCS Region
760 Paseo Camarillo, Suite 102
Camarillo, California 93010-6064

Re:   Santa Ynez Unit Emulsion Pipeline Hydrostatic Pressure testing

Ms. Matta:

Sable Offshore Corp. (Sable) is providing an update to the dates for the hydrostatic testing that will be performed on the SYU Emulsion Pipelines. We had previously advised you that this testing would occur between August 28, 2024, and September 2, 2024. Due to unforeseen equipment issues, these tests have been delayed and we will need to extend the completion date to September 6, 2024. In addition, this notification now only applies to the Heritage to Harmony emulsion pipeline, and the Hondo to Harmony emulsion pipeline. A separate notification will be sent for the Harmony to LFC emulsion pipeline. As previously stated, these tests will be in accordance with 30 CFR 250.1003. Below is a description of the segments to be tested under this notification.

| Segment # | Description | Test Pressure | Basis |
|---|---|---|---|
| 5510190 | HE-HA 20" | 1670 psig | 1.25 Times MAOP of 1336 psig |
| 5410188 | HO-HA 14" | 1670 psig | 1.25 Times MAOP of 1336 psig |

If you have any questions or need additional information, please contact Brian Hansen at 281-380-0879 or by email at bhansen@sableoffshore.com.


                        Sincerely,

                        *Brian Hansen for*
                        Patrice Surmeier
                        Senior Regulatory and Compliance Supervisor




Cc: Katie Nall, SBCo P&D