Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **EXHIBIT 5 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** <br><br> Hearing Date: March 13, 2026 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Michelle Williams Court <br> Location: Courtroom 6A |

**From:** Dull, Jeffrey
**To:** Echevarria, Roberto
**Cc:** Ashfaq, Junaid J; Matta, Minatte M
**Subject:** Fw: [EXTERNAL] Fwd: Approved pics
**Date:** Monday, September 16, 2024 8:58:04 AM
**Attachments:** image.png
image.png
image.png
image.png

Robert,

As stated in the most recent email, please add this chain and pictures to the "2024_09_11 Sable Harmony to LFC 20in Pipeline Failed Hydrotest" folder!

Much appreciated,

Jeffrey Dull | Section Supervisor
Facilities and Pipelines Section | Office of Strategic Operations
Pacific Outer Continental Shelf Region | Bureau of Safety & Environmental Enforcement
760 Paseo Camarillo | Suite 102 | Camarillo, CA 93010 | 805-233-5227

---

**From:** Dull  Jeffrey <Jeffrey.Dull@bsee.gov>
**Sent:** Monday  September 16  2024 9 31 AM
**To:** Ashfaq  Junaid J <Junaid.Ashfaq@bsee.gov>
**Cc:** Matta  Minatte M <Minatte.Matta@bsee.gov>
**Subject:** Re  [EXTERNAL] Fwd  Approved pics

Junaid,

Thank you for the detailed report  Appreciate you witnessing  As of this morning, Sable successfully pressured up the Harmony to LFC 20" emulsion line yesterday afternoon/evening to check for leaks at flanges and are set to complete the official hydrotest today  I was notified that Dale Rydberg was in contact with you on Saturday and Sunday about their progress and plans  He is unavailable today but requested the team to proceed without him  Therefore, I texted you this morning to let you know to surpass the witnessing today  Cal State Lands Commission will be on location

Thanks,

Jeffrey Dull | Section Supervisor
Facilities and Pipelines Section | Office of Strategic Operations
Pacific Outer Continental Shelf Region | Bureau of Safety & Environmental Enforcement
760 Paseo Camarillo | Suite 102 | Camarillo, CA 93010 | 805-233-5227

---

**From:** Ashfaq  Junaid J <Junaid.Ashfaq@bsee.gov>
**Sent:** Thursday  September 12  2024 8 41 PM
**To:** Dull  Jeffrey <Jeffrey.Dull@bsee.gov>
**Subject:** Fw  [EXTERNAL] Fwd  Approved pics

Hi Jeff

I hope all is well, I have attached pictures of the equipment that was used offshore   The attached pdf has the pictures I took

Here is the chart from first failure - due to air pocket



Here is the chart from second failure, from gasket leak on the pig launcher



Gasket that failed on launcher (on the second failure)



Last picture of the chart from yesterday, still waiting for the latest  As discussed, pipeline leaked yesterday at around 1500 psi  1600' from the pig receiver



Have a good weekend!

Thanks
Junaid

---

**From:** Rydberg  Dale <drydberg@sableoffshore.com>
**Sent:** Wednesday  September 11  2024 3 57 PM
**To:** Ashfaq  Junaid J <Junaid.Ashfaq@bsee.gov>; gabriel.chappa@slc.ca.gov <gabriel.chappa@slc.ca.gov>
**Cc:** Burkett  Bryan <bburkett@sableoffshore.com>
**Subject:** [EXTERNAL] Fwd  Approved pics

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.