Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **EXHIBIT 6 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** <br><br> Hearing Date: March 13, 2026 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Michelle Williams Court <br> Location: Courtroom 6A |

| | |
|---|---|
| **From:** | Dull, Jeffrey |
| **To:** | BSEE PAC OSO |
| **Subject:** | Fw: [EXTERNAL] Schedule for inspections and hydrotests |
| **Date:** | Monday, September 16, 2024 6:36:00 AM |

FYI - Sable's Pipelines and Structures Schedule Update

**Jeffrey Dull | Section Supervisor**
**Facilities and Pipelines Section | Office of Strategic Operations**
**Pacific Outer Continental Shelf Region | Bureau of Safety & Environmental Enforcement**
**760 Paseo Camarillo | Suite 102 | Camarillo, CA 93010 | 805-233-5227**

**From:** Surmeier, Patrice <psurmeier@sableoffshore.com>
**Sent:** Friday, September 13, 2024 11:45 AM
**To:** Dull, Jeffrey <Jeffrey.Dull@bsee.gov>
**Subject:** [EXTERNAL] Schedule for inspections and hydrotests

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Good Morning Jeff,

During our meeting yesterday we discussed updated schedules for pipeline and platform subsea inspections and tests.  Please see below current anticipated inspection and test dates.

The LFC to Harmony emulsion pipeline hydrotest is planned to occur on 9/15/24.

For the Level II-IV inspections of the SYU platforms, ROV inspections will be conducted between 9/30/24 and 11/16/24, with the following estimated timing: Heritage: Approximately 17 days,   Harmony: Approximately 18 days, Hondo: Approximately 12 days.  Diving inspections (surface to -150 ft.) will be conducted between 9/16/24, and 10/22/24, with the following estimated timing:   Heritage: Approximately 8 days,   Harmony: Approximately 9 days, Hondo: Approximately 5 days. Please note that the dive work is independent of the ROV work and the schedule can be modified or moved. Depending on work in the field and quarters availability, the platform sequence may be changed.

For the SYU infield and offshore pipeline, Sable plans to begin the ROV inspections around 9/25/24 and continue for approximately five days, and the Side Scan Sonar inspections are planned to begin 9/25/24.

Please contact me if you have any questions.

Regards,

Patrice Surmeier, P.E.

Sr. Regulatory and Compliance Supervisor

Sable Offshore Corp.

12000 Calle Real

Goleta, CA  93117


(805) 567-9503 Office

(b) (6)