Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **EXHIBIT 8 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** <br><br> Hearing Date: March 13, 2026 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Michelle Williams Court <br> Location: Courtroom 6A |

ADVERTISE | SUBSCRIBE | CONTACT WO

☰ Menu

🔍   Login

PRODUCTION   U.S. OFFSHORE   REGULATORY

# Sable Offshore seeks Trump's support to advance stalled California offshore oil project

**Nathan Risser**    October 09, 2025

(Bloomberg) – **Sable Offshore Corp**. is seeking the Trump administration's help to jumpstart a California oil project stalled by red tape.



The Houston-based company's effort to tap hundred of millions of barrels of crude off the coast of Santa Barbara have been stymied by state regulators' opposition to reopening pipelines that funnel the crude to refineries.

 f state approval isn't forthcoming soon, Sable is prepared to go all-in on a plan to use tanker ships to haul the crude away to other markets, said Chief Executive Officer Jim Flores.

 t's "absolutely on Trump's agenda," Flores said in an interview. He urged state leaders to consider the potential impact on consumers and the state's fuel supplies if that oil goes overseas instead of to local refineries. "California has an opportunity to make sure California consumers come first."

Trump's National Energy Dominance Council led by Interior Secretary Doug Burgum and Energy Secretary Chris Wright has been apprised of Sable's dilemma and is engaged in discussions with the company.

Newsom's office declined to comment aside from referencing a Sept. 12 summary of regulatory measures involving Sable's pipelines.

The Santa Ynez Unit, as the cluster of offshore oil fields is known, was in a state of suspended animation after a Plains All American pipeline burst in 2015, staining beaches and alarming regulators and environmentalists. Sable acquired the assets from ExxonMobil last year, and restarted oil production on the 10-year anniversary of the spill in May. But the onshore pipe network that feeds crude to refineries hasn't yet been permitted to reopen.

The Interior Department declined to comment beyond referring to a July statement lauding the temporary restart.

Environmental groups have decried Sable's proposed pipeline restart and a broader push by Newsom to spur more oil drilling in the state.

"Sable should spend less time looking for help from the Trump administration and more time respecting California laws," said Julie Teel Simmonds, senior counsel for the Center for Biological Diversity. The proposal to use ships to haul away crude seems "like a deliberate attempt to evade state oversight."

Sable's efforts to obtain state permission to proceed have been viewed skeptically at times by some investors. Short interest as a share of free-floating shares was as high as 21% as recently early May before dropping to roughly 4% in June, according to S&P Global data. As of Wednesday, that figure had climbed to almost 15%.

The tanker alternative that Sable is considering would hurt California because of lost jobs and tax revenue as those barrels are shipped to other markets, said Porter Collins, co-founder of of Seawolf Capital and holder of a long position in Sable.

"It's my view that the oil is coming out of the ground one way or another," he added. "The federal government wants lower gas prices and will be happy to make money on the royalties" that companies are required to pay for oil pumped on government-owned sites.

"The pipeline is the obvious answer," he said.

©2026 World Oil, © 2026 Gulf Publishing Company LLC. Copyright © 2022. All market data is provided by Barchart Solutions.
Futures: at least 10 minute delayed. Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice. To see all exchange delays and terms of

All material subject to strictly enforced copyright laws
Please read our Terms & Conditions, Cookies Policy and Privacy Policy before using the site.
Do Not Sell or Share My Personal Information.