Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., *Plaintiffs*, v. DOUG BURGUM, et al., *Defendants*, SABLE OFFSHORE CORP., *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA **EXHIBIT 9 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** Hearing Date: March 13, 2026 Hearing Time: 1:30 p.m. Judge: Hon. Michelle Williams Court Location: Courtroom 6A |



## New to X?

Sign up now to get your own personalized timeline!

**G** Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

← **Post**

**Secretary Chris Wright** ✔
@SecretaryWright

Only in California! Newsom is blocking oil production off California's coast from reaching their own refineries, driving gasoline prices even higher for Californians!

Now, this oil production will have to be shipped elsewhere, lowering gas prices for other areas— just not for California! This is the opposite of common sense! The Trump administration is working every day to LOWER energy prices for ALL Americans!

6:05 PM · Oct 17, 2025 · **435.1K** Views

💬 326          ↻ 1.9K          ♡ 5.9K          🔖 220          ⬆️

💬 Read 326 replies

## What's happening

Trending in United States
**Deactivate**
2,534 posts

Business and finance · Trending
**#BlackWhale**

Sports · Trending
**Jalyx Hunt**

Cam Ward · Trending
**Cam Ward**
Trending with Tyler Shough, Saints
6,019 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···     © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up