Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA <br><br> **EXHIBIT 12 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** <br><br> Hearing Date: March 13, 2026 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Michelle Williams Court <br> Location: Courtroom 6A |



# Federal regulators approve restart of controversial California oil pipeline

By James Bikales

12/24/2025 04:04 PM EST

The Trump administration green-lighted the restart of a California oil pipeline system that caused a major 2015 oil spill — despite the objections of state and local regulators.

The Transportation Department's Pipeline and Hazardous Materials Safety Administration approved an emergency special permit on Tuesday for Sable Offshore Corp. to restart the Las Flores Pipeline System for 60 days.

PHMSA said it had determined the special permit would be in the public interest, contribute to pipeline safety and was necessary to address a pipeline transportation emergency, citing President Donald Trump's declaration of a national energy emergency in January.

The decision comes days after the federal agency asserted jurisdiction over the pipeline system, which had been denied permission to restart by a range of state and local agencies. PHMSA declared the pipeline system to be "interstate," allowing it to take regulatory control of the system from the California Office of the State Fire Marshal.

OSFM did not immediately respond to a request for comment on PHMSA's approval of the special permit.

**Details:** The approval came four days after the company requested the permit and before PHMSA conducted an environmental review or solicited public comment. If Sable applies to renew the permit beyond 60 days, it will have to go through an environmental review and public comment period.

The special permit is necessary to "meet regional energy demands, reduce refinery feedstock prices, mitigate the risks of fuel shortages on the West Coast, and reduce United States dependency on imported oil and the associated energy security risks of such imports," PHMSA said.

The Las Flores system has been shuttered since the Refugio oil spill in 2015. Houston-based Sable restarted oil production in May on three platforms off the Santa Barbara coast it acquired from Exxon Mobil but has been unable to offload the crude.

In September, it appealed to the White House's National Energy Dominance Council for permission to transport the oil by ship, sidestepping state regulators.

**Reaction:** "Sable and the Trump administration are running roughshod over transparency, environmental review, and pipeline safety requirements," said Julie Teel Simmonds, senior counsel at the Center for Biological Diversity, in a statement Wednesday. "No one should be cutting corners or playing games with California's coast."