Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., *Plaintiffs*, v. DOUG BURGUM, et al., *Defendants*, SABLE OFFSHORE CORP., *Intervenor-Defendant*. | Case No. 2:24-cv-05459-MWC-MAA **EXHIBIT 13 TO DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLETION AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** Hearing Date: March 13, 2026 Hearing Time: 1:30 p.m. Judge: Hon. Michelle Williams Court Location: Courtroom 6A |



**Brittany Kelm**

Senior Policy Advisor - National Energy Dominance Council

[ Message ]

[ Follow ]

**Brittany Kelm** ✓ · 3rd+

Senior Policy Advisor - National Energy Dominance Co...

5d · Edited · 🌐

+ Follow

It was great news for American Energy Dominance to close out 2025 - the decision to continue with the restarting of Sable Offshore Corp. production will provide us with crude oil from 3 offshore platforms to boost input into California.

We are on a great path for regulatory certainty and energy security. us 🛢️

Thank you for Pipeline and Hazardous Materials Safety Administration (PHMSA) and all legal teams who worked over Christmas and New Years to ensure production didn't get halted via litigation.

Thank you Sable Offshore Corp. for trusting the Trump Administration to deliver on regulatory certainty for your operations to provide Americans with affordable and reliable energy.

Ben Kochman
Paul Roberti
James Noe
Jarrod Agen

---

Robert Bueno 🔳 · 3rd+

Operations at Sable Offshore Corp

6d · Edited · 🌐

+ Follow

Yesterday's Ninth Circuit decision matters beyond one project.

The court declined to pause (stay) PHMSA's Emergency Special ...more



**Federal Court Declines to Halt Restart of Oil Production in Santa Barbara County**

keyt.com

---

 106

4 comments · 3 reposts