**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Federal Defendants*, <br><br> and <br><br> SABLE OFFSHORE CORP. <br><br> *Intervenor-Defendant*. | Case No. 2:24-cv-05459-MWC-MAA <br><br> **ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE (DKT. [117]) AND SETTING ORDER TO SHOW CAUSE** |

Having considered the Parties' Joint Stipulation to Modify Case Schedule ("Stipulation"), Dkt. # 117, and finding good cause exists for the relief requested, the Stipulation is **GRANTED**.  Federal Defendants shall make an initial production of documents responsive to the Court's March 12, 2026 Order, Dkt. # 114, by **May 11, 2026**, and shall produce the remaining documents and privilege log by **May 26, 2026**.

1

Additionally, on November 7, 2025, the Court ordered the parties to submit a joint proposed schedule for further proceedings to resolve the merits of the case "[w]ithin 14 days of the Court's order resolving Plaintiffs' and/or Intervenor-Defendant's motion(s) to complete the record and/or for leave to seek discovery." Dkt. # 103 at 2.  The Court resolved Plaintiffs' motion to complete the administrative record on March 12, 2026.  *See* Dkt. # 114.  Thus, the parties' joint proposed schedule for further proceedings is overdue.

The Court, therefore, sets an **ORDER TO SHOW CAUSE** re sanctions, including dismissal, for failure to follow the Court's orders, to be heard **May 22, 2026**, at 1:30 p.m. in Courtroom 6A.  If the parties submit a joint proposed schedule for further proceedings to resolve the merits of the case by **May 15, 2026**, the Order to Show Cause will be taken off calendar, and no appearance will be necessary.

**IT IS SO ORDERED.**

DATED: April 30, 2026

Hon. Michelle Williams Court
United States District Judge

2