Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:24-cv-05459-MWC-MAA |
| *Plaintiffs*, | **JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS** |
| v. | |
| DOUG BURGUM, et al., | |
| *Defendants,* | |
| and | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant.* | |

Pursuant to the Court's Order of April 30, 2026, Dkt. No. 118, the parties hereby submit the following Joint Proposed Schedule for Further Proceedings to

resolve the merits of this case.

On March 12, 2026, the Court granted Plaintiffs' Motion to Compel Completion and Supplementation of the Administrative Record. *See* Dkt. No. 114. The Court ordered, among other things, that Federal Defendants "produce a privilege log for any withheld materials" that identifies the "author, recipients, date of preparation, and the specific privilege or work product protection claimed" for each document withheld as privileged. *Id.* at 11. The Court also stated that it would "conduct limited in camera review, as needed, to resolve any disputes after the privilege log is served." *Id.* at 10, n.2. On April 30, 2026, the Court granted a joint stipulation that, among other things, extended the deadline for Federal Defendants to file the privilege log to May 26, 2026.  Dkt. No. 118 at 1.

Because Federal Defendants have yet to produce the privilege log, Plaintiffs do not yet know whether they believe an *in camera* review is needed to review any documents withheld as privileged. Accordingly, the parties propose two schedules to resolve the merits of this case: one in the event there is a dispute over withholdings in the privilege log that necessitates an *in camera* review; and one in the event there is no dispute over withholdings in the privilege log.[1]

In the event there is a dispute over withholdings as described in the privilege log, the parties proposed the following schedule:

| Plaintiffs notify Federal Defendants of any documents as described in the privilege log that Plaintiffs believe are improperly withheld | June 19, 2026 |
|---|---|

---

[1] Because the Court has already held that it will conduct a limited in camera review to resolve any disputes after service of the privilege log, the parties have proposed that Plaintiffs provide a notice to the Court as to what documents are in dispute, rather than having motions practice over the withholdings.

2

| | |
|---|---|
| Federal Defendants notify Plaintiffs whether they will agree to add the disputed documents to the administrative record | July 10, 2026 |
| Plaintiffs file a notice (limited to 7 pages) of which documents are in dispute so that the court can conduct limited *in camera* review | July 17, 2026 |
| Federal Defendants' response (limited to 10 pages) and Intervenor-Defendant's response (limited to 7 pages) to Plaintiffs' notice<br><br>Federal Defendants' declaration in support of withholding documents<br><br>Federal Defendants provide copies to the Court of the documents in dispute for *in camera* review, as listed in Plaintiffs' notice, by mailing USB (to be sent on or before July 31, 2026) | July 31, 2026 |
| Plaintiffs' response (limited to 10 pages) to Federal Defendants' and Intervenor-Defendant's responses to Plaintiffs' notice | August 12, 2026 |
| Plaintiffs' motion for summary judgment on their second supplemental and amended complaint | 45 days following the Court's resolution of its *in camera* review or the production of any documents to Plaintiffs ordered following such review, whichever is later |
| Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | 40 days after Plaintiffs file their motion for summary judgment |

3

| | |
|---|---|
| Intervenor-Defendant's combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | 47 days after Plaintiffs file their motion for summary judgment |
| Plaintiffs' combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment | 30 days after Federal Defendants' file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment |
| Federal Defendants' reply in support of their cross-motion for summary judgment | 21 days after Plaintiffs file their combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment |
| Intervenor-Defendant's reply in support of its cross-motion for summary judgment | 28 days after Plaintiffs file their combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment |

4

| | |
|---|---|
| Hearing on cross-motions for summary judgment | The first available Friday that is at least 30 days after Intervenor-Defendant files their reply in support of their cross-motion for summary judgment |

In the event there is no dispute over withholdings as described in the privilege log, the following schedule shall govern:

| | |
|---|---|
| Plaintiffs' motion for summary judgment on their second supplemental and amended complaint | July 17, 2026 |
| Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | August 26, 2026 |
| Intervenor-Defendant's combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | September 2, 2026 |
| Plaintiffs' combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment | September 25, 2026 |
| Federal Defendants' reply in support of their cross-motion for summary judgment | October 9, 2026 |
| Intervenor-Defendant's reply in support of its cross-motion for summary judgment | October 16, 2026 |
| Hearing on cross-motions for summary judgment | November 13, 2026 |

Because this is an administrative record review case, the parties agree that the requirements of Local Rule 56-1 to 56-4 regarding the filing of a separate "Statement of Uncontroverted Facts" and responses thereto shall not apply.

Respectfully submitted this 15th day of May, 2026,

/s/ *Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
Fax: (510) 844-7150

*Attorneys for Plaintiffs*

/s/ *John K. Heise*
JOHN K. HEISE
Trial Attorney (CA Bar No. 331615)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 598-3312
john.heise@usdoj.gov

*Counsel for Federal Defendants*

LATHAM & WATKINS LLP
/s/ *Janice M. Schneider*
Janice M. Schneider
(*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor
(*Pro Hac Vice*)

6

Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Kevin A. Homrighausen (Bar No. 329034)
Email: kevin.homrighausen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92646-1925
Tel.: (714) 540-1235
Fax: (714) 755-8290

*Attorneys for Intervenor-Defendant*
*Sable Offshore Corp.*