# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Defendants,*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**ORDER** |

Upon consideration of the parties' Joint Proposed Schedule for Further Proceedings, Dkt. # 119, the following schedule shall govern the deadlines in this case:

1

| EVENT | DATE |
|---|---|
| Plaintiffs notify Federal Defendants of any documents as described in the privilege log that Plaintiffs believe are improperly withheld | 6/19/2026 |
| Federal Defendants notify Plaintiffs whether they will agree to add the disputed documents to the administrative record | 7/10/2026 |
| Plaintiffs file a notice (limited to 7 pages) of which documents are in dispute so that the court can conduct limited in camera review | 7/17/2026 |
| Federal Defendants' response (limited to 10 pages) and Intervenor-Defendant's response (limited to 7 pages) to Plaintiffs' notice<br><br>Federal Defendants' declaration in support of withholding documents<br><br>Federal Defendants provide copies to the Court of the documents in dispute for in camera review, as listed in Plaintiffs' notice, by mailing USB (to be sent on or before July 31, 2026) | 7/31/2026 |
| Plaintiffs' response (limited to 10 pages) to Federal Defendants' and Intervenor-Defendant's responses to Plaintiffs' notice | 8/12/2026 |
| **COURT ISSUES RULING** | **8/21/2026** |
| Plaintiffs' motion for summary judgment on their second supplemental and amended complaint | 10/5/2026 |
| Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | 11/13/2026 |

2

| Intervenor-Defendant's combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | 11/20/2026 |
|---|---|
| Plaintiffs' combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment | 12/14/2026 |
| Federal Defendants' reply in support of their cross-motion for summary judgment | 1/4/2027 |
| Intervenor-Defendant's reply in support of its cross-motion for summary judgment | 1/11/2027 |
| Hearing on cross-motions for summary judgment | 2/12/2027 |

The requirements of Local Rule 56-1 to 56-4 regarding the filing of a separate "Statement of Uncontroverted Facts" and responses thereto shall not apply to this administrative record review case.

**IT IS SO ORDERED.**

Dated: May 28, 2026

Hon. Michelle Williams Court
United States District Court

3