ADAM R.F. GUSTAFSON
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JOHN K. HEISE (CA Bar No. 331615)
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202) 598-3312
Email:       john.heise@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; *et al.* )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>DOUG BURGUM, et al., )<br><br>*Federal Defendants*, )<br><br>and )<br><br>SABLE OFFSHORE CORP. )<br><br>*Intervenor-Defendant*. ) | Case No. 2:24-cv-05459-MWC-MAA<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING WITHHOLDINGS FROM THE ADMINISTRATIVE RECORD AND NOTICE OF LODGING OF SUPPLEMENTAL ADMINISTRATIVE RECORD** |

Further to the Court's May 28, 2026 Order, Federal Defendants hereby respond to Plaintiffs' Notice Regarding Withholdings From the Administrative Record, Dkt. No. 123.  Federal Defendants hereby confirm that the Parties have resolved all disputes concerning the withholding of documents pursuant to the Court's March 12, 2026 Order, Dkt. No. 114.

Federal Defendants hereby further give notice that they lodged with the Court, on July 31, 2026, two flash drives each containing a supplement to the Administrative Record ("Record") for the agency actions challenged in the Second Amended Complaint, Dkt. 104, in the above-captioned case.  These flash drives include 93 additional documents responsive to the Court's March 12, 2026 Order, which Federal Defendants agreed to produce following the written meet and confer process with Plaintiffs described in Dkt. No. 123.  Those documents are Bates-numbered BSEE_AR_0055250 to BSEE_AR_0059693.

In addition, the flash drives include one document that the Parties had previously agreed, on or around January 9, 2026, to include as part of the Record, but which Intervenor-Defendants identified as inadvertently missing from the prior productions.  That document is Bates-numbered BSEE_AR_0059694 to BSEE_AR_0059717.

The flash drives were sent to the Court via overnight FedEx carrier service. Federal Defendants are also providing the Record document and supplemental documents to Plaintiffs and Intervenor-Defendants to be downloaded via a link. The supplemental certification of the Record is attached as an exhibit to this notice.

Further to the Court's May 28, 2026 Scheduling Order, Federal Defendants intend to submit their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment on or before November 13, 2026.

1

Respectfully submitted this 31 of July, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ John K. Heise
JOHN K. HEISE
Trial Attorney (CA Bar No. 331615)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 598-3312
john.heise@usdoj.gov

*Counsel for Federal Defendants*