LATHAM & WATKINS LLP
Janice M. Schneider (*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor (*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Kevin A. Homrighausen (Bar No. 329034)
Email: kevin.homrighausen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235
Fax: (714) 755-8290

*Attorneys for Intervenor-Defendant*
*Sable Offshore Corp.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*, <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> *Intervenor-Defendant*. | CASE NO. 2:24-cv-05459-MWC-MAA <br><br> **SABLE OFFSHORE CORP.'S RESPONSE TO PLAINTIFFS' NOTICE REGARDING WITHHOLDINGS FROM THE ADMINISTRATIVE RECORD** <br><br> Hearing <br> Date: N/A <br> Time: N/A <br> Judge: Hon. Michelle Williams Court <br> Courtroom: 6A |

Pursuant to this Court's May 28, 2026 Scheduling Order, Dkt. No. 122, Intervenor-Defendant Sable Offshore Corp. ("Sable") hereby responds to Plaintiffs' July 17, 2026 Notice Regarding Withholdings From the Administrative Record ("Notice"), Dkt. No. 123, which notified the Court that Plaintiffs and Federal Defendants have sufficiently resolved all disputes concerning records withheld from the administrative record as privileged and that an in camera review before this Court is therefore unnecessary, Dkt. No. 123 at 1. On July 31, 2026, Federal Defendants confirmed that the Parties have resolved all disputes concerning the withholding of documents pursuant to the Court's March 12, 2026 Order, Dkt. No. 114. Dkt. No. 124 at 1. Accordingly, Sable further affirms that all disputes regarding the withholding of documents in connection with Plaintiffs' July 17, 2026 Notice have been resolved and an in camera review is not necessary.

In accordance with the Scheduling Order, Dkt. No. 122, Sable intends to file its combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment on or before November 20, 2026.

Dated:  July 31, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Janice M. Schneider*
Janice M. Schneider
(*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor
(*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Kevin A. Homrighausen
(Bar No. 329034)
Email: kevin.homrighausen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235
Fax: (714) 755-8290

*Attorneys for Intervenor-Defendant
Sable Offshore Corp.*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

2

CASE NO. 2:24-CV-05459-MWC-MAA
SABLE'S RESPONSE TO NOTICE REGARDING
WITHOLDINGS FROM ADMIN. RECORD

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Intervenor-Defendant Sable Offshore Corp., certifies that this response contains 1 page, which complies with the page limit set by the Court's Scheduling Order, Dkt. No. 122.

Dated:  July 31, 2026                    By: */s/ Janice M. Scheider*
                                             Janice M. Schneider
                                             (*Pro Hac Vice*)