Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)
Email: jteelsimmonds@biologicaldiversity.org
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Defendants,*<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No. 2:24-cv-05459-MWC-MAA<br><br>**JOINT PROPOSED AMENDED SCHEDULE FOR SUMMARY JUDGMENT MOTIONS** |

Pursuant to Local Rule 7-1, Plaintiffs, Federal Defendants, and Intervenor-Defendant, by and through their counsel, submit this Joint Proposed Amended

Schedule for Summary Judgment Motions set forth in the table below and Proposed Order.

WHEREAS, on May 15, 2026, Plaintiffs, Federal Defendants, and Intervenor-Defendant filed a joint stipulation, proposing a schedule for further proceedings in this case, which included a schedule for resolution of this case on cross-motions for summary judgment. Dkt. No. 119.

WHEREAS, on May 28, 2026, the Court entered a Scheduling Order setting the case schedule for document production and cross-motions for summary judgment. Dkt. No. 122. That Scheduling Order required Plaintiffs to file a motion for summary judgment on their second supplemental and amended complaint by October 5, 2026. *See id.* at 2.

WHEREAS, on October 5, 2026, Plaintiffs filed their motion for summary judgment on their second supplemental and amended complaint. Dkt. No. 128.

WHEREAS, on October 6, 2026, the Court struck Plaintiffs' motion because Plaintiffs' counsel did not "attach a declaration attesting to compliance with Local Rule 7-3, which requires counsel contemplating the filing of any motion to first meet and confer with opposing counsel" and "attest[ing] to the use or non-use of artificial intelligence." Dkt. No. 131 at 2.

WHEREAS, on October 7, 2026, Plaintiffs refiled their motion for summary judgment along with a declaration that (1) stated the Parties had met and conferred on Plaintiffs' motion for summary judgment and Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment on May 7, 2026, and (2) attested that no portion of Plaintiffs' filing was drafted by artificial intelligence. Dkt. No. 130-1. The Court struck that motion the same day, stating the Court was "unconvinced that Plaintiffs' single attempt at conferral roughly five months prior to filing the instant motion satisfies Local Rule 7-3," and that even if Plaintiffs had satisfied the rule's requirements, the motion was untimely. Dkt. No. 131. The

Court also vacated the hearing date on Plaintiffs' summary judgment motion but did not otherwise amend the deadlines in its prior Scheduling Order of May 28, 2026, at Dkt. No. 122.

WHEREAS, in response to the Court's Order of October 7, 2026, Dkt. No. 131, on October 8, 2026, Plaintiffs' counsel contacted counsel for Federal Defendants and Intervenor-Defendant to arrange a date to meet and confer on Plaintiffs' summary judgment motion and an amended schedule for summary judgment briefing.

WHEREAS Plaintiffs' counsel conferred with counsel for Federal Defendants and Intervenor-Defendant on October 15, 2026, by video conference. The Parties met and conferred about the case schedule, as well as Plaintiffs' motion for summary judgment, including with respect to Plaintiffs' arguments regarding the Bureau of Safety and Environmental Enforcement's 2025 Environmental Assessment/Finding of No Significant Impact and Lease Extension Decision, July 2025 Applications for Permits to Modify ("APM"), 2023 Lease Extension Decision, and 2024 APMs. The Parties were able to agree on a proposed amended schedule to resolve this case but were unable to resolve any of the issues in Plaintiffs' motion for summary judgment.

WHEREAS, the Parties agree to amend the current schedule, and that there is good cause to do so. The Parties agree that there is good cause to extend Plaintiffs' deadline for their motion for summary judgment to comply with the Court's Order, Dkt. No. 131, and allow at least seven days between the parties' conference on October 15, 2026, and the filing of Plaintiffs' motion for summary judgment in accordance with Local Rule 7-3. Good cause exists because the amended schedule would maintain the process for resolving this case in the manner the Parties previously agreed to and in the manner contemplated in the Cout's Scheduling Order of May 28, 2026, Dkt. No. 122. That Order contemplated

Plaintiffs' summary judgment motion would be filed first, with Federal Defendants' and Intervenor-Defendant's combined cross-motions for summary judgment and opposition to Plaintiffs' motion to follow. This type of schedule is common in cases challenging a federal agency action under section 706(2) of the Administrative Procedure Act, 5 U.S.C. § 706(2), the National Environmental Policy Act, and the Outer Continental Shelf Lands Act. *See, e.g.*, *Friends of Big Bear Valley v. U.S. Forest Serv.*, 776 F. Supp. 3d 824, 827, 830–31 (C.D. Cal. 2025); *Envt'l Def. Ctr. v. Bureau of Ocean Energy Mgmt.*, No. CV 16-8418 PSG (FFMx), 2018 WL 5919096, at *1, 3 (C.D. Cal. Nov. 9, 2018), *aff'd in part and rev'd in part on other grounds*, 36 F.4th 850 (9th Cir. 2022). And this type of schedule makes sense here, where Plaintiffs are the parties invoking judicial review and bear the burden on their claims of demonstrating the ways in which Federal Defendants' decisionmaking regarding the oil and gas lease extensions and APMs for the Santa Ynez Unit is arbitrary and capricious under 5 U.S.C. § 706(2). The amended schedule would thus help focus the issues before the Court by having Plaintiffs identify the specific agency errors on which they seek to have Federal Defendants' decisionmaking held unlawful, and then having Federal Defendants and Intervenor-Defendant respond to those allegations, and otherwise help ensure the fair and efficient resolution of this case.

WHEREAS, due to the departure of Federal Defendants' counsel, Federal Defendants' new counsel requires some additional time to adequately familiarize himself with the record and law in this case in light of pre-existing professional and personal obligations;

WHEREAS, the Parties further agree that extending the deadline for Federal Defendants' cross-motion for summary judgment and opposition by twelve days, extending the deadline for Plaintiffs' combined opposition and reply brief by two days, and extending the deadline for Federal Defendants' reply in support of its

cross-motion for summary judgment by one week, including due to the extension of Plaintiffs' deadline to file their motion for summary judgment, will not prejudice any party or disrupt the rest of the case schedule.

WHEREAS, the Parties contend that the proposed case schedule is efficient because it addresses the Court's Order, Dkt. No. 131, while keeping much of the existing case schedule intact and only changing the dates for which there is good cause to do so, in accordance with this Court's Standing Order.[1] The Parties also agree that the entire case can be efficiently resolved through these cross-motions for summary judgment.

THEREFORE, the parties submit the following Joint Proposed Amended Schedule for Summary Judgment Motions to resolve the merits of this case:

| Event | Current (Dkt. No. 122) | Proposed |
| --- | --- | --- |
| Plaintiffs' motion for summary judgment on their second supplemental and amended complaint | Oct. 5, 2026 | Oct. 29, 2026 |
| Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | Nov. 13, 2026 | Nov. 25, 2026 |
| Intervenor-Defendant's combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | Nov. 20, 2026 | Nov. 20, 2026 |

[1] Dkt. No. 34, at Sec. 13; Civil Standing Order, Honorable Michelle Williams Court, Central District of California, at Sec. 15, available at https://apps.cacd.uscourts.gov/JpsApi/file/7e7a0336-d4d0-4af7-317f-08df0388792c (last accessed Oct. 23, 2026).

| | | |
|---|---|---|
| Plaintiffs' combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment | Dec. 14, 2026 | Dec. 16, 2026 |
| Federal Defendants' reply in support of their cross-motion for summary judgment | Jan. 4, 2027 | Jan. 11, 2027 |
| Intervenor-Defendant's reply in support of its cross-motion for summary judgment | Jan. 11, 2027 | Jan. 11, 2027 |
| Hearing on cross-motions for summary judgment | Feb. 12, 2027 | Feb. 12, 2027 |

The Parties agree that this proposed schedule, if adopted by the Court, supersedes and vacates all prior scheduling orders.

Because this is an administrative record review case, the Parties agree that the requirements of Local Rule 56-1 to 56-4 and the Court's Standing Order[2] regarding the filing of a separate "Statement of Undisputed Facts" and responses thereto should not apply. *See* Dkt. No. 122 at 3.

No prior extensions of the Court's deadlines for summary judgment briefing in its order of May 28, 2026, Dkt. No. 122, have been requested.

Respectfully submitted this 23rd day of October, 2026,

/s/ *Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
Julie Teel Simmonds (CA Bar No. 208282)

[2] Dkt. No. 34, at Sec. 7(c)(1); Civil Standing Order, at Sec. 9(k)(i), https://apps.cacd.uscourts.gov/JpsApi/file/7e7a0336-d4d0-4af7-317f-08df0388792c (last accessed Oct. 23, 2026).

Email: jteelsimmonds@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
Fax: (510) 844-7150

*Attorneys for Plaintiffs*

/s/ *Michael Robertson*

MICHAEL ROBERTSON
Trial Attorney (DC Bar No. 1017183)

U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 598-3835
Michael.Robertson@usdoj.gov

*Counsel for Federal Defendants*

LATHAM & WATKINS LLP
/s/ *Janice M. Schneider*

Janice M. Schneider
(*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor
(*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Kevin A. Homrighausen (Bar No. 329034)
Email: kevin.homrighausen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92646-1925

Tel.: (714) 540-1235
Fax: (714) 755-8290

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*