**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

Plaintiffs,

v.

DEBRA HAALAND, *et al.*,

Defendants.

Case No. 2:24-cv-05459-MWC-MAA

**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER (DKT. [132])**

The Court, having reviewed the parties' Joint Stipulation for Order Amending Scheduling Order for Summary Judgment Motions, Dkt. # 132 ("Stipulation") and finding good cause, hereby **GRANTS** the Stipulation and **ORDERS** that the following schedule shall govern the deadlines for motions for summary judgment in this case:

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' motion for summary judgment on their second supplemental and amended complaint | October 29, 2026 |
| Federal Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | November 25, 2026 |
| Intervenor-Defendant's combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | November 20, 2026 |
| Plaintiffs' combined opposition to Federal Defendants' and Intervenor-Defendant's cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment | December 16, 2026 |
| Federal Defendants' reply in support of their cross-motion for summary judgment | January 11, 2027 |
| Intervenor-Defendant's reply in support of its cross-motion for summary judgment | January 11, 2027 |
| Hearing on cross-motions for summary judgment | February 12, 2027 |

The requirements of Local Rule 56-1 to 56-4 and the Court's Standing Order regarding the filing of a separate "Statement of Undisputed Facts" and responses thereto shall not apply to this administrative record review case.

**IT IS SO ORDERED.**

DATED: October 27, 2026

Hon. Michelle Williams Court

United States District Judge