LATHAM & WATKINS LLP
Janice M. Schneider (*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor (*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Kevin A. Homrighausen (Bar No. 329034)
Email: kevin.homrighausen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235
Fax: (714) 755-8290

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

*Plaintiffs*,

v.

DOUG BURGUM, et al.,

*Defendants*,

and

SABLE OFFSHORE CORP.,

*Intervenor-Defendant*.

CASE NO. 2:24-cv-05459-MWC-MAA

**DECLARATION OF STEVEN P. RUSCH IN SUPPORT OF SABLE OFFSHORE CORP.'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Hearing

Date: February 12, 2027
Time: 1:30 PM
Judge: Hon. Michelle Williams Court
Courtroom: 6A

# DECLARATION OF STEVEN P. RUSCH

Pursuant to 28 U.S.C. § 1746(2), I, Steven P. Rusch, hereby declare:

1. I am employed by Intervenor-Defendant Sable Offshore Corp. ("Sable") as Vice President, Regulatory & Environmental Affairs. I have over 45 years of experience in the oil and gas industry. Before my current position with Sable, I was the Vice President, Environment, Health and Safety ("EHS") and Government Affairs at Freeport-McMoRan Oil & Gas, a Senior Staff Engineer at ExxonMobil Corporation and the Principal at Rusch Consulting. I have a Bachelor's Degree in Civil Engineering from the University of California at Berkeley and have been licensed by the State of California as a Professional Engineer.

2. I have been involved in Sable's acquisition, maintenance, and development of the Santa Ynez Unit ("SYU"), which is the subject of this action.

3. Plaintiffs challenge several Sable Applications for Permits to Modify ("APMs") which the Bureau of Safety and Environmental Enforcement ("BSEE") approved, authorizing Sable to perform routine well-reworking activities on existing wells in the SYU. In my role at Sable, I have knowledge regarding completion of the work authorized by those APMs.

4. As explained in my prior Declaration in this case, Dkt. 39-1 (January 10, 2025), in 2024 Sable completed well reworking operations at Well HE-23 and Well HE-28 at Platform Heritage. AR_54556-7.

5. In their Second Amended Complaint, Plaintiffs also challenge APMs that BSEE approved in July 2025 for Platform Hondo wells. Sable has completed all work authorized by those July 2025 APMs for five of the nine wells. In this declaration, I provide documentation of Sable's completion of work under those five 2025 APMs.

6. As reflected in the administrative record, in July 2025 BSEE

approved APMs for Wells H-03, H-36, and H-38. AR_30040-46, 30096-109. All work authorized by those APMs has been completed, as documented in the administrative record. AR_54558-60 (acceptance of end of operation reports); 30 C.F.R. § 250.744.

7. Sable submitted an APM for Well H-15, which BSEE approved on July 3, 2025. AR_30061-7. On July 29, 2025, BSEE confirmed via email that the End of Operations Report for Well H-15 had been accepted, reflecting that work on the well was complete under this APM. A true and correct copy of Junaid Ashfaq's (BSEE) email to Ben Martin (Sable) on July 29, 2025 is attached hereto in **Exhibit A**.

8. Sable submitted an APM for Well H-27, which BSEE approved on July 2, 2025. AR_30075-81. On July 30, 2025, BSEE confirmed via email that the End of Operations Report for Well H-27 had been accepted, reflecting that work on the well was complete under this APM. A true and correct copy of Junaid Ashfaq's (BSEE) email to Ben Martin (Sable) on July 30, 2025 is attached hereto in **Exhibit A**.

9. On March 13, 2026, the Secretary of Energy issued an order to Sable pursuant to the Defense Production Act ("DPA Order") requiring Sable to "immediately prioritize and allocate pipeline transportation services for hydrocarbons" from the SYU through its onshore pipelines to Pentland Station. A true and correct copy of the DPA Order was made publicly available in Sable's March 16, 2026, Form 8-K filing with the U.S. Securities and Exchange Commission ("SEC") at Exhibit 99.3, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0001831481/43cd18a2-0719-4930-b7c7-ec43588954f1.pdf.

10. In May 2025, Sable resumed production from Platform Harmony. In April 2026, Sable resumed production from Platform Heritage.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2026 in Thousand Oaks, CA.

Steven P. Rusch